Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA  92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

General Bankruptcy Counsel for Karen Sue Naylor,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 06 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

FOOTHILL AND TOWNE, LLC,

Debtor.

Case No. 8:25-bk-10136- SC

Chapter 7 Proceeding

**ORDER SUSTAINING OBJECTION TO ALLOWANCE OF CLAIM  OF ANTHONY ALTIERI**

**[Claim No. 14]**

Hearing:
Date:    May 5, 2026
Time:    11:00 a.m.
Place:    Courtroom 5C - Via ZoomGov
           411 West Fourth Street
           Santa Ana, California 92701

The  Court having considered the *Objection to Allowance of Claim of Anthony Altieri* (the "Objection") [Dkt. No. 139] filed by Karen Sue Naylor, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of *In re Foothill and Towne, LLC,* and the declarations and exhibits submitted in support thereof, noting that no opposition or other response was timely filed to the Objection, and finding that the Trustee has satisfied the requirements of 11 U.S.C. 502 to rebut the presumption of the prima facie validity of Claim No. 14, having determined that proper and sufficient notice of the Objection has been given to all parties entitled to notice, and good cause

appearing therefore, it is

HEREBY ORDERED that:

1.  The Objection is sustained; and,

2.  Claim No. 14 filed by Anthony Altieri is disallowed in its entirety.

###

Date: May 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge

Ringstad & Sanders
L.L.P.
23101 Lake Forest Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -