United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-10136-SC |
| Foothill and Towne LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID**     **Recipient Name and Address**
db     +  Foothill and Towne LLC, 104 Nest Pine, Irvine, CA 92602-1885

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Arnold L Graff
     on behalf of Creditor Val-Chris Investments  Inc, a California Corporation agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net

Gerrick Warrington
     on behalf of Creditor RJS Financial  Inc. gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Jeffrey I Golden
     on behalf of Creditor Weneta M.A. Kosmala jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jess R Bressi
     on behalf of Creditor Foothill Place  LLC & G3 Urban jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Joshua L Scheer
     on behalf of Creditor GREEN LOTUS GROUP  LLC jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

District/off: 0973-8  User: admin  Page 2 of 2
Date Rcvd: May 06, 2026  Form ID: pdf042  Total Noticed: 1

Joshua L Scheer

on behalf of Defendant Green Lotus Group  LLC jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Karen S Naylor (TR)

alane@ringstadlaw.com  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com

Kenneth Misken

on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

Nanette D Sanders

on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com

Nanette D Sanders

on behalf of Trustee Karen S Naylor (TR) becky@ringstadlaw.com  arlene@ringstadlaw.com

Nanette D Sanders

on behalf of Plaintiff Karen Sue Naylor becky@ringstadlaw.com  arlene@ringstadlaw.com

Paul J. Sievers

on behalf of Plaintiff Karen Sue Naylor psievers@psieversapc.com  psievers@fkbrlegal.com

Stephen R Wade

on behalf of Debtor Foothill and Towne LLC srw@srwadelaw.com  reception@srwadelaw.com

Stephen R Wade

on behalf of Plaintiff Foothill and Towne LLC srw@srwadelaw.com  reception@srwadelaw.com

Stephen R Wade

on behalf of Creditor Foothill Place  LLC & G3 Urban srw@srwadelaw.com, reception@srwadelaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov


TOTAL: 16

Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA  92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

General Bankruptcy Counsel for Karen Sue Naylor,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 06 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-10136- SC |
| FOOTHILL AND TOWNE, LLC, | Chapter 7 Proceeding |
| Debtor. | **ORDER SUSTAINING OBJECTION TO ALLOWANCE OF CLAIM OF CHRISTINE DANG** |
| | **[Claim No. 13]** |
| | Hearing: |
| | Date:    May 5, 2026 |
| | Time:    11:00 a.m. |
| | Place:   Courtroom 5C - Via ZoomGov |
| | 411 West Fourth Street |
| | Santa Ana, California 92701 |

The  Court having considered the *Objection to Allowance of Claim of Christine Dang* (the "Objection") [Dkt. No. 137] filed by Karen Sue Naylor, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of *In re Foothill and Towne, LLC,* and the declarations and exhibits submitted in support thereof, noting that no opposition or other response was timely filed to the Objection, and finding that the Trustee has satisfied the requirements of 11 U.S.C. 502 to rebut the presumption of the prima facie validity of Claim No. 13, having determined that proper and sufficient notice of the Objection has been given to all parties entitled to notice, and good cause appearing therefore, it is

HEREBY ORDERED that:

1. The Objection is sustained; and,

2. Claim No. 13 filed by Christine Dang is disallowed in its entirety.

### 

Date: May 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge

Ringstad & Sanders
L.L.P.
23101 Lake Forest Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -