| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FITZGERALD, KREDITOR, BOLDUC RISBROUGH LLP<br>Paul Johnson Sievers (State Bar No. 156561)<br>psievers@fkbrlegal.com<br>2 Park Plaza, Suite 850 Irvine, California 92614<br>Telephone:  949-788-8900<br>Facsimile:  949-788-8980<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Karen Sue Naylor, Trustee | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION

| In re:<br>FOOTHILL AND TOWNE, LLC<br><br><br><br>Debtor(s). | CASE NO.:        8:25-bk-10136 SC<br><br>ADVERSARY NO.:  8:26-ap-01026-SC<br><br>CHAPTER:         7 |
|---|---|
| KAREN SUE NAYLOR, Chapter 7 Trustee,<br><br><br>Plaintiff(s).<br><br>vs.<br><br>GREEN LOTUS GROUP, LLC,<br><br><br>Defendant(s). | **JOINT STATUS REPORT<br>[LBR 7016-1(a)(2)]**<br><br>DATE:        06/02/2026<br>TIME:        1:30 p.m.<br>COURTROOM:   5C<br>ADDRESS:     411 West Fourth Street Santa Ana,<br>California 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes  ☐ No

2.  Have all parties filed and served answers to the Claims Documents?    ☒ Yes  ☐ No

3.  Have all motions addressed to the Claims Documents been resolved?    ☒ Yes  ☐ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
N/A

## B.  <u>READINESS FOR TRIAL</u>:

1.      When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Mid-late November to beginning of December 2026 | Mid-late November to beginning of December 2026 |

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Potential mediation.  Working to coordinate mediation with related bankruptcy estate of Debtor's principal, In re Ashley Nguyen; Bk. No. 8:24-bk-10451-SC | Same, and potential difficulty in third party discovery. |

3.  When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| October 2026. | October 2026. |

4.  What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Minimal written discovery, 2 depositions. | Depositions and discovery from third parties. |

## C.  <u>TRIAL TIME</u>:

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Two days. | One-two days. |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Four to five. | Five to six. |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.    How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Currently unknown. | Unknown pending discovery. |

## D.  PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not  requested | Pretrial conference ☒ is ☐ is not  requested |
| Reasons: | Reasons: |
| N/A | N/A |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 10/15/2026 | (*date*) 10/15/2026 |

## E.  SETTLEMENT:

1.    What is the status of settlement efforts?

Potential mediation.  Working to coordinate mediation with related bankruptcy estate of Debtor's principal, In re Ashley Nguyen; Bk. No. 8:24-bk-10451-SC

2.    Has this dispute been formally mediated?        ☐ Yes    ☒ No
If so, when?
N/A

3.    Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<table>
<tr><td style="text-align:center">Plaintiff</td><td style="text-align:center">Defendant</td></tr>
<tr><td>☒ I do consent</td><td>☒ I do consent</td></tr>
<tr><td>☐ I do not consent</td><td>☐ I do not consent</td></tr>
<tr><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (*Use additional page if necessary*)

N/A

Respectfully submitted,

| | |
|---|---|
| Date: 05/19/2026 | Date: 05/19/2026 |
| FITZGERALD KREDITOR BOLDUC RISBROUGH | SCHEER LAW GROUP |
| Printed name of law firm | Printed name of law firm |
| *Paul Sievers* | |
| Signature | Signature |
| Paul J. Sievers | Joshua Scheer |
| Printed name | Printed name |
| Attorney for:  Plaintiff | Attorney for:  Defendant |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>5/19/26</u> , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen S Naylor (TR) alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com
Paul J. Sievers psievers@psieversapc.com, psievers@fkbrlegal.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>05/19/26</u> , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Attn: Hon Scott C. Clarkson
SANTA ANA DIVISION
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/19/2026 | Jennie Gutierrez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.