| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders (State Bar No. 120169)<br>nanette@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>23101 Lake Center Drive<br>Suite 355<br>Lake Forest, CA 92630<br>Telephone: (949) 851-7450<br>Facsimilie: (949) 851-6926<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Karen Sue Naylor, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:25-bk-10136 SC<br>CHAPTER: 7 |
|---|---|
| FOOTHILL AND TOWNE, LLC | **APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| Debtor(s). | DATE: TO BE SET<br>TIME:<br>COURTROOM:<br>PLACE: |

1. Name of Applicant (*specify*): Ringstad & Sanders LLP
2. Type of services rendered:
   a. ☒ Attorney for (*specify*): Karen Sue Naylor, Chapter 7 Trustee
   b. ☐ Accountant for (*specify*): ________
   c. ☐ Other professional (*specify*): ________
3. Date of filing of petition under chapter 7 of the Bankruptcy Code: 01/17/2025
4. Date of entry of Order Approving Applicant's Employment: 08/12/2025
5. Date of filing of last Fee and/or Expense Application: N/A

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Nanette D. Sanders | $ 725.00 | X | 232.60 | = | $ 168,635.00 |
| b. Nanette D. Sanders | $ 0.00 | X | .70 | = | $ 0.00 |
| c. Becky J. Metzner | $ 195.00 | X | 3.40 | = | $ 663.00 |
| d. Becky J. Metzner | $ 0.00 | X | .50 | = | $ 0.00 |
| e. Arlene Martin | $ 150.00 | X | 4.60 | = | $ 690.00 |
| f. Arlene Martin | $ 0.00 | X | .70 | = | $ 0.00 |

g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 164,988.00 *

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

*During the Application Period, R&S incurred fees in the amount of $170,698.00. As set forth in the Firm's billing records, the Firm has "no charged" or written off 1.90 hours for a total of $710.00, thereby reducing its fees to $169,988.00. As set forth subsequently in the Declaration of Nanette D. Sanders (see paragraph 38 for details on time reductions in the Green Lotus Adv. billing category), the Firm further has reduced its fees by an additional $5,000.00, resulting in a total of $164,988.00 in fees sought for services rendered during the Application Period.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Photocopying | $ 223.00 |
| b. Federal Express | $ 43.43 |
| c. Filing Fee | $ 24.00 |
| d. Notary | $ 30.00 |
| e. Pacer | $ 74.10 |
| f. Postage | $ 117.45 |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 511.98

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

    Declaration of Nanette D. Sanders

15. Total number of attached pages of supporting documentation: 103

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/01/2026 | Nanette D. Sanders | /s/ Nanette D. Sanders |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**DECLARATION OF NANETTE D. SANDERS**

I, Nanette D. Sanders, declare as follows:

1. I am a partner with the law firm of Ringstad & Sanders LLP ("R&S" and/or the "Firm"), general insolvency counsel for Karen Sue Naylor, the duly appointed and acting Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of *Foothill and Towne LLC* Sanders (the "Debtor"). The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify as to the truth of the matters set forth herein, except those matters set forth on information and belief, as to which I am informed and believe they are true.

2. R&S is a law partnership with offices in Lake Forest, California. All attorneys who appear in this case are duly licensed to practice in the State of California and various United States District Courts, including the Central District of California. R&S specializes in insolvency, bankruptcy, and corporate reorganizations, as well as related litigation.

3. I am informed and believe based upon my review of the case docket maintained in this case by the Court Clerk that on or about January 17, 2025, that the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code.

4. On July 1, 2025, the Court entered it's Order Converting Case to Chapter 7 [Dkt. No. 68].

5. On July 2, 2025, Karen Sue Naylor was appointed Chapter 7 Trustee (the "Trustee") [Dkt. No. 72] of the Debtor's bankruptcy estate (the "Estate").

6. On or about July 21, 2025, the Firm filed and served an *Application to Employ Ringstad & Sanders LLP as General Bankruptcy Counsel to Chapter 7 Trustee, Karen Sue Naylor, Memorandum of Points and Authorities and Declarations of Karen Sue Naylor and Nanette D. Sanders in Support Thereof* (the "Employment Application") [Dkt. No. 88]. An order authorizing the employment of the Firm as counsel for the Trustee was entered by the Court on August 12, 2025 [Dkt. No. 95].

7. As set forth in the Employment Application, the Trustee is a limited partner of Ringstad & Sanders, LLP. As a limited partner, she does not participate in the general revenues

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

of the Firm, including fees generated by the Firm in representing her in her capacity as a trustee in any given case [Dkt. No. 88, p. 6-7].

10. This application is the first and final application for allowance of attorney's fees and reimbursement of costs (the "Application") submitted by R&S in its capacity as counsel to the Chapter 7 Trustee. This application covers the period beginning July 2, 2025 through September 30, 2026 (the "Application Period"). During the Application Period, R&S incurred fees in the amount of $170,698.00 and costs in the amount of **$511.98**. As set forth in the Firm's billing records, the Firm has "no charged" or written off 1.90 hours for a total of $710.00, thereby reducing its fees to **$169,988.00**. As set forth subsequently in this Declaration (see paragraph 38 for details on time reductions in the Green Lotus Adv. billing category), the Firm further has reduced its fees by an additional $5,000.00, resulting in a total of **$164,988.00** in fees sought for services rendered during the Application Period. The Firm has not received any retainers in connection with its representation of the Trustee. I am informed and believe that the Trustee is presently holding free and clear funds in the Estate in the approximate amount of $2,405,009.87.

11. No understanding exists for sharing of compensation received or to be received by R&S for services rendered in this case, except that the compensation received herein may be shared among the members and associates of R&S.

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

**<u>General Case Information</u>.**

12. Based upon the Schedule information filed by the Debtor, I am informed and believe that Penta Pacific Partners, LLC ("Penta Pacific") is the holder of 100% of the membership interests of the Debtor, which is a California limited liability corporation. Penta Pacific is owned 100% by Ashley Nguyen ("Ashley"), who is the debtor in the case of *In re Ashley Nguyen*, Case No. 8:24-bk-10451-SC (the "Ashley Bankruptcy Case"), and Weneta Kosmala (the "Ashley Trustee") is the Chapter 7 trustee of the Ashley bankruptcy estate (the "Ashley Estate').

13. The Debtor's Schedules reflect that pre-petition, the Debtor purchased that certain "Vacant Land approx. 2.66 acres located at 700 & 704 East Foothill Blvd.," City of Pomona, County of Los Angeles (the "Property") [Dkt. No. 23].

14. Based upon information contained on the case docket, and that I gathered personally following the Firm's engagement, I am informed and believe that immediately following the commencement of the Bankruptcy Case, the Debtor sought authority to sell the Property pursuant to Section 363 of the Code (the "Sale Motion").[1] The Sale Motion was opposed by RJS Financial [Dkt. No. 42], Green Lotus [Dkt. No. 43], and Val-Chris [Dkt. No. 44], all three of which asserted liens against the Property, and heard by the Court on April 2, 2025, at which time the Sale Motion was granted. The *Order Granting Motion to (1) Approve Sale of Property Free and Clear of Disputed Lien with Such Lien to Attach to the Proceeds Pursuant to 11 U.S.C. 363(b) and (f); (2) Approve Sale Without Overbid or Approve Overbid Procedures; and (3) Determine That Buyer is Entitled to Protection Pursuant to 11 U.S.C. 363(m)* (the "Sale Order") was entered by the Court on April 29, 2025 [Dkt. No. 55]. Before the proposed sale could be consummated, the case was converted to a proceeding under Chapter 7 and the Trustee was appointed.

15. As of the time of the Trustee's appointment on July 2, 2025, escrow was pending regarding the Property with Orange Coast Title Company of Southern California ("Orange Coast"), as provided by the Sale Order. The Trustee immediately began efforts to ascertain and address any issues that might impact or delay the pending close of escrow, including communications with Steven R. Wade, counsel for the Debtor, and Jess R. Bressi, counsel for Foothill Place, LLC, a Delaware limited liability company, successor by assignment to G3 Urban, defined in the Sale Order as the "Buyer" of the Property.

16. On the evening of July 15, 2025, Buyer's counsel advised Orange Coast of his client's intention to close escrow for the purchase of the Property on Monday, July 21, 2025 pursuant to the terms of the Sale Order, without extension. Given the Trustee's concerns regarding certain provisions of the Sale Order, the Trustee immediately contacted the affected parties to address such concerns. In particular, the following provisions of the Sale Order created difficulties in consummating the proposed sale of the Property and effectuating distributions on account of specific claims:

[1] Unless specified otherwise, all references herein to the Code are to the Bankruptcy Code.

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

Paragraph 6 – this portion of the Sale Order related to the secured claim of Val-Chris. The Trustee and Val-Chris conferred and agreed that the "net sale proceeds" of the sale of the Property, less the sum of $141,268.26 which would be distributed to Val-Chris through escrow and applied to its claim, would be held at close by the Trustee, for the sole benefit of Val-Chris, with all liens, claims, and entitlements to payment attaching to such funds with the same validity, in the amount, with the same priority as, and to the same extent that any such liens, claims, and encumbrances have with respect to the Property. No portion of the funds held for the benefit of Val-Chris were to be distributed absent further order of the Court. A similar modification of Paragraph 9.e. was required to mirror this modification;

Paragraph 7 – funds on account of the disputed lien of Green Lotus, in the amount of $1,500,000 (the "Green Lotus Segregated Funds"), were to be held at close by the "Client Trust Account of Stephen R. Wade." Given the conversion of the case to one under Chapter 7 and the appointment of the Trustee, Green Lotus, and the Trustee agreed that the Green Lotus Segregated Funds should be held at close by the Trustee, in a segregated account, for the sole benefit of Green Lotus, with no portion of such funds to be distributed absent further order of the Court. A similar modification of Paragraph 9.f. was required to mirror this modification;

Paragraph 9 – this paragraph contained the Court's authorization to Orange Coast to distribute funds directly from escrow, which authorization did not directly include authorization to pay brokers' commissions. The Trustee reviewed a transcript of the hearing on the Sale Motion, at which time brokers' commissions were discussed, and was advised by the brokers that the Court intended to authorize payment of the commissions given the language of the Sale Order which authorizes the sale of the Property to the Buyer on "the terms and conditions as set forth in the pre-petition 'Vacant Land Purchase Agreement and Joint Escrow Instructions,' dated February 7, 2024," as modified (the "Purchase Agreement"),

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

as referenced in Paragraph 3 of the Sale Order, given that the Purchase Agreement specifically provides for the payment of the brokers' commissions. The Trustee and the brokers agreed that Paragraph 9 of the Sale Order should be amended to specifically provide for the payment of the brokers' commissions from escrow.

17. The Firm worked with the Trustee and the various parties in interest to address the above issues, submitting to the Court on July 18, 2025 a proposed *Stipulation re: Amendment of Order Granting Motion to (1) Approve Sale of Real Property Free and Clear of Disputed Lien With Such Lien to Attach to the Proceeds Pursuant to 11 U.S.C. 363(b) and (f); (2) Approve Sale Without Overbid or Approve Overbid Procedures; and (3) Determine That Buyer is Entitled to Protection Pursuant to 11 U.S.C. 363(m)* (the "Sale Stipulation") [Dkt. No. 79]. The Court entered an *Amended Order Granting Motion to (1) Approve Sale of Real Property Free and Clear of Disputed Lien With Such Lien to Attach to the Proceeds Pursuant to 11 U.S.C. 363(b) and (f); (2) Approve Sale Without Overbid or Approve Overbid Procedures; and (3) Determine That Buyer is Entitled to Protection Pursuant to 11 U.S.C. 363(m)* on July 18, 2025 (the "Modified Sale Order") [Dkt. No. 82], and the related *Order Approving Stipulation re: Amendment of Order Granting Motion to (1) Approve Sale of Real Property Free and Clear of Disputed Lien With Such Lien to Attach to the Proceeds Pursuant to 11 U.S.C. 363(b) and (f); (2) Approve Sale Without Overbid or Approve Overbid Procedures; and (3) Determine That Buyer is Entitled to Protection Pursuant to 11 U.S.C. 363(m)* [Dkt. No. 83]. With certified copies of these Court orders delivered to title, the sale of the Property was closed by the Trustee on July 24, 2025.

18. On August 11, 2025, the Trustee filed her *Report of Sale Pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1)* (the "Report of Sale") [Dkt. No. 94].

19. The Trustee is informed and believes that the sale of the Property by the Estate generated a taxable event to Penta Pacific given that the Debtor is a pass-through entity for tax purposes. The Trustee has caused informational returns to be filed with the Internal Revenue Service and the California Franchise Tax Board, reporting the Property sale information.

///

///

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

**The Disputed Claim of Val-Chris**:

20. As provided by the Modified Sale order, Val-Chris received the sum of $141,268.26 through escrow for the sale of the Property. The net proceeds of the sale, as defined in the Sale Stipulation, and as detailed in the Report of Sale, in the amount of $1,596,433.66 were segregated by the Trustee for the benefit of Val-Chris (the "Segregated Funds – Val-Chris"). Thereafter, the Trustee and Val-Chris engaged in months of negotiations in an effort to resolve disputed secured claim of Val-Chris and its entitlement to all or a portion of the Segregated Funds – Val-Chris. During this time, the Trustee directed the Firm to prepare an adversary complaint seeking a determination by the Court of the validity and extent of the Val-Chris lien and underling claim. Ultimately negotiations proved successful and on February 2, 2026, the Trustee caused to be filed her *Motion for Order Approving Compromise and Settlement with Claimant Val-Chris Investments, Inc. for Distribution of Segregated Funds in Full Satisfaction of Disputed Secured Claim* (the "Val-Chris 9019 Motion") [Dkt. No. 127]. The Val-Chris 9019 Motion was granted by the Court pursuant to order entered February 24, 2026 [Dkt. No. 133], resulting in the distribution of the sum of $700,000 to Val-Chris in full satisfaction of its claim against the Estate, with the balance of the Segregated Funds – Val-Chris, approximately $899,000, deemed to be an asset of the Estate, free and clear of all liens, claims and encumbrances.

21. The F&T Trustee is informed and believes that the sale of the Property by the F&T Estate generated a taxable event to Penta Pacific given that the Debtor is a pass-through entity for tax purposes. The F&T Trustee has caused informational returns to be filed with the Internal Revenue Service and the California Franchise Tax Board, reporting the Property sale information.

**The Green Lotus Disputed Claim**:

22. On or about April 3, 2023, Green Lotus recorded in the official records of Los Angeles County that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "DOT"). The DOT purportedly vested Green Lotus with a lien on the Property, securing repayment of a purported loan in the amount of $1,000,000.00 from Green Lotus, as lender, to the Debtor, as borrower.

23. Following investigation, the Trustee determined that no money was actually loaned by Green Lotus to the Debtor, and it was her position that no consideration was paid by Green Lotus for the security interest purportedly granted to it by the DOT. Green Lotus alleged, among other things, that the Debtor received reasonable equivalent value and that the lien and claim are valid and enforceable. The Debtor advised that on or about May 7, 2024, it demanded that Green Lotus reconvey the DOT. Green Lotus refused to do so, and on June 18, 2024, the Debtor commenced litigation in the Superior Court for the County of Los Angeles, Case No. 24STCV15235, seeking to recover damages against Green Lotus for slander of title and to cancel the DOT (the "State Court Litigation"). On November 21, 2024, the Debtor advised Green Lotus that the Property was under contract to be sold to a third party. The Debtor made demand again upon Green Lotus to reconvey the DOT. Again, Green Lotus failed to do so.

24. On June 5, 2025, Green Lotus filed proof of claim No. 2-1 against the Estate asserting a secured claim as of the date of the bankruptcy filing in the amount of $1,187,779.28 (the "Claim").

25. Pursuant to the terms of the Modified Sale Order, $1,500,000 of the sale proceeds were deposited into a segregated account subject to a lien in favor of Green Lotus pursuant to Section 363 (the "Segregated Funds – Green Lotus").

26. On March 11, 2026, the Trustee filed an adversary complaint (the "Complaint") against Green Lotus commencing adversary case number 8:26-ap-01026-SC styled *Karen Sue Naylor v. Green Lotus Group, LLC* (the "Adversary Proceeding"). By the Complaint, the Trustee alleged that the Claim asserted by Green Lotus was voidable pursuant to 11 U.S.C. Section 548, sought to quiet title as to the Property, and requested a determination that Green Lotus has no valid claim against the Estate.

27. On July 10, 2026, the Trustee, Green Lotus, the Ashley Trustee, and Ashley, as well as their respective counsel, participated in a formal mediation in an effort to resolve all disputed claims asserted by Green Lotus against the F&T and Ashley Estates. Robbin Itkin acted as mediator, and the mediation lasted for in excess of 8 hours. After having examined information and documents provided formally or informally by all the parties, and having

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

participated in the full-day mediation, the Trustee and Green Lotus came to the conclusion that a consensual resolution of the claims and defenses alleged by the Estate and Green Lotus in the Adversary Proceeding was warranted. On August 4, 2026, the Trustee caused her *Motion for Order Approving Compromise and Settlement with Green Lotus Group, LLC* (the "Green Lotus 9019 Motion") [Dkt. No. 155] to be filed and set for hearing on August 25, 2026. The Green Lotus 9019 Motion was supported by the Ashley Trustee, however Ashley filed a formal opposition. Following argument at the August 25, 2026, the Court determined that by the Green Lotus 9019 Motion and the evidence in support thereof, the Trustee had satisfied the factors established by *Martin v. Kane (In re A&C Properties)*, 784 F.2d 1377, 1381 (9th Cir. 1986), which factors supported approval of the Motion. An order granting the Green Lotus 9019 Motion was entered by the Court on September 4, 2026 [Dkt. No. 169].

**Claims Asserted Against the Estate.**

28. On July 16, 2025, the Trustee filed a *Notice of Asset Case* [Dkt. No. 77], with the Clerk of the Court thereafter issuing its *Notice of Potential Dividend and Order Fixing Time to File Claims* [Dkt. No. 84], establishing October 20, 2025 as the general claims bar date. In addition to the disputed secured Claim filed by Green Lotus, total claims were filed as follows:

| | |
|---|---|
| Chapter 7 Administrative Claims | $ 800.00 |
| Priority Claims | $ 4,239.20 |
| General Unsecured Claims | $449,293.45 |

29. Also, on September 8, 2025, the F&T Trustee filed her *Motion to Set Chapter 11 Administrative Claim Bar Date* [Dkt. No. 105], which motion was granted by order entered September 30, 2025 [Dkt. No. 110] setting December 15, 2025 as the Chapter 11 Administrative Claim Bar Date. No Chapter 11 administrative claims were timely filed.

30. With regard to the general unsecured claims, on October 21, 2025, at a continued 341(a) hearing at which I was in attendance, Ashley advised the Trustee that certain creditors of the Estate were not scheduled and provided to the Trustee an excel spreadsheet of the unscheduled creditors. Thereafter, on October 24, 2025, Ashley caused to be filed *Amended Schedule E/F* [Dkt. No. 118], scheduling the identified creditors. The following general unsecured claims were filed by the identified creditors, with those claims inexplicably withdrawn

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

by the same creditors approximately ten months later:

| Creditor | Amount of Claim | Claim No. | Date Filed | Date Withdrawn (W)/ Disallowed (D)[2] |
|---|---|---|---|---|
| Phuc Hai Lu Huynh | $146,048 | 5 | October 20, 2025 | (W) August 24, 2026 Dkt. No. 166 |
| Irene Kiang | $97,241.31 | 9 | November 3, 2025 | (W) August 20, 2026 Dkt. No. 162 |
| Penta Pacific, Inc. (filed by Ashley) | $1,888.45 | 10 | November 3, 2025 | (W) August 20, 2026 Dkt. No. 163 |
| Trang Nguyen | $90,000.00 | 11 | November 3, 2025 | (W) August 20, 2026 Dkt. No. 165 |
| ACE Silverado LLC | $60,000.00 | 12 | November 3, 2025 | (W) August 20, 2026 Dkt. No. 164 |
| Christine Dang | $105,087.00 | 13 | November 25, 2025 | (D) May 6, 2026 Dkt. No. 144 |
| Anthony Altieri | $150,000.00 | 14 | November 25, 2025 | (D) May 6, 2026 Dkt. No. 145 |

31. At the time the Trustee filed the Green Lotus 9019 Motion, allowed general unsecured claims totaled $449,293.45. On August 25, 2026, when the Green Lotus 9019 Motion was heard by the Court, $41,159.60 in claims remained. With the inclusion of the now allowed Green Lotus claim, general unsecured claims total $391,159.60.

32. Copies of R&S's billing statements for all services rendered during the Application Period are attached hereto collectively as Exhibit "1". The billing statements set forth in detail the time spent, and the specific professional services rendered by R&S.

<u>The Application</u>.

33. A true and correct copy of the Firm Profile of Ringstad & Sanders LLP is attached hereto as Exhibit "2." The Firm Profile contains accurate descriptions of the educational background and experience of each of the professionals rendering service during this period.

[2] Disallowed following formal objection by the Trustee.

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

34. For the convenience of the Court, set forth below is a brief narrative history of the services rendered to the Trustee during the Application Period. The narrative describes services in the following categories:

a. Administration;

b. Adv. Green Lotus;

c. Asset Analysis;

d. Asset Disposition;

e. Claims; and,

f. Fee/Employment.

**A. ADMINISTRATION.**

35. This billing category is utilized for general billing matters and reflects time expended on matters which have not warranted the establishment of specific sub-categories. Time expended in this category during the Application Period includes general communications with counsel for the Ashley Trustee regarding crossover issues between the Estate and the Ashley Estate, communications with the Trustee regarding general case issues, including tax issues requiring analysis from the Trustee's accountant given the Debtor's status as a pass through entity for tax purposes, and final administration communications with the Trustee.

36. R&S attorneys expended 3.20 hours, totaling $2,320.00 (for a blended hourly rate of $725.00 for services in this category). Set forth below is a chart summarizing the fees incurred in connection with this matter on a month-by-month basis:

**ADMINISTRATION**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| September 2025 | .90 | $652.50 | $725.00 |
| October 2025 | .40 | $290.00 | $725.00 |
| January 2026 | .10 | $72.50 | $725.00 |
| February 2026 | .10 | $72.50 | $725.00 |
| March 2026 | .40 | $290.00 | $725.00 |
| April 2026 | .60 | $435.00 | $725.00 |



Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| September 2026 | .70 | $507.50 | $725.00 |
| **TOTAL:** | **3.20** | **$2,320.00** | **$725.00** |

**B. ADV. GREEN LOTUS.**

37. This billing category is utilized for services relating to the analysis of the Estate's claims against Green Lotus and evaluation of the defenses asserted by Green Lotus against such claims. The Firm analyzed the pleadings filed in the pre-petition action commenced by the Debtor against Green Lotus in the Los Angeles Superior Court, conferred with Debtor's litigation counsel and Debtor's counsel regarding available evidence to support the Estate's claims, drafting of the bankruptcy related portions of the Complaint filed by the Trustee against Green Lotus in the bankruptcy case, coordination of the Trustee's engagement of special litigation counsel (in this instance, the counsel engaged by the Debtor to pursue the Los Angeles Superior Court action), and assisted such special litigation counsel with bankruptcy procedural issues, including Local Rule compliance, as well as monitoring the Los Angeles Superior Court action pending resolution of the Adversary Proceeding. When the Trustee, the Ashley Trustee, and Green Lotus all agreed to a global mediation in an effort to resolve the disputed claims of Green Lotus asserted against both estates, the Firm facilitated such discussions, including timing and the selection of an appropriate mediator, preparation of the Court's required forms regarding assignment of the Adversary Proceeding to the Central District mediation program, and participated in the preparation of the Trustee's mediation brief and related side letter to the mediator. The Firm participated in the mediation to the extent the Trustee deemed necessary, largely to address general case administration and claims issues that arose during the course of such mediation. When the mediation proved successful, the Firm prepared the Estate's proposed settlement agreement with Green Lotus, as well as the Green Lotus 9019 Motion, researched and prepared the Trustee's reply to Ashley's opposition to such motion, appeared at the hearing and prepared the order as to same. By virtue of the Trustee's efforts in disputing the claim of Green Lotus, its

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

secured claim was reduced through the settlement from $1,187,779.28 to $350,000 unsecured. See paragraphs 22 – 27 above.

38. R&S attorneys expended 102.30 hours, totaling $73,650.00 (for a blended hourly rate of $719.94 for services in this category). So as to avoid any duplication of efforts between the Firm and the Trustee's special litigation counsel, the Firm has voluntarily reduced the amounts set forth below by $5,000.00, resulting in a final fee request in this category of $68,650.00.

**ADV. GREEN LOTUS**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| October 2025 | 6.50 | $4,712.50 | $725.00 |
| December 2025 | 1.80 | $1,305.00 | $725.00 |
| January 2026 | 1.20 | $870.00 | $725.00 |
| February 2026 | 3.60 | $2,610.00 | $725.00 |
| March 2026 | 7.90 | $5,727.50 | $725.00 |
| April 2026 | 3.60 | $2,610.00 | $725.00 |
| May 2026 | 3.60 | $2,610.00 | $725.00 |
| June 2026 | 7.00 | $5,075.00 | $725.00 |
| July 2026 | 34.70 | $24,927.50 | $718.37 |
| August 2026 | 30.00 | $21,462.50 | $715.41 |
| September 2026 | 2.40 | $1,740.00 | $725.00 |
| **TOTAL:** | **102.30** | **$73,650.00** | **$719.94** |

**D. ASSET ANALYSIS.**

39. Under this billing category, the Firm included time expended in evaluating with or on behalf of the Trustee potential alternative scenarios for maximizing the value of the Estate's assets. These efforts included, but were not limited to:

(i) Assisting the Trustee with her initial case investigation as warranted, including the analysis of potential recovery claims, analysis of all available information regarding



Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

the escrow pending as of the time of the Trustee's appointment for the sale of the Estate's Property;

(ii) Communications with third parties regarding the Debtor's pre- and post-petition activities;

(iii) Efforts to obtain the Debtor's compliance with Rule 1019 and the filing of a final report; and,

(iv) Assisting the Trustee with preparation for 341(a) hearings, including coordination with Debtor's counsel regarding the Trustee's outstanding requests for documents/information in preparation for such hearings, and attending such hearings as required. As reflected in the Firm's billing statements, the Firm expended considerable effort in attempting to gain the Debtor's cooperation in providing the Trustee with documents necessary for case administration and its analysis of potential recovery claims or assessing the validity of the Val-Chris and Green Lotus disputed claims, including providing the Trustee's accountant with timely access to the Debtor's QuickBooks data. The Debtor also failed to timely disclose and schedule all creditors. This lack of cooperation resulted in the 341(a) hearings being continued multiple times, with the Trustee's ability to effectively investigate Estate assets and liabilities delayed by same.

40. R&S attorneys expended 29.60 hours, totaling $21,460.00 (for a blended hourly rate of $725.00) for services in this category. Set forth below is a chart summarizing the fees incurred in connection with this matter on a month-by-month basis:

**ASSET ANALYSIS**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| July 2025 | 7.80 | $5,655.00 | $725.00 |
| August 2025 | 4.60 | $3,335.00 | $725.00 |
| September 2025 | 4.00 | $2,900.00 | $725.00 |
| October 2025 | 10.60 | $7,685.00 | $725.00 |



Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| November 2025 | .20 | $145.00 | $725.00 |
| December 2026 | 1.60 | $1,160.00 | $725.00 |
| January 2026 | .40 | $290.00 | $725.00 |
| March 2026 | .40 | $290.00 | $725.00 |
| **TOTAL:** | **29.60** | **$21,460.00** | **$725.00** |

**E. ASSET DISPOSITION.**

41. Under this billing category, the Firm recorded time expended in connection with the Trustee's efforts to close the sale of the Property immediately following her appointment. See paragraphs 12 – 17 above. Following closure of such sale and the Trustee's receipt of net proceeds, the Firm assisted the Trustee in drafting the narrative in support of her Report of Sale given the convoluted facts surrounding same, and communicated with counsel for the City of Pomona regarding the settlement funds received by the City through escrow.

42. R&S attorneys expended 36.20 hours, totaling $26,130.00 (for a blended hourly rate of $721.82 for services in this category. Set forth below is a chart summarizing the fees incurred in connection with this matter on a month-by-month basis:

**ASSET DISPOSITION**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| July 2025 | 34.60 | $24,970.00 | $721.67 |
| August 2025 | 1.50 | $1,087.50 | $725.00 |
| September 2025 | .10 | $72.50 | $725.00 |
| **TOTAL:** | **36.20** | **$26,130.00** | **$721.82** |

**F. CLAIMS.**

43. The "Claims" billing category is typically utilized by the Firm to reflect time expended in connection with the review, analysis, and objection to claims asserted against the

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

Estate. As detailed in the Firm's billing statements, and as set forth at paragraphs 28 – 31, the Firm:

(i) prepared the Trustee's motion for an administrative claim bar date given the conversion of the case from one under Chapter 11 to one under Chapter 7;

(ii) communicated with counsel for Val-Chris and Green Lotus in an effort to gather information in support of their respective claims;

(iii) attempted to gather information from other creditors to support their proofs of claim;

(iv) engaged in extensive settlement discussions with counsel for Val-Chris, which efforts ultimately resulted in the settlement of Val-Chris' disputed secured claim as detailed at paragraphs 20 – 21 above. The Firm prepared the underlying settlement agreement and the 9019 Motion – Val-Chris so as to obtain Court approval of such settlement;

(v) engaged in settlement discussions with counsel for Green Lotus. When those efforts were ultimately unsuccessful, the Firm began preparation of the Complaint against Val-Chris and billings were thereafter recorded in the Adv. Green Lotus billing category; and,

(vi) when efforts to obtain supporting documentation were not successful, prepared and filed the Trustee's formal objections to the claims of Christine Dang (Claim No. 13) and Anthony Altieri (Claim No. 14).

44. R&S attorneys expended 46.80 hours, totaling $32,435.00 (for a blended hourly rate of $693.05) for services in this category. Set forth below is a chart summarizing the fees incurred in connection with this matter on a month-by-month basis:

**CLAIMS**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| July2025 | .70 | $507.50 | $725.00 |
| August 2025 | 2.90 | $1,872.50 | $645.68 |
| September 2025 | 4.10 | $2,685.00 | $654.87 |
| October 2025 | 10.80 | $7,542.50 | $698.37 |

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| November 2025 | 2.10 | $1,522.50 | $725.00 |
| December 2025 | 3.20 | $2,320.00 | $725.00 |
| January 2026 | 13.70 | $9,760.00 | $712.40 |
| February 2026 | 2.50 | $1,525.00 | $610.00 |
| March 2026 | 4.70 | $3,177.50 | $676.06 |
| April 2026 | .20 | $145.00 | $725.00 |
| May 2026 | .50 | $362.50 | $725.00 |
| August 2026 | 1.10 | $797.50 | $725.00 |
| September 2026 | .30 | $217.50 | $725.00 |
| **TOTAL:** | **46.80** | **$32,435.00** | **$693.05** |

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

**G. <u>FEE/EMPLOYMENT.</u>**

45. Under this billing category, the Firm included time expended during the Application Period in connection with the following general tasks:

(i) Preparation of the Firm's employment application and related pleadings (at no charge);

(ii) Endeavored to obtain information from Debtor's counsel regarding the Trustee's requests for information regarding his initial case retainer, lack of employment application, and request for his filing of a final fee application in a timely manner;

(iii) Negotiated on behalf of the Trustee a hybrid contingency arrangement with special litigation counsel to prosecute the Adversary Proceeding against Green Lotus, and thereafter preparing the employment application for such counsel; and,

(iv) Preparation of this first and final fee application for services rendered to the Chapter 7 Trustee.

46. R&S attorneys expended 24.40 hours, totaling $14,703.00, with 1.90 hours voluntarily no-charged, resulting in total fees in this billing category of $13,993.00 (for a blended hourly rate of $573.48). Set forth below is a chart summarizing the fees incurred in connection with this matter on a month-by-month basis:

**FEE/EMPLOYMENT**

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| July 2025 | 1.30 | $0.00 | $0.00 |
| August 2025 | 1.10 | $362.50 | $329.54 |
| December 2025 | .60 | $435.00 | $725.00 |
| January 2026 | 5.60 | $3,830.00 | $683.92 |
| February 2026 | .70 | $220.00 | $314.28 |
| March 2026 | .10 | $72.50 | $725.00 |
| April 2026 | .20 | $145.00 | $725.00 |
| June 2026 | .10 | $72.50 | $725.00 |
| August 2026 | 12.50 | $7,896.50 | $631.72 |
| September 2026 | 2.20 | $959.00 | $435.90 |
| **TOTAL:** | **24.40** | **$13,993.00** | **$573.48** |

**MONTHLY TOTALS**

47. To further facilitate an analysis of the fees incurred by the Firm in representing the Trustee, listed below is a monthly summary of hours expended and fees owing for services performed during the Application Period:

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| July 2025 | 44.40 | $31,132.50 | $701.18 |
| August 2025 | 10.10 | $6,657.50 | $659.15 |
| September 2025 | 9.10 | $6,310.00 | $693.40 |
| October 2025 | 28.30 | $20,230.00 | $714.84 |
| November 2025 | 2.30 | $1,667.50 | $725.00 |

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

| MONTH | TOTAL HOURS | TOTAL AMOUNT | BLENDED HOURLY RATE |
|---|---|---|---|
| December 2025 | 7.20 | $5,220.00 | $725.00 |
| January 2026 | 21.00 | $14,822.50 | $705.83 |
| February 2026 | 6.90 | $4,427.50 | $641.66 |
| March 2026 | 13.50 | $9,557.50 | $707.96 |
| April 2026 | 4.60 | $3,335.00 | $725.00 |
| May 2026 | 4.10 | $2,972.50 | $725.00 |
| June 2026 | 7.10 | $5,147.50 | $725.00 |
| July 2026 | 34.70 | $24,927.50 | $718.37 |
| August 2026 | 43.60 | $30,156.50 | $691.66 |
| September 2026 | 5.60 | $3,424.00 | $611.42 |
| **TOTAL:** | **242.50** | **$169,988.00** | **$700.98** |

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

48. Set forth below is a table detailing the hourly rates and total number of hours worked and fees charged for services performed by the Firm' professionals during the Application Period:

| PROFESSIONAL | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| Nanette D. Sanders | $725.00 | 232.60 | $168,635.00 |
| Nanette D. Sanders | $0.00 | .70 | $0.00 |
| Becky J. Metzner | $195.00 | 3.40 | $663.00 |
| Becky J. Metzner | $0.00 | .50 | $0.00 |
| Arlene Martin | $150.00 | 4.60 | $690.00 |
| Arlene Martin | $0.00 | .70 | $0.00 |
| **TOTAL** | | **242.50** | **$169,988.00** |

49. With respect to the expenses incurred on behalf of the Trustee for which reimbursement is hereby sought, all such expenses are charged to all clients of the Firm. All of the costs which were anticipated to be incurred in the representation of the Trustee were fully disclosed to the Trustee and the Court prior to the employment of the Firm in this case. The

Firm produces computer printouts listing the expenses incurred by the clients of the Firm. The computer printouts of expenses of the Firm are located on the billing statements which are attached as Exhibit "1" hereto.

50. Document Reproduction: the Firm incurred the total sum of $223.00 in document reproduction expenses. All clients of the Firm are charged $.20 per page.

51. Federal Express: the Firm incurred the sum of $43.43 in shipping charges.

52. Filing Fee: the Firm incurred the sum of $24.00 in filing fees.

53. Notary: the Firm incurred the sum of $30.00 in notary charges.

54. Pacer: the Firm incurred the sum of $74.10 in Pacer research charges.

55. Postage: Postage is charged to clients only when multiple envelopes are being mailed at a single time, or if the per envelope cost is in excess of $1.00. The Firm incurred the sum of $117.45 in postage charges for mailing of various notices and motions.

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

56. Out-of-pocket costs expended by the Firm in its representation of the Debtor and recorded in the Firm's computer billing system during the Application Period total **$511.98.** Set forth below is a monthly summary of expenses incurred by category during the above-referenced period:

| Month | Copy | FedEx | Filing Fee | Notary | Pacer | Postage |
|---|---|---|---|---|---|---|
| July 2025 | 27.20 | 0.00 | 24.00 | 30.00 | 5.70 | 13.24 |
| Aug 2025 | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 3.28 |
| Sept 2025 | 17.20 | 0.00 | 0.00 | 0.00 | 3.20 | 11.50 |
| Oct 2025 | 14.40 | 0.00 | 0.00 | 0.00 | 23.70 | 13.32 |
| Nov 2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec 2025 | 0.00 | 0.00 | 0.00 | 0.00 | .20 | 0.00 |
| Jan 2026 | 30.00 | 0.00 | 0.00 | 0.00 | 4.70 | 18.03 |
| Feb 2026 | 44.80 | 0.00 | 0.00 | 0.00 | 1.00 | 24.00 |
| Mar 2026 | 16.00 | 0.00 | 0.00 | 0.00 | 13.30 | 7.64 |
| April 2026 | 0.00 | 0.00 | 0.00 | 0.00 | .40 | 0.00 |
| May 2026 | .80 | 0.00 | 0.00 | 0.00 | 0.00 | 1.48 |
| June 2026 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| July 2026 | 2.00 | 0.00 | 0.00 | 0.00 | 5.80 | 1.48 |
| Aug 2026 | 33.00 | 43.43 | 0.00 | 0.00 | 16.10 | 18.48 |
| Sept 2026 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| **TOTAL** | **$223.00** | **$43.43** | **$24.00** | **$30.00** | **74.10** | **117.45** |

57. The attached time and expense records evidence that the Firm expended fees in the amount of **$164,998.00** and out of pocket costs in the amount of **$551.98** in representing the

Trustee in this Chapter 7 case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed October 1, 2026, at Bozeman, Montana.

/s/ *Nanette D. Sanders*
Nanette D. Sanders

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
(949) 851-7450

RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630

Invoice submitted to:
Foothill and Towne LLC
Karen Sue Naylor, Chapter 7 Trustee
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630

October 1, 2026

Invoice #18631

Professional Services

| | | | Hours |
|---|---|---|---|
| | | **Administration** | |
| 9/30/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE CALL FROM R, BEALL, COUNSEL FOR WENETA KOSMALA, TRUSTEE IN ASHLEY NGUYEN INDIVIDUAL CASE, RE STATUS OF F&T CASE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF MORNING CALL WITH R. BEALL RE CROSSOVER ISSUES W A NGUYEN PERSONAL BANKRUPTCY CASE. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL, COUNSEL FOR WENETA KOSMALA, TRUSTEE IN ASHLEY NGUYEN INDIVIDUAL CASE, RE STATUS OF F&T CASE. | 0.50 |
| 10/9/2025 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL, COUNSEL FOR TRUSTEE IN ASHLEY NGUYEN PERSONAL BK PROCEEDING, RE COORDINATION OF CALL RE INTER ESTATE ISSUES. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL, COUNSEL FOR TRUSTEE IN ASHLEY NGUYEN PERSONAL BK PROCEEDING, RE RESULTS OF F&T OCTOBER 8 CONTINUED 341(A), COORDINATION OF ADMINISTRATION OF TWO ESTATES GIVEN THAT BOTH APPEAR TO BE EXCESS ESTATES, EFFORTS TO RESOLVE PRIMARY CLAIMS IN F&T ESTATE, ETC. | 0.30 |
| 1/14/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE 2025 TAX ISSUES REQUIRING ANALYSIS FROM D. FIFE. | 0.10 |
| 2/10/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAIL FROM A. NGUYEN RE HER REQUEST FOR UPDATED STATUS. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 3/12/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE D. BROWNSTEIN REPRESENTATION IN CASE. | 0.10 |
| | NDS | REVIEW MAIN CASE DOCKET AND SCHEDULES RE D. BROWNSTEIN REPRESENTATION IN CASE. | 0.20 |
| 3/30/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND D. FIFE RE INFORMATIONAL RETURN TO BE FILED RE TRUSTEE'S ACTIVITIES AS SOLE MEMBER PENTA FILES RETURNS AS DEBTOR IS A PASS THROUGH ENTITY, NEED FOR SHARING INFORMATIONAL RETURN WITH TRUSTEE FOR A. NGUYEN ESTATE GIVEN THAT A. NGUYEN IS SOLE MEMBER/OWNER OF PENTA. | 0.10 |
| 4/7/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND D. FIFE RE INFORMATIONAL RETURNS FOR 2025, PROVISION OF SAME TO VARIOUS PARTIES, CONFIRMATION OF PENTA PACIFIC SERVICE ADDRESS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ISSUES WITH REPORTING OF POMONA SALE PROCEEDS IN 2025 INFORMATIONAL GIVEN SEGREGATION OF FUNDS RE GREEN LOTUS AND VAL-CHRIS DISPUTED SECURED CLAIMS. | 0.20 |
| 4/20/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE CASE HISTORY/STATUS SUMMARY FOR INCLUSION WITH 2025 INFORMATIONAL TAX RETURNS. | 0.10 |
| 4/21/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE AND D. FIFE RE 2025 INFORMATIONAL RETURNS/ANALYSIS OF POMONA PROPERTY SALE PROCEEDS/SEGREGATED FUNDS HELD BY TRUSTEE PER COURT ORDER. | 0.10 |
| 9/7/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE NEXT STEPS RE FINAL CASE ADMINISTRATION. | 0.10 |
| 9/8/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE NEXT STEPS IN ESTATE ADMINISTRATION FOLLOWING ENTRY OF 9019 ORDER RE SETTLEMENT WITH GREEN LOTUS. | 0.10 |
| 9/14/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE FINAL CASE ADMINISTRATION ISSUES, INCLUDING POSSIBLE REFERRAL RE CREDITOR CLAIM WITHDRAWALS. | 0.20 |
| 9/17/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE TRUSTEE'S NEED FOR HIS ESTIMATED FINAL PROFESSIONAL FEE NUMBERS FOR DISTRIBUTION ANALYSIS REQUESTED BY UNITED STATES TRUSTEE. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE HER NEED FOR ESTIMATED FINAL PROFESSIONAL FEE NUMBERS FOR DISTRIBUTION ANALYSIS REQUESTED BY UNITED STATES TRUSTEE. | 0.20 |

SUBTOTAL: [ 3.20 2320.00]

| | | | Hours |
|---|---|---|---|
| | Adv. Green Lotus | | |
| 10/22/2025 | NDS | REVIEW CLAIM DOCUMENTS AND PLEADINGS IN LASC ACTION RE ISSUES WITH GREEN LOTUS DISPUTED SECURED CLAIM. | 0.40 |
| | NDS | BEGIN DRAFTING SECTION 548 ADVERSARY COMPLAINT AGAINST GREEN LOTUS GIVEN INABILITY TO REACH CONSENSUAL RESOLUTION OF DISPUTED SECURED CLAIM. | 1.60 |
| | NDS | REVIEW CH CASE PLEADINGS RE DISPUTED SECURED CLAIM FOR PREPARATION OF SECTION 548 ADVERSARY COMPLAINT GIVEN INABILITY TO REACH CONSENSUAL RESOLUTION OF DISPUTED SECURED CLAIM. | 0.50 |
| | NDS | REVIEW CH CASE PLEADINGS RE DISPUTED SECURED CLAIM FOR PREPARATION OF SECTION 548 ADVERSARY COMPLAINT GIVEN INABILITY TO REACH CONSENSUAL RESOLUTION OF DISPUTED SECURED CLAIM. | 0.50 |
| 10/27/2025 | NDS | DRAFT EMAIL TO P. SIEVERS RE COORDINATION OF CALL WITH TRUSTEE RE DEBTOR'S PRE-PETITION LITIGATION IN LASC V GREEN LOTUS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE DRAFT SECTION 548 ADVERSARY COMPLAINT AGAINST GREEN LOTUS, STATUS OF DISCUSSIONS WITH J. SCHEER, ADDITIONAL INFORMATION NEEDED FROM P. SIEVERS, DEBTOR'S PRE-PETITION LITIGATION COUNSEL IN LASC COMPLAINT AGAINST GREEN LOTUS. | 0.40 |
| 10/28/2025 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE COORDINATION OF OCTOBER 30 CONFERENCE CALL WITH TRUSTEE RE CLAIMS AGAINST GREEN LOTUS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE COORDINATION OF OCTOBER 30 CONFERENCE CALL WITH P. SIEVERS RE CLAIMS AGAINST GREEN LOTUS. | 0.10 |
| 10/29/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PREPARATION FOR OCTOBER 30 CALL WITH P. SIEVERS RE PENDING LASC ACTION AGAINST GREEN LOTUS, MERITS OF PROCEEDING WITH ADVERSARY PROCEEDING VERSUS THE LASC ACTION. | 0.20 |
| 10/30/2025 | NDS | REVIEW DOCUMENTS/EMAILS FROM DEBTOR/DEBTOR'S COUNSEL IN PREPARATION FOR TELEPHONE CONFERENCE WITH TRUSTEE AND P. SIEVERS, FORWARDING SAME TO TRUSTEE. | 0.40 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND P SIEVERS, DEBTOR'S LITIGATION COUNSEL IN LASC ACTION V. GREEN LOTUS, RE CLAIM ISSUES. | 1.20 |
| 10/31/2025 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE COORDINATION OF CALL TO DISCUSS GREEN LOTUS ISSUES IMPACTING THE F&T ESTATE, AND THE A. NGUYEN ESTATE. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE RECOMMENDED APPROACH TO PROSECUTION OF CLAIMS AGAINST GREEN LOTUS FOLLOWING OCTOBER 30 CALL WITH P. SIEVERS, DEBTOR'S STATE COURT COUNSEL. | 0.40 |

| | | | Hours |
|---|---|---|---|
| 10/31/2025 | NDS | ANALYZE ALTERNATE APPROACHES TO PROSECUTION OF CLAIMS AGAINST GREEN LOTUS - ADVERSARY PROCEEDING VERSUS PENDING LASC REMANDED MATTER - IN LIGHT OF ANTICIPATED TIME TO TRIAL, ALTERNATE CLAIM SCENARIOS, BK CODE SECTIONS BENEFICIAL TO THE ESTATE, ETC. | 0.50 |
| 12/4/2025 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS, STATE COURT COUNSEL FOR THE DEBTOR, RE COORDINATION OF DECEMBER 5 CALL RE NEXT STEPS IN COMMENCING ADVERSARY AGAINST GREEN LOTUS RE DISPUTED SECURED CLAIM. | 0.10 |
| 12/5/2025 | NDS | DRAFT EMAIL TO P. SIEVERS RE TRUSTEE'S REPORT OF SALE RE POMONA PROPERTY FOR USE IN ESTIMATING DAMAGES TO THE ESTATE FOR PLEADING IN NEW ADVERSARY COMPLAINT. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF CALL WITH P. SIEVERS, NEXT STEPS RE HIS ENGAGEMENT AS SPECIAL LITIGATION COUNSEL AND PREPARATION OF ADVERSARY COMPLAINT. | 0.20 |
| | NDS | REVIEW STATE COURT PLEADINGS RE GREEN LOTUS AND REVIEW BK CASE INFORMATION PREPARING NOTES FOR TELEPHONE CONFERENCE WITH P. SIEVERS. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE TRUSTEE DECISION TO PROCEED WITH ADVERSARY PROCEEDING, ENGAGEMENT OF HIS FIRM AS SPECIAL LITIGATION COUNSEL, PLEADING ISSUES AND DISCOVERY UNDERTAKEN IN PENDING STATE COURT LITIGATION COMMENCED BY THE DEBTOR PRE-PETITION. | 0.60 |
| 12/10/2025 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS, PROPOSED SPECIAL LITIGATION COUNSEL FOR THE TRUSTEE, RE STATUS OF HIS CLEARING OF CONFLICTS, PROPOSED ENGAGEMENT TERMS, CLAIM EVALUATION. | 0.20 |
| 12/19/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO P. SIEVERS RE ADVERSARY TO BE FILED AGAINST GREEN LOTUS RE ITS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE ADVERSARY TO BE FILED AGAINST GREEN LOTUS RE ITS DISPUTED SECURED CLAIM. | 0.20 |
| 1/9/2026 | NDS | DRAFT AND UPDATE DRAFT ADVERSARY COMPLAINT AGAINST LOTUS WITH CURRENT/UPDATED CASE INFORMATION. | 0.30 |
| 1/20/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE DRAFT ADVERSARY COMPLAINT AGAINST GREEN LOTUS. | 0.20 |
| | NDS | DRAFT AND REVISE BANKRUPTCY RELATED PORTIONS OF ADVERSARY COMPLAINT AGAINST GREEN LOTUS. | 0.60 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/30/2026 | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE STATUS OF HIS FINAL DRAFTING OF ADVERSARY COMPLAINT AGAINST GREEN LOTUS. | 0.10 |
| 2/3/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE TRUSTEE'S INSTRUCTIONS RE COMMUNICATIONS WITH S. WADE RE PROSECUTION OF GREEN LOTUS ADVERSARY. | 0.20 |
| | NDS | DRAFT EMAIL TO S. WADE CONFIRMING TRUSTEE'S INSTRUCTIONS THAT HE IS NOT TO COMMUNICATE WITH OR DIRECT HER SPECIAL LITIGATION COUNSEL RE PROSECUTION OF GREEN LOTUS ADVERSARY, MANNER OF COORDINATION OF COMMUNICATIONS, ETC. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE S. WADE INTENT TO COMMUNICATE WITH OR DIRECT PROPOSED SPECIAL LITIGATION COUNSEL, NEED FOR INSTRUCTIONS TO SPECIAL COUNSEL AND S. WADE RE SAME. | 0.20 |
| | NDS | REVIEW EMAIL FROM P. SIEVERS RE EMAIL RECEIVED FROM S. WADE WANTING TO DIRECT PROCEDURAL APPROACH TO ADVERSARY PROCEEDING | 0.10 |
| | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS RE TRUSTEE'S REQUEST FOR STATUS OF PROPOSED ADVERSARY COMPLAINT, CASE UPDATE. | 0.20 |
| 2/4/2026 | NDS | REVIEW EMAIL FROM S. WADE RE COORDINATION OF GENERAL STRATEGY CALL WITH TRUSTEE'S SPECIAL LITIGATION COUNSEL. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE COORDINATION OF GENERAL STRATEGY CALL WITH S. WADE. | 0.10 |
| 2/5/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE HIS AVAILABILITY FOR A STRATEGY CALL WITH S. WADE. | 0.10 |
| | NDS | DRAFT RESPONSIVE EMAIL TO S. WADE RE ISSUES BETWEEN THE TRUSTEE, THE DEBTOR, AND A. NGUYEN RELATING TO THE GREEN LOTUS DISPUTED CLAIM, ANALYSIS OF NEED FOR AN ADVERSARY PROCEEDING RATHER THAN A CLAIM OBJECTION GIVEN THE DICTATES OF RULE 7001 AND THE ESTATE'S INTENT TO SEEK AFFIRMATIVE DAMAGES AGAINST GREEN LOTUS IF ITS LIEN IS DETERMINED TO BE FRAUDULENT OR OTHERWISE INVALID. | 0.60 |
| 2/9/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE STATUS OF SPECIAL LITIGATION COUNSEL PROVISION OF PROPOSED ADVERSARY COMPLAINT. | 0.10 |
| | NDS | REVIEW AND RESPOND WITH CALENDAR INVITE RE S WADE CONFIRMATION OF AVAILABILITY ON FEBRUARY 11 FOR CALL WITH P. SIEVERS. | 0.10 |
| | NDS | FOLLOW UP EMAIL CORRESPONDENCE WITH P. SIEVERS RE STATUS OF PROPOSED ADVERSARY COMPLAINT FOR TRUSTEE'S REVIEW, COORDINATION OF FEBRUARY 11 CALL WITH S. WADE. | 0.10 |
| 2/10/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM A. NGUYEN RE HER REQUEST FOR UPDATED STATUS. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 2/11/2026 | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS FOLLOWING CALL WITH S. WADE RE ADVERSARY COMPLAINT ISSUES. | 0.10 |
| | NDS | DRAFT EMAILS TO P. SIEVERS WITH INFORMATION RE GREEN LOTUS ASSERTED DEFENSES TO ESTATE'S CLAIMS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PREPARATION FOR CALL WITH S. WADE AND P. SIEVERS RE GREEN LOTUS ADVERSARY COMPLAINT AND STRATEGY. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH S. WADE AND P. SIEVERS RE GREEN LOTUS ADVERSARY COMPLAINT AND ADVERSARY CASE STRATEGY. | 0.50 |
| 2/20/2026 | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE TRUSTEE REQUEST FOR STATUS RE DRAFT ADVERSARY COMPLAINT FOR HER REVIEW. | 0.10 |
| 2/24/2026 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO P. SIEVERS RE STATUS OF PROVISION OF DRAFT ADVERSARY COMPLAINT. | 0.10 |
| 2/27/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS RE STATUS OF DRAFT ADVERSARY COMPLAINT. | 0.10 |
| 3/2/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF EFFORTS TO OBTAIN DRAFT ADVERSARY COMPLAINT FROM P. SIEVERS FOR HER REVIEW, MINH TUONG NGUYEN CHAPTER 7 CASE RELEVANT TO GREEN LOTUS' ASSERTED DEFENSES TO ESTATE'S CLAIMS. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE MINH TUONG NGUYEN CHAPTER 7 ISSUES RELEVANT TO GREEN LOTUS ASSERTIONS RE CLAIMS/DEFENSES, HER EMAIL TO P. SIEVERS RE LASC ACTION PENDING AGAINST GREEN LOTUS AND APRIL 10 STATUS CONFERENCE. | 0.20 |
| | NDS | REVIEW DRAFT ADVERSARY COMPLAINT FROM P. SIEVERS PREPARING PROPOSED REDLINE REVISIONS. | 0.40 |
| | NDS | REVIEW AND ANALYZE BK INFORMATION RE MINH TUONG NGUYEN CHAPTER 7 PROCEEDING PENDING BEFORE JUDGE CLARKSON, DISCLOSURE OF DEBT TO A. NGUYEN, AND EXISTENCE OF NON-OPERATING ENTITY TRIVISTA, AND GREEN LOTUS ASSERTIONS RE CLAIMS/DEFENSES ARISING OUT OF SAME. | 0.60 |
| 3/3/2026 | NDS | COMPLETE REVIEW/REDLINING OF PROPOSED ADVERSARY COMPLAINT, FORWARDING SAME TO TRUSTEE FOR REVIEW. | 0.20 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE MINH TUONG NGUYEN CHAPTER 7 PLEADINGS RELATING TO DEFENSES ALLEGED BY GREEN LOTUS TO ESTATE CLAIMS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE DRAFT ADVERSARY COMPLAINT, INFORMATION RE RELATED CASE TO BE SHARED WITH SPECIAL LITIGATION COUNSEL, GREEN LOTUS CLAIM ISSUES. | 0.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/3/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE TRIVISTA ENTITY AND SOS DOCUMENTS GATHERED RE SUCH ENTITY WHICH RELATES TO DEFENSES ALLEGED BY GREEN LOTUS TO ESTATE CLAIMS. | 0.30 |
| 3/4/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE ADVERSARY COMPLAINT FILING AND LBR COMPLIANCE. | 0.10 |
| 3/6/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS RE STATUS OF HIS OFFICE FILING ADVERSARY COMPLAINT. | 0.10 |
| 3/9/2026 | NDS | REVIEW EMAIL FROM P. SIEVERS RE STATUS OF HIS FILING OF ADVERSARY COMPLAINT, FORWARDING SAME TO TRUSTEE. | 0.10 |
| 3/11/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE CURRENT INFORMATION FROM P. SIEVERS RE STATUS OF FILING ADVERSARY COMPLAINT. | 0.10 |
| | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS RE STATUS OF FILING ADVERSARY COMPLAINT, GREEN LOTUS PROOF OF CLAIM AS EXHIBIT 1 TO COMPLAINT, FRBP SERVICE INSTRUCTIONS. | 0.20 |
| 3/12/2026 | NDS | REVIEW AND APPROVE SERVICE DOCUMENTS PROVIDED BY P. SIEVERS, INCLUDING NOTICE TO COMPLY AND SUMMONS/ATTACHMENT/ADVERSARY COMPLAINT, CONFIRMING LOCAL RULES RE SAME. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE SERVICE ISSUES, HIS COORDINATION OF CALL WITH J .SCHEER, COUNSEL FOR GREEN LOTUS, CALENDARING OF ADVERSARY CASE DEADLINES, ETC. | 0.20 |
| 3/16/2026 | NDS | REVIEW EMAIL FROM S. WADE WITH INFORMATION RE MINH NGUYEN BK CASE, REVIEWING SCHEDULES PREVIOUSLY GATHERED RE SAME. | 0.20 |
| | NDS | DRAFT EMAIL TO S. WADE RE HIS COMMENTS RE MINH NGUYEN BK CASE, APPEARANCE AT 341(A) HEARING AND INQUIRING RE GREEN LOTUS DEBT, REQUEST FOR F&T CASE INFORMATION, ETC. | 0.20 |
| 3/17/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE MARCH 16 EMAIL FROM S. WADE RE MINH NGUYEN BK PROCEEDING AND INFORMATION RE THAT DEBTOR'S OBLIGATIONS TO GREEN LOTUS AND A. NGUYEN. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE GREEN LOTUS ADVERSARY, INFORMATION PROVIDED BY S. WADE RE MINH NGUYEN BK PROCEEDING. | 0.20 |
| | NDS | DRAFT RESPONSIVE EMAIL TO S. WADE RE INFORMATION HE PROVIDED ON MARCH 16 RE MINH NGUYEN BK PROCEEDING, 341(A) HEARING THEREIN, FUNDS SEGREGATED FOR DISPUTED GREEN LOTUS CLAIM PER SALE ORDER AND TRUSTEE'S REPORT OF SALE RE POMONA PROPERTY. | 0.20 |
| | NDS | DRAFT EMAIL TO P. SIEVERS REQUESTING STATUS RE FILING OF EXECUTED SUMMONS AND NOTICE OF NEED TO COMPLY. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/18/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE STATUS OF FILING EXECUTED SUMMONS AND NOTICE TO COMPLY. | 0.10 |
| | NDS | REVIEW EMAIL FROM S. WADE TO P. SIEVERS RE GREEN LOTUS CLAIM ISSUES. | 0.10 |
| | NDS | REVIEW SECOND EMAIL FROM S. WADE RE GREEN LOTUS ISSUES, FORWARDING SAME TO TRUSTEE. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE CONTENT OF MINH NGUYEN 341(A) RECORDING. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE GREEN LOTUS MOTION IN ASHLEY CASE SEEKING AUTHORIZATION TO FILE LATE CLAIM, GREEN LOTUS REPRESENTATIVE DECLARATION AND SUPPORTING EXHIBITS PERTINENT TO FACTS ALLEGED IN TRUSTEE'S ADVERSARY COMPLAINT. | 0.20 |
| | NDS | REVIEW AND ANALYZE GREEN LOTUS MOTION IN ASHLEY CASE SEEKING AUTHORIZATION TO FILE LATE CLAIM. | 0.20 |
| | NDS | REVIEW MARCH 3, 2026 341(A) HEARING RECORDING RE MINH NGUYEN CHAPTER 7 CASE FOR INFORMATION RE GREEN LOTUS SCHEDULED CLAIM, ANY CO-DEBTORS, AND OTHER DISCLOSURES. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE GREEN LOTUS MOTION IN ASHLEY CASE SEEKING AUTHORIZATION TO FILE LATE CLAIM, REPRESENTATIONS OF GREEN LOTUS REPRESENTATIVE IN SUPPORTING DECLARATION RELEVANT TO PENDING ADVERSARY, ETC. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE GREEN LOTUS MOTION IN ASHLEY CASE SEEKING AUTHORIZATION TO FILE LATE CLAIM. | 0.20 |
| 3/19/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE GREEN LOTUS CLAIM DOCUMENTATION ISSUES. | 0.20 |
| 3/20/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE APRIL 10 BK STATUS CONFERENCE IN FOOTHILL AND TOWNE LASC ACTION AGAINST GREEN LOTUS, PREPARATION FOR SAME, CONSIDERATION OF DISMISSAL WITHOUT PREJUDICE AND POTENTIAL SOL ISSUES. | 0.20 |
| 3/24/2026 | NDS | DRAFT EMAIL TO TRUSTEE RE EMAIL FROM S. WADE RE GREEN LOTUS CLAIM ISSUES, INCORRECT/INCONSISTENT STATEMENTS IN UNDERLYING NOTE, DOT, AND A. NGUYEN PURPORTED PERSONAL GUARANTY. | 0.10 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM S. WADE RE GREEN LOTUS CLAIM ISSUES, INCORRECT/INCONSISTENT STATEMENTS IN UNDERLYING NOTE, DOT, AND A. NGUYEN PURPORTED PERSONAL GUARANTY. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 3/24/2026 | NDS | FOLLOW UP EMAIL CORRESPONDENCE WITH P. SIEVERS RE APRIL 10 STATUS CONFERENCE IN LASC ACTION V GREEN LOTUS, POTENTIAL DISMISSAL OF ACTION GIVEN PENDING ADVERSARY PROCEEDING, EMAIL FROM S. WADE RE GREEN LOTUS CLAIM ISSUES. | 0.20 |
| 3/25/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE A. NGUYEN TRUSTEE LIMITED RESPONSE TO MOTION OF GREEN LOTUS GROUP TO FILE LATE CLAIM. | 0.10 |
| | NDS | REVIEW AND ANALYZE A. NGUYEN TRUSTEE LIMITED RESPONSE TO MOTION OF GREEN LOTUS GROUP TO FILE LATE CLAIM. | 0.20 |
| 3/26/2026 | NDS | DRAFT EMAIL TO R. BEALL CONFIRMING TRUSTEE'S INTEREST IN TRI-PARTY MEDIATION REGARDING GREEN LOTUS CLAIM. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE CALL WITH R. BEALL RE A. NGUYEN TRUSTEE INTENT TO WITHDRAW TWO CLAIMS FILED AGAINST THE FOOTHILL AND TOWNE ESTATE, POTENTIAL SCENARIOS FOR ADDRESSING GREEN LOTUS CLAIM ASSERTED AGAINST F&T ESTATE AND TO BE ASSERTED AGAINST A. NGUYEN ESTATE INCLUDING TRI-PARTY MEDIATION, POTENTIAL STIPULATION IN A NGUYEN ESTATE WITH PENTA PACIFIC RE DISTRIBUTION OF EXCESS FOOTHILL AND TOWNE FUNDS DIRECTLY TO A. NGUYEN ESTATE, ISSUES RE SAME GIVEN TAX OBLIGATION OF PENTA FOR PASS THROUGH CAPITAL GAINS FOLLOWING SALE OF POMONA PROPERTY. | 0.30 |
| 3/31/2026 | NDS | REVIEW EMAIL AND ATTACHMENT FROM P. SIEVERS RE STATE COURT CONTINUANCE OF BANKRUPTCY STATUS HEARING, CALENDARING NEW DATES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE UPDATED CLAIMS ANALYSIS FOR PURPOSES OF INSOLVENCY ANALYSIS. | 0.20 |
| 4/1/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE COORDINATION OF CALL WITH COUNSEL FOR GREEN LOTUS RE PENDING ADVERSARY, STATUS OF HIS CALL WITH S. WADE RE REINTERVIEW OF A. NGUYEN RE GREEN LOTUS TRANSACTION. | 0.20 |
| | NDS | REVIEW GREEN LOTUS REPLY TO A. NGUYEN LIMITED RESPONSE TO MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE. | 0.10 |
| 4/3/2026 | NDS | REVIEW COURT'S TENTATIVE RE APRIL 7 HEARING RE GREEN LOTUS MOTION TO LATE FILE CLAIM AGAINST A. NGUYEN ESTATE. | 0.10 |
| 4/6/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE RESULTS OF FRIDAY CALL WITH COUNSEL FOR GREEN LOTUS, REQUESTED EXTENSION OF TIME TO FILE ANSWER, CONFIRMING TRUSTEE'S AGREEMENT TO SAME PROVIDED NO OTHER PENDING DATES ESTABLISHED BY THE COURT ARE IMPACTED. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 4/6/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE RESULTS OF P. SIEVERS' FRIDAY CALL WITH COUNSEL FOR GREEN LOTUS, REQUESTED EXTENSION OF TIME TO FILE ANSWER, TRUSTEE'S AGREEMENT TO SAME PROVIDED NO OTHER PENDING DATES ESTABLISHED BY THE COURT ARE IMPACTED. | 0.20 |
| 4/13/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE COORDINATION OF CALL TO DISCUSS RESPONSE TO EMAIL FROM S. WADE RE A. NGUYEN INTENT TO FILE MOTION TO DISMISS HER CHAPTER 7 CASE, REQUEST FOR GREEN LOTUS ADVERSARY CASE/SETTLEMENT INFORMATION. | 0.10 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM S. WADE RE A. NGUYEN INTENT TO FILE MOTION TO DISMISS HER CHAPTER 7 CASE, REQUEST FOR GREEN LOTUS ADVERSARY CASE/SETTLEMENT INFORMATION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAIL FROM S. WADE RE A. NGUYEN INTENT TO FILE MOTION TO DISMISS HER CHAPTER 7 CASE, REQUEST FOR GREEN LOTUS ADVERSARY CASE/SETTLEMENT INFORMATION, TRUSTEE RESPONSE TO SAME. | 0.20 |
| | NDS | DRAFT EMAIL TO S. WADE W TRUSTEE'S RESPONSE TO HIS EMAIL OF SUNDAY APRIL 12 RE A. NGUYEN INTENT TO FILE MOTION TO DISMISS HER CHAPTER 7 CASE, REQUEST FOR GREEN LOTUS ADVERSARY CASE/SETTLEMENT INFORMATION. | 0.30 |
| 4/14/2026 | NDS | REVIEW EMAIL FROM S. WADE RE GREEN LOTUS ADVERSARY, A. NGUYEN INTENT TO FILE MOTION TO DISMISS HER CHAPTER 7 CASE GIVEN CLAIMS STATUS IN HER CASE AND FOOTHILL & TOWNE CASE. | 0.10 |
| 4/15/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE A. NGUYEN MOTION TO DISMISS HER CHAPTER 7 CASE, STATEMENTS THEREIN RE VAL-CHRIS AND GREEN LOTUS CLAIMS. | 0.10 |
| | NDS | REVIEW GREEN LOTUS SUPPLEMENT TO MOTION TO LATE FILE CLAIM IN A. NGUYEN AND A. NGUYEN MOTION TO DISMISS HER CHAPTER 7 CASE. | 0.50 |
| 4/22/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL, COUNSEL FOR V. KOSMALA, RE PARTIES AGREEMENT TO PARTICIPATE IN A GLOBAL MEDIATION IN AN EFFORT TO RESOLVE GREEN LOTUS DISPUTED CLAIM. | 0.20 |
| | NDS | REVIEW AND ANALYZE A. NGUYEN CH 7 TRUSTEE AND GREEN LOTUS OPPOSITIONS TO DEBTOR'S MOTION TO DISMISS CASE, STIPULATION TO CONTINUE MOTION TO DISMISS, WITHDRAWAL OF STIPULATION TO CONTINUE AND REFLIED STIPULATION, A. NGUYEN CH 7 TRUSTEE SUPPLEMENT TO COMMENTS RE GREEN LOTUS MOTION TO FILE LATE FILED CLAIM. | 0.50 |
| 4/24/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE COORDINATION OF GLOBAL MEDIATION RE FOOTHILL AND TOWNE AND A. NGUYEN OBJECTIONS TO GREEN LOTUS CLAIM. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 4/27/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE INTENTION OF A. NGUYEN, A. NGUYEN CHAPTER 7 TRUSTEE, GREEN LOTUS, AND FOOTHILL AND TOWNE TO PROCEED WITH VIRTUAL MEDIATION IN AN EFFORT TO RESOLVE GREEN LOTUS DISPUTED CLAIM AGAINST BOTH ESTATES. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO R. BEALL RE STATUS OF COMPILATION OF SHORT LIST OF POTENTIAL MEDIATORS. | 0.10 |
| 4/30/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE COORDINATION OF MAY 4 CALL RE PENDING ADVERSARY DEADLINES, NEED FOR CHANGE OF. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE PENDING DEADLINES IN ADVERSARY PROCEEDING, MEET AND CONFER REQUIREMENTS, FORM JSR TO BE COMPLETED AND PROVIDED TO DEFENDANT'S COUNSEL, EXEMPLAR RULE 26 DISCLOSURES, ETC. | 0.30 |
| 5/1/2026 | NDS | REVIEW EMAIL FROM R. BEALL RE PROPOSED SLATE OF MEDIATORS RE GLOBAL MEDIATION TO RESOLVE GREEN LOTUS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | DRAFT EMAIL TO R. BEALL RE TRUSTEE'S COMMENTS RE PROPOSED SLATE OF MEDIATORS RE GLOBAL MEDIATION TO RESOLVE GREEN LOTUS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE PROPOSED SLATE OF MEDIATORS RE GLOBAL MEDIATION TO RESOLVE GREEN LOTUS DISPUTED SECURED CLAIM. | 0.10 |
| 5/4/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS RE PENDING DEADLINES IN ADVERSARY VERSUS GREEN LOTUS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE MEET AND CONFER ISSUES, DISCOVERY/POTENTIAL MSJ TIMELINE, STATUS OF PARTIES' SELECTION OF POTENTIAL MEDIATORS FOR GLOBAL MEDIATION RE GREEN LOTUS CLAIMS AGAINST FOOTHILL AND TOWNE AND A. NGUYEN ESTATES, ANTICIPATED TIMING OF MEDIATION, ETC. | 0.60 |
| 5/6/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH R. BEALL RE STATUS OF W. KOSMALA AND GREEN LOTUS SELECTION OF A MEDIATOR, TIMING OF MEDIATION, ETC. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF W. KOSMALA AND GREEN LOTUS SELECTION OF A MEDIATOR, TIMING OF MEDIATION, ETC. | 0.10 |
| 5/7/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE MEDIATION ISSUES. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE MEDIATION ISSUES, CALENDARING CONFLICTS OF SAME. | 0.20 |
| 5/13/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF EFFORTS WITH R. BEALL TO SELECT MEDIATOR AND COORDINATE MEDIATION DATE, MEDIATOR CONFLICTS ENCOUNTERED, POTENTIAL ALTERNATIVE MEDIATORS RE GREEN | 0.20 |

| | | | Hours |
|---|---|---|---|
| | | LOTUS CLAIM AGAINST FOOTHILL AND TOWNE AND AGAINST A. NGUYEN ESTATE. | |
| 5/14/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE CONTINUING ISSUES RE SELECTION OF MEDIATOR FOR GREEN LOTUS ADVERSARY AND A. NGUYEN CASE. | 0.10 |
| 5/20/2026 | NDS | REVIEW FILED JSR (ADV. DKT. 11). | 0.10 |
| 5/26/2026 | NDS | DRAFT FOLLOW UP EMAIL TO R. BEALL RE REQUEST FOR STATUS RE EFFORTS TO SELECT A MEDIATOR AND COORDINATE A MEDIATION DATE. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS RE PLAINTIFF'S RULE 26 DISCLOSURES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE STATUS OF EFFORTS TO SELECT A MEDIATOR AND COORDINATE A MEDIATION DATE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE RESULTS OF HIS MEET AND CONFER WITH COUNSEL FOR GREEN LOTUS, STATUS OF EFFORTS TO SELECT A. MEDIATOR AND COORDINATE A MEDIATION DATE RE GREEN LOTUS CLAIM IN FOOTHILL AND TOWNE AND A. NGUYEN CASES. | 0.30 |
| 5/28/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH R. BEALL RE NEXT STEPS IN ATTEMPTING TO SELECT MEDIATOR AND COORDINATE MEDIATION DATE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE MIN NGUYEN 341(A) HEARING AND QUESTIONS OF GREEN LOTUS AT SAME. | 0.10 |
| 5/29/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE COURT'S TENTATIVE RE JUNE 2 STATUS CONFERENCE IN ADVERSARY PROCEEDING. | 0.10 |
| | NDS | DRAFT EMAIL TO R. BEALL RE ADDITIONAL POTENTIAL MEDIATORS FOR HIS CONSIDERATION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE COURT'S TENTATIVE RE JUNE 2 STATUS CONFERENCE IN ADVERSARY PROCEEDING, STATUS OF EFFORTS TO SELECT A MEDIATOR. | 0.10 |
| | NDS | REVIEW CURRENT CENTRAL DISTRICT BK MEDIATOR LIST FOR POTENTIAL MEDIATOR CANDIDATES. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE POTENTIAL MEDIATOR CANDIDATES. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE STATUS OF EFFORTS TO FIND AVAILABLE MEDIATOR AND COORDINATE MEDIATION OF GREEN LOTUS CLAIMS AGAINST FOOTHILL AND TOWNE AND A. NGUYEN ESTATES. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 6/1/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM G. MACIAS-JACINTO AT P. SIEVER'S OFFICE RE COURT'S TENTATIVE RE JUNE 2 ADVERSARY STATUS CONFERENCE. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS RE HIS INDEPENDENT COMMUNICATIONS WITH S. WADE AND R. BEALL RE MEDIATION ISSUES. | 0.20 |
| 6/4/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE CONTINUING EFFORTS TO FIND A MEDIATOR WITHOUT A CONFLICT WITH AVAILABLE DATES IN LATE JUNE OR JULY, TIMING OF CONTINUED ADV STATUS CONFERENCE, ETC. | 0.10 |
| | NDS | DRAFT FOLLOW-UP EMAIL TO R. BEALL RE ALTERNATE MEDIATORS PROPOSED BY TRUSTEE ON MAY 29. | 0.10 |
| 6/8/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE FURTHER REACH OUTS TO POTENTIAL MEDIATORS FOR GLOBAL MEDIATION BETWEEN FOOTHILL AND TOWNE, GREEN LOTUS, AND A. NGUYEN ESTATE. | 0.10 |
| 6/9/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE ON-GOING EFFORTS TO FIND A MEDIATOR FOR GREEN LOTUS CLAIMS AGAINST FOOTHILL AND TOWNE AND A. NGUYEN ESTATES. | 0.10 |
| 6/10/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM R. BEALL AND J. SCHEER RE R. ITKIN AGREEMENT TO ACT AS MEDIATOR, POTENTIAL MEDIATION DATES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE STATUS OF GREEN LOTUS PROVISION OF NOW DELINQUENT RULE 26 DISCLOSURES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH THE TRUSTEE AND P. SIEVERS RE R. ITKIN AGREEMENT TO ACT AS MEDIATION, POTENTIAL MEDIATION DATES AVAILABLE FOR TRUSTEE AND N. SANDERS, ETC. | 0.20 |
| 6/12/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM R. BEALL RE SELECTION OF MEDIATOR AND MEDIATION DATE, BRIEFING REQUIREMENTS. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM S. WADE RE MEDIATION PREPARATION. | 0.10 |
| | NDS | REVIEW COURT'S MEDIATION PROCEDURES FOLLOWING PARTIES' AGREEMENT RE GLOBAL FOOTHILL AND TOWN/A. NGUYEN MEDIATION BEFORE R. ITKIN. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS RE REQUEST FOR ASSIGNMENT TO MEDIATION AND RELATED ORDER, MEDIATION BRIEF REQUIREMENTS. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE COMPLETED REQUEST FOR ASSIGNMENT TO MEDIATION AND RELATED ORDER, INSTRUCTIONS FOR CIRCULATING TO J. SCHEER, FILING/SERVICE REQUIREMENTS, ETC. | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/12/2026 | NDS | PREPARE REQUEST FOR ASSIGNMENT TO MEDIATION AND RELATED ORDER. | 0.50 |
| 6/15/2026 | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE PLAINTIFF'S RULE 26 DISCLOSURES DUE TODAY. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE GREEN LOTUS PROOF OF CLAIM FILED IN A. NGUYEN CASE, STATUS OF DEFENDANT'S RULE 26 DISCLOSURES. | 0.10 |
| | NDS | REVIEW AND ANALYZE GREEN LOTUS PROOF OF CLAIM FILED IN A. NGUYEN CASE. | 0.10 |
| | NDS | REVIEW EMAIL AND ATTACHMENT FROM P. SIEVERS RE PLAINTIFF'S PROPOSED RULE 26 DISCLOSURES, PROVIDING REDLINE COMMENTS/ADDITIONS. | 0.30 |
| | NDS | REVIEW GREEN LOTUS RULE 26 DISCLOSURES, FORWARDING SAME TO TRUSTEE WITH COMMENTS. | 0.20 |
| 6/16/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS OFFICE RE FORMATTING OF DISCOVERY DOCUMENTS UNDER LBRS. | 0.10 |
| | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH R. BEALL RE MEDIATION BRIEFING REQUIREMENTS TO BE PROVIDED BY R. ITKIN AS MEDIATOR. | 0.10 |
| 6/23/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE REQUEST FOR CLARIFICATION RE MEDIATOR FEES. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ISSUES RE MEDIATOR FEES. | 0.20 |
| | NDS | REVIEW EMAILS FROM R. BEALL, S. WADE, AND J. SCHEER RE MEDIATOR FEES, FORWARDING SAME TO TRUSTEE. | 0.30 |
| 6/24/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE MEDIATOR FEE ISSUES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE MEDIATOR FEE ISSUES. | 0.20 |
| 6/25/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE REVISED MEDIATOR FEE SHARING PROPOSAL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE OUTSTANDING MEDIATOR FEE ISSUE, STATUS OF MEDIATION BRIEF FOR JULY 10 MEDIATION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE MEDIATION BRIEF FOR JULY 10 MEDIATION RE GREEN LOTUS CLAIMS ASSERTED AGAINST FOOTHILL AND TOWNE AND A. NGUYEN ESTATES. | 0.20 |
| 6/26/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL CONFIRMING THAT TRUSTEE HAS PREPARED CASH DISBURSEMENT MOTION RE MEDIATOR FEES. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE STATUS OF GREEN LOTUS SIGNING OF REQUEST FOR ASSIGNMENT TO MEDIATION FORM AND ORDER. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 6/26/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PARTIES' AGREEMENT RE SHARING OF MEDIATOR FEES BETWEEN GREEN LOTUS, TWO BK ESTATES, AND A. NGUYEN, NEED FOR CASH DISBURSEMENTS MOTION, TIMING OF SAME AS IT RELATES TO THE PROPOSED MEDIATION DATE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE PARTIES' AGREEMENT RE SHARING OF MEDIATOR FEES BETWEEN GREEN LOTUS, TWO BK ESTATES, AND A. NGUYEN, NEED FOR CASH DISBURSEMENTS MOTION, TIMING OF SAME AS IT RELATES TO THE PROPOSED MEDIATION DATE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE MOTION FOR APPROVAL OF CASH DISBURSEMENTS RE MEDIATOR FEES, ADDITIONAL LANGUAGE TO BE INCLUDED RE MEDIATOR RATES, ½DAY FREE, ETC. | 0.20 |
| | NDS | REVIEW AND REVISE TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENT RE MEDIATOR FEES. | 0.30 |
| 6/29/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM P. SIEVERS RE STATUS OF FILING REQUEST FOR ASSIGNMENT OF MEDIATION. | 0.20 |
| 6/30/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE MEDIATION BRIEF. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE DAMAGES ANALYSIS FOR MEDIATION BRIEF, INFORMATION TO BE GATHERED FROM TRUSTEE RE COSTS INCURRED BY THE ESTATE. | 0.40 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE DAMAGES ANALYSIS FOR MEDIATION BRIEF, COMMUNICATIONS BETWEEN SPECIAL LITIGATION COUNSEL AND COUNSEL FOR GREEN LOTUS IN PREPARATION FOR MEDIATION. | 0.20 |
| 7/1/2026 | NDS | REVIEW EMAIL AND ATTACHMENTS FROM R. ITKIN RE HER LETTER OF INSTRUCTION AS MEDIATOR, CONFIDENTIALITY STATEMENT, ETC. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE INFORMATION FOR MEDIATION BRIEF, CONFIDENTIAL STATEMENT TO MEDIATOR SEPARATE FROM BRIEF. | 0.20 |
| | NDS | REVIEW BILLING STATEMENTS AND TRUSTEE STATUTORY FEE ESTIMATES FOR COMPILATION OF SUPPORT FOR ESTATE'S DAMAGES ARISING FROM GREEN LOTUS' ASSERTION OF UNFOUNDED SECURED CLAIM. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE INFORMATION FOR MEDIATION BRIEF, CONFIDENTIAL STATEMENT TO MEDIATOR SEPARATE FROM BRIEF. | 0.40 |
| 7/2/2026 | NDS | REVIEW ENTERED MEDIATION ORDER, FORWARDING SAME TO MEDIATOR AND ALL PARTIES INVOLVED IN TRI-PARTY MEDIATION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE CONFIDENTIALITY AGREEMENT RE JULY 10 MEDIATION. | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/2/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE HER COMMENTS/PROPOSED REVISIONS TO MEDIATION BRIEF, INFORMATION TO BE IMPORTED IN CONFIDENTIAL STATEMENT TO MEDIATOR. | 0.20 |
| | NDS | BEGIN DRAFTING TRUSTEE'S CONFIDENTIAL STATEMENT TO MEDIATOR. | 1.40 |
| | NDS | DRAFT AND REVISE TRUSTEE'S MEDIATION BRIEF TO INCLUDE GENERAL CASE/CLAIMS/FUNDS ON HAND INFORMATION TO BE CONSIDERED AT MEDIATION. | 2.30 |
| 7/6/2026 | NDS | FINALIZE COVER SHEET AND SERVICE INSTRUCTIONS RE MEDIATION ORDER PER MEDIATION PROGRAM GUIDELINES. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE J. SCHEER/GREEN LOTUS REQUEST TO CONTINUE JULY 10 MEDIATION, MEDIATOR UNAVAILABILITY, CONFIRMATION THAT MEDIATION WILL PROCEED AS SCHEDULED. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE PROPOSED CONFIDENTIAL LETTER TO MEDIATOR, DISCOVERY ISSUES IN ADVERSARY PROCEEDING. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER, S. WADE, AND R. BEALL RE J. SCHEER/GREEN LOTUS REQUEST TO CONTINUE JULY 10 MEDIATION, MEDIATOR UNAVAILABILITY, CONFIRMATION THAT MEDIATION WILL PROCEED AS SCHEDULED. | 0.30 |
| | NDS | FINALIZE CONFIDENTIAL LETTER TO MEDIATOR. | 0.40 |
| | NDS | REVIEW AND REVISE PROPOSED CONFIDENTIAL LETTER TO MEDIATOR PER COMMENTS OF TRUSTEE. | 0.50 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER, COUNSEL FOR GREEN LOTUS, RE HIS REQUEST TO CONTINUE JULY 10 MEDIATION, ISSUES RE MEDIATOR SCHEDULE, ETC. | 0.20 |
| 7/7/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE CALL RECEIVED FROM CHAMBERS RE JSR AND JULY 14 ADVERSARY STATUS CONFERENCE. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ISSUES RE GREEN LOTUS MEDIATION BRIEF AND SEPARATE EXHIBITS. | 0.20 |
| | NDS | ASSEMBLE CASE/CLAIM INFORMATION LIKELY TO BE ADDRESSED AT JULY 10 MEDIATION. | 0.80 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE ISSUES RE GREEN LOTUS MEDIATION BRIEF AND SEPARATE EXHIBITS. | 0.30 |
| | NDS | REVIEW AND ANALYZE GREEN LOTUS MEDIATION BRIEF AND SEPARATE EXHIBITS. | 0.40 |

| | | | Hours |
|---|---|---|---|
| 7/8/2026 | NDS | REVIEW EMAIL FROM R. ITKIN RE FAILURE OF A. NGUYEN AND W. KOSMALA TO TIMELY SUBMIT THEIR MEDIATION STATEMENTS IN PREPARATION FOR JULY 10 MEDIATION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE A. NGUYEN MEDIATION BRIEF ISSUES. | 0.10 |
| | NDS | REVIEW AND ANALYZE A. NGUYEN MEDIATION BRIEF WHICH CONTAINS NEW ALLEGATIONS REGARDING THE A. NGUYEN/GREEN LOTUS/FOOTHILL AND TOWNE NEVER FUNDED LOAN. | 0.50 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE IN PREPARATION FOR JULY 10 MEDIATION, CASE ANALYSIS INFORMATION IN CONNECTION WITH SAME. | 0.80 |
| 7/9/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE GENERAL BK CASE INFORMATION FOR JULY 10 MEDIATION. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND P. SIEVERS RE PREPARATION FOR JULY 10 MEDIATION, NEGOTIATION ISSUES, ESTATE PRESSURE POINTS, ETC. | 0.80 |
| 7/10/2026 | NDS | REVIEW EMAIL FROM R. BEALL PROVIDING MEDIATION BRIEF OF NGUYEN TRUSTEE, FORWARDING BRIEF TO TRUSTEE AND P. SIEVERS. | 0.10 |
| | NDS | GATHER MINH TUONG BK CASE INFORMATION/DOCUMENTS RELATING TO GREEN LOTUS AND A. NGUYEN ADVERSARIES AGAINST DEBTOR. | 0.30 |
| | NDS | REVIEW AND ANALYZE MEDIATION BRIEF OF NGUYEN TRUSTEE. | 0.30 |
| | NDS | ATTEND (AS NEEDED) TRI-PARTY MEDIATION RE CLAIMS OF GREEN LOTUS AGAINST FOOTHILL AND TOWNE AND A. NGUYEN ESTATES, PREPARING INITIAL OUTLINE OF LIKELY SETTLEMENT TERMS TO BE INCORPORATED INTO SETTLEMENT AGREEMENT. | 5.20 |
| 7/12/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND P. SIEVERS RE DRAFT SETTLEMENT, AVAILABLE HEARING DATES FOR 9019 MOTION. | 0.20 |
| | NDS | BEGIN DRAFTING PROPOSED SETTLEMENT AGREEMENT RE RESOLUTION OF TRUSTEE'S ADVERSARY AGAINST GREEN LOTUS, AND GREEN LOTUS DISPUTED CLAIM AGAINST THE ESTATE. | 2.60 |
| 7/13/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. ITKIN RE TIMING RE TRUSTEE'S CASH DISBURSEMENT MOTION TO PAY HER MEDIATION FEES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE ADDITIONAL INFORMATION NEEDED RELATING TO PROPOSED SETTLEMENT WITH GREEN LOTUS. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/13/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE SETTLEMENT ISSUES, HER REVISIONS TO INITIAL DRAFT OF AGREEMENT, INSTRUCTIONS TO P. SIEVERS RE FURTHER COMMUNICATIONS WITH J. SCHEER RE REMAINING SETTLEMENT ISSUES. | 0.30 |
| | NDS | BEGIN DRAFTING 9019 MOTION RE RESOLUTION OF GREEN LOTUS ADVERSARY AND RELATED CLAIM ASSERTED AGAINST THE ESTATE. | 0.40 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE TEXT FROM E. HAYS RE HIS FIRM'S ENGAGEMENT BY A. NGUYEN. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE TEXT FROM E. HAYS RE HIS FIRM'S ENGAGEMENT BY A. NGUYEN. | 0.10 |
| | NDS | REVIEW COURT'S TENTATIVE RE JULY 13 CONTINUED STATUS CONFERENCE; EMAIL CORRESPONDENCE WITH P. SIEVERS RE SAME. | 0.10 |
| | NDS | REVIEW TEXT FROM E. HAYS RE HIS FIRM'S ENGAGEMENT BY A. NGUYEN. | 0.10 |
| | NDS | REVIEW EMAIL FROM P. SIEVERS RE ADDITIONAL TERMS REQUESTED BY J. SCHEER IN AFTERNOON CALL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE TRUSTEE'S INSTRUCTIONS RE REMAINING SETTLEMENT ISSUES, STATUS OF DRAFT SETTLEMENT AGREEMENT. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ADDITIONAL TERMS REQUESTED BY J. SCHEER FOR GREEN LOTUS IN HIS AFTERNOON CALL WITH P. SIEVERS, TRUSTEE RESPONSE RE SAME. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE REVISED/ADDITIONAL TERMS REQUESTED BY J. SCHEER IN HIS AFTERNOON CALL, ISSUES WITH EACH, REQUEST THAT HE SEND A FORMAL EMAIL TO TRUSTEE FOR HIS REVIEW. | 0.30 |
| 7/14/2026 | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS AND TRUSTEE RE CURRENT STATUS OF NEGOTIATIONS WITH J. SCHEER RE RESOLUTION OF GREEN LOTUS CLAIM POST-MEDIATION, EMAIL FROM S. WADE TO P. SIEVERS REQUESTING SETTLEMENT TERMS AND TRUSTEE'S AUTHORIZED RESPONSE TO SAME. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH E. HAYS, NEW COUNSEL FOR ASHLEY NGUYEN, RE HIS ENGAGEMENT TO CHALLENGE A SETTLEMENT OF GREEN LOTUS' CLAIM. | 0.30 |
| 7/15/2026 | NDS | REVIEW EMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE HIS REQUEST FOR A CALL RE OUTSTANDING SETTLEMENT TERM ISSUES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM A. GRAFF, COUNSEL FOR VAL-CHRIS, CONFIRMING THAT AT PRESENT THERE IS NO SETTLEMENT WITH GREEN LOTUS. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 7/15/2026 | NDS | DRAFT EMAIL TO TRUSTEE AND P. SIEVERS RE TELEPHONE CONFERENCE WITH J. SCHEER RE OUTSTANDING SETTLEMENT TERM ISSUES. | 0.10 |
| | NDS | SECOND TELEPHONE CONFERENCE WITH J. SCHEER RE ADDITIONAL QUESTIONS FROM GREEN LOTUS RE SETTLEMENT TERMS. | 0.20 |
| | NDS | REVIEW MEDIATION NOTES IN PREPARATION FOR CALL WITH J. SCHEER RE OUTSTANDING SETTLEMENT TERM ISSUES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND P. SIEVERS RE FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE HIS REQUEST FOR A CALL RE OUTSTANDING SETTLEMENT TERM ISSUES, CONFIRMING LAST DISCUSSIONS RE SAME, AND INSTRUCTIONS FOR FURTHER CALL. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE OUTSTANDING SETTLEMENT TERM ISSUES, TRUSTEE'S POSITION RE SAME. | 0.40 |
| 7/16/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, CONFIRMING HIS CLIENT'S AGREEMENT REGARDING FINAL SETTLEMENT TERMS, AND REQUESTING NAME CONFIRMATIONS FOR SETTLING PARTIES, FORWARDING EMAIL TO TRUSTEE. | 0.10 |
| | NDS | DRAFT EMAIL TO J. SCHEER, R. BEALL, AND P. SIEVERS RE FORM OF SETTLEMENT AGREEMENT APPROVED BY TRUSTEE. | 0.10 |
| | NDS | FINALIZE PROPOSED SCHEDULING ORDER AND FORWARD TO P SIEVERS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE STATUS OF SETTLEMENT DISCUSSIONS BETWEEN ALL PARTIES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE HER FINAL COMMENTS TO SETTLEMENT ISSUES AND DRAFT SETTLEMENT AGREEMENT. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE GREEN LOTUS AND TRUSTEE AGREEING TO FINAL SETTLEMENT TERMS, DRAFT SETTLEMENT AGREEMENT RE SAME, IMPACT OF THIS SETTLEMENT ON SETTLEMENT DISCUSSIONS BETWEEN A. NGUYEN TRUSTEE AND GREEN LOTUS, ETC. | 0.30 |
| | NDS | DRAFT FINAL CLEAN UP REVISIONS TO PROPOSED SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND GREEN LOTUS. | 0.30 |
| | AM | DRAFT PROPOSED SCHEDULING ORDER. | 0.40 |
| 7/17/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF CALL WITH R. BEALL RE STATUS OF GLOBAL SETTLEMENT EFFORTS, TERMS OF TRUSTEE'S PROPOSED SETTLEMENT WITH GREEN LOTUS. | 0.20 |
| 7/20/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM J. SCHEER RE STATUS OF HIS/GREEN LOTUS' REVIEW OF TRUSTEE'S DRAFT SETTLEMENT AGREEMENT, STATUS OF FINALIZATION OF GREEN LOTUS/A. NGUYEN ESTATE SETTLEMENT | 0.20 |

| | | | Hours |
|---|---|---|---|
| | | AGREEMENT, COORDINATION OF CALL ON JULY 20 TO REVIEW PROPOSED REVISIONS TO F&T AGREEMENT. | |
| 7/21/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE PAYMENT TO MEDIATOR FOLLOWING COURT APPROVAL OF CASH DISBURSEMENT MOTION, INSTRUCTIONS RE SAME. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO J. SCHEER RE STATUS OF HIS PROVISION OF REDLINE COMMENTS TO SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PREVIEW OF ISSUES RAISED BY GREEN LOTUS RE DRAFT SETTLEMENT AGREEMENT. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE GREEN LOTUS COMMENTS/ISSUES RE DRAFT SETTLEMENT AGREEMENT, SIMILAR ISSUES RE RELATED DRAFT SETTLEMENT AGREEMENT IN A. NGUYEN CASE. | 0.40 |
| 7/22/2026 | NDS | REVIEW EMAIL FROM P. SIEVERS RE ADDITIONAL PROVISIONS NEEDED IN DRAFT SETTLEMENT AGREEMENT TO ADDRESS SECOND STATE COURT ACTION INITIATED BY GREEN LOTUS PARTIES IN WHICH THE DEBTOR IS NAMED BUT HAS NOT BEEN SERVED. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE AND P. SIEVERS RE FURTHER REVISED DRAFT SETTLEMENT AGREEMENT WITH GREEN LOTUS. | 0.10 |
| | NDS | REVIEW AND ANALYZE TRUSTEE'S COMMENTS TO REVISIONS TO SETTLEMENT AGREEMENT PROPOSED BY J. SCHEER/GREEN LOTUS. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND P. SIEVERS RE J. SCHEER PROPOSED REVISIONS TO DRAFT SETTLEMENT AGREEMENT REGARDING RESOLUTION OF ADVERSARY, ISSUES RE TIMING, REQUESTED PAYMENT GUARANTEE, APPEAL OF ORDER, ETC. | 0.20 |
| | NDS | REVIEW AND ANALYZE J. SCHEER PROPOSED REVISIONS TO DRAFT SETTLEMENT AGREEMENT REGARDING RESOLUTION OF ADVERSARY, CREATING VERSION WITH HIGHLIGHTS FOR EASIER REVIEW BY TRUSTEE. | 0.30 |
| | NDS | PREPARE FURTHER REVISED DRAFT SETTLEMENT AGREEMENT PER J. SCHEER PROPOSED REVISIONS, TRUSTEE'S COMMENTS/ISSUES, AND FURTHER NECESSARY LANGUAGE GIVEN SAME. | 0.50 |
| 7/23/2026 | NDS | DRAFT STATUS EMAIL TO J. SCHEER RE STATUS OF TRUSTEE'S REVIEW AND ANALYZE OF GREEN LOTUS' PROPOSED REVISIONS TO SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND P. SIEVERS RE FURTHER REVISED DRAFT SETTLEMENT AGREEMENT TERMS FOR THEIR REVIEW. | 0.10 |
| | NDS | PREPARE FURTHER REDLINE REVISIONS TO DRAFT SETTLEMENT AGREEMENT PER COMMENTS OF TRUSTEE AND P. SIEVER. | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/24/2026 | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE REQUEST FOR HIS INPUT ON LITIGATION RELATED PROVISIONS OF DRAFT SETTLEMENT AGREEMENT WITH GREEN LOTUS. | 0.10 |
| | NDS | CONTINUE DRAFTING 9019 MOTION RE RESOLUTION OF GREEN LOTUS ADV AND RELATED CLAIM/LITIGATION. | 1.50 |
| 7/30/2026 | NDS | DRAFT DETAILED EMAIL TO J. SCHEER, DETAILING FINAL REDLINE REVISIONS TO PROPOSED SETTLEMENT AGREEMENT BETWEEN THE ESTATE AND GREEN LOTUS, AND PROVIDING TRUSTEE'S FURTHER COMMENTS/RESPONSES TO AREAS OF CONCERN EXPRESSED BY GREEN LOTUS. | 0.40 |
| | NDS | PREPARE COMPREHENSIVE, FINAL REDLINE REVISIONS TO PROPOSED SETTLEMENT AGREEMENT BETWEEN THE ESTATE AND GREEN LOTUS. | 0.60 |
| 7/31/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE STATUS OF FINAL SETTLEMENT TERMS RE TRUSTEE/GREEN LOTUS MEDIATED SETTLEMENT, TIMING OF FILING 9019 MOTION RE SAME, ETC. | 0.20 |
| | NDS | CONTINUE DRAFTING 9019 MOTION RE RESOLUTION OF GREEN LOTUS ADVERSARY AND FILED PROOF OF CLAIM. | 2.80 |
| 8/1/2026 | NDS | REVIEW EMAIL FROM R. BEALL RE STATUS OF FINALIZING SETTLEMENT AGREEMENT BETWEEN GREEN LOTUS AND ASHLEY ESTATE, HIS INTENT TO USE AUGUST 25 HEARING DATE FOR 9019 MOTION. | 0.10 |
| | NDS | REVIEW EMAIL FROM J. SCHEER RE STATUS OF PROVISION OF FINAL COMMENTS/REVISIONS OF GREEN LOTUS TO DRAFT SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF FINAL REVISIONS TO SETTLEMENT AGREEMENT W GREEN LOTUS, INFORMATION FROM R. BEALL RE STATUS OF FINAL SETTLEMENT AGREEMENT BETWEEN GREEN LOTUS AND ASHLEY ESTATE. | 0.20 |
| | NDS | FINALIZE DRAFT 9019 MOTION RE SETTLEMENT OF GREEN LOTUS ADVERSARY AND RELATED DISPUTED SECURED CLAIM. | 0.50 |
| 8/2/2026 | NDS | FINALIZE 9019 MOTION PER TRUSTEE'S COMMENTS. | 0.20 |
| | NDS | REVIEW EMAIL FROM TRUSTEE RE HER COMMENTS/REVISIONS TO DRAFT 9019 MOTION. | 0.30 |
| 8/3/2026 | NDS | DRAFT FOLLOW UP EMAIL TO J. SCHEER RE STATUS OF GREEN LOTUS FINAL COMMENTS TO SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS SCHEER RE EXECUTION VERSION OF SETTLEMENT AGREEMENT. | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/3/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE STATUS OF SETTLEMENT AGREEMENT IN ASHLEY CASE. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE VERSION OF GREEN LOTUS SETTLEMENT AGREEMENT WITH ASHLEY ESTATE. | 0.10 |
| | NDS | REVIEW EMAIL AND ATTACHMENT FROM R. BEALL RE FINAL VERSION OF GREEN LOTUS SETTLEMENT AGREEMENT WITH ASHLEY ESTATE. | 0.20 |
| | NDS | DRAFT EMAIL TO J. SCHEER RE EXECUTION VERSION OF SETTLEMENT AGREEMENT. | 0.20 |
| | NDS | FINALIZE NOTICE OF 9019 MOTION RE PROPOSED SETTLEMENT BETWEEN TRUSTEE AND GREEN LOTUS. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE FINAL WORD AND PDF VERSIONS OF SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND GREEN LOTUS, AUTHORIZATION TO CIRCULATE TO ALL PARTIES FOR SIGNATURE. | 0.20 |
| | NDS | CREATE FINAL WORD AND PDF VERSIONS OF SETTLEMENT AGREEMENT BETWEEN TRUSTEE AND GREEN LOTUS. | 0.30 |
| | NDS | DRAFT EMAIL TO R. BEALL RE EXECUTION VERSION OF SETTLEMENT AGREEMENT BETWEEN FOOTHILL AND TOWNE AND GREEN LOTUS, FINAL VERSION OF 9019 MOTION RE SAME. | 0.20 |
| | AM | DRAFT NOTICE OF 9019 MOTION GREEN LOTUS ADVERSARY. | 0.30 |
| 8/4/2026 | NDS | DRAFT EMAIL AND LEAVE VOICEMAIL FOR J. SCHEER RE ISSUE RE FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | EMAIL TO R. BEALL RE W. KOSMALA REFUSAL TO SIGN ON FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT AGREEMENT NOTWITHSTANDING HER AGREEMENT TO DO SO AT MEDIATION. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ISSUES RE W. KOSMALA REFUSAL TO SIGN ON FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT AGREEMENT NOTWITHSTANDING HER AGREEMENT TO DO SO AT MEDIATION. | 0.30 |
| | NDS | DRAFT REVISIONS TO 9019 MOTION FOLLOWING W. KOSMALA REFUSAL TO SIGN ON FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT AGREEMENT NOTWITHSTANDING HER AGREEMENT TO DO SO AT MEDIATION. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE MODIFIED FORM OF SETTLEMENT AGREEMENT TO STRIKE W. KOSMALA SIGNATURE BLOCK, AUTHORIZATION OF GREEN LOTUS TO UTILIZE SAME IN SUPPORT OF 9019 MOTION. | 0.40 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE CONFIRMATION FROM R. BEALL RE 9019 MOTION IN ASHLEY CASE IS BEING REFILED/SET FOR HEARING. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 8/4/2026 | NDS | DRAFT EMAIL TO R. BEALL RE FILING OF ASHLEY ESTATE 9019 MOTION ON NOTICE AND OPPORTUNITY RATHER THAN AUGUST 25 DATE PREVIOUSLY AGREED TO BY THE PARTIES. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE FINAL VERSION OF 9019 MOTION, AUTHORIZATION TO UTILIZE MODIFIED SETTLEMENT AGREEMENT AFTER HIS EXECUTION. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE 9019 MOTION OF ASHLEY TRUSTEE BEING FILED ON NOTICE/OPPORTUNITY RATHER THAN NOTICED FOR AUGUST 25 AS AGREED, FOLLOW UP COMMUNICATIONS WITH J. SCHEER AND R. BEALL RE SAME. | 0.20 |
| | NDS | REVIEW AND ANALYZE 9019 MOTION OF ASHLEY TRUSTEE RE GREEN LOTUS SETTLEMENT WITH ASHLEY NGUYEN ESTATE. | 0.30 |
| | NDS | DRAFT SUBSTANTIVE EMAIL TO R. BEALL RE W. KOSMALA REFUSAL TO SIGN ON FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT AGREEMENT NOTWITHSTANDING HER AGREEMENT TO DO SO AT MEDIATION, NEED FOR IMMEDIATE CLARIFICATION THAT SHE DOES NOT OPPOSE THE PROPOSED F&T/GREEN LOTUS SETTLEMENT. | 0.40 |
| | NDS | DRAFT FINAL REVISIONS TO 9019 MOTION AND RELATED NOTICE FOLLOWING CONFIRMATION FROM R. BEALL THAT W. KOSMALA DOES NOT OPPOSE FOOTHILL AND TOWNE/GREEN LOTUS SETTLEMENT NOTWITHSTANDING HER REFUSAL TO APPROVE FORM OF SETTLEMENT AGREEMENT. | 0.60 |
| 8/5/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS CONFIRMING THAT 9019 MOTION IN A. NGUYEN CASE REFILED AND NOTICED FOR HEARING CONCURRENTLY WITH F&T MOTION. | 0.10 |
| | NDS | REVIEW NOTICE OF WITHDRAWAL OF 9019 MOTION IN A. NGUYEN CASE RE NGUYEN TRUSTEE/GREEN LOTUS SETTLEMENT, REFILED AND RENOTICED 9019 MOTION SET FOR HEARING CONCURRENTLY WITH 9019 MOTION RE F&T TRUSTEE SETTLEMENT WITH GREEN LOTUS. | 0.20 |
| 8/6/2026 | NDS | REVIEW FURTHER REFILED 9019 MOTION OF ASHLEY TRUSTEE RE GREEN LOTUS SETTLEMENT. | 0.10 |
| 8/7/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER RE SEPARATE CONFORMED COPY OF SETTLEMENT AGREEMENT. | 0.10 |
| 8/11/2026 | NDS | REVIEW EMAIL FROM CREDITOR I. KIANG RE REQUEST FOR SETTLEMENT AGREEMENT AND TRUSTEE'S DECLARATION. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE OPPOSITION DEADLINE RE 9019 MOTION RE SETTLEMENT WITH GREEN LOTUS. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/11/2026 | NDS | REVIEW EMAIL FROM T. MANG RE MARSHACK HAYS ENGAGEMENT AS COUNSEL FOR A. NGUYEN, INTENT TO SEEK CONTINUANCE OF 9/1 HEARING ON 9019 MOTION. | 0.10 |
| | NDS | DRAFT EMAIL TO I. KIANG WITH COPY OF 9019 MOTION, INCLUDING TRUSTEE'S SUPPORTING DECLARATION AND CONFORMED COPY OF SETTLEMENT AGREEMENT. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE AND P. SIEVERS RE EMAIL FROM T. MANG RE MARSHACK HAYS ENGAGEMENT AS COUNSEL FOR A. NGUYEN, INTENT TO SEEK CONTINUANCE OF 9/1 HEARING ON 9019 MOTION. | 0.10 |
| | NDS | DRAFT EMAIL TO J. SCHEER RE EMAIL FROM T. MANG RE MARSHACK HAYS ENGAGEMENT AS COUNSEL FOR A. NGUYEN, INTENT TO SEEK CONTINUANCE OF 9/1 HEARING ON 9019 MOTION. | 0.10 |
| 8/12/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE AUGUST 11 EMAIL FROM T. MANG RE ENGAGEMENT AS COUNSEL FOR ASHLEY NGUYEN, INTENT TO FILE A MOTION TO CONTINUE THE SEPTEMBER 1 9019 MOTION, ETC. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE AUGUST 11 EMAIL FROM T. MANG RE ENGAGEMENT AS COUNSEL FOR ASHLEY NGUYEN, INTENT TO FILE A MOTION TO CONTINUE THE SEPTEMBER 1 9019 MOTION, ETC., A. NGUYEN TRUSTEE POSITION RE SAME. | 0.30 |
| | NDS | DRAFT EMAIL TO R. BEALL RE COORDINATION OF A CALL TO DISCUSS AUGUST 11 EMAIL FROM T. MANG RE ENGAGEMENT AS COUNSEL FOR ASHLEY NGUYEN, INTENT TO FILE A MOTION TO CONTINUE THE SEPTEMBER 1 9019 MOTION, ETC. | 0.10 |
| | NDS | DRAFT PROPOSED RESPONSIVE EMAIL TO E. HAYS AND T. MANG TO AUGUST 11 EMAIL FROM T. MANG RE ENGAGEMENT AS COUNSEL FOR ASHLEY NGUYEN, INTENT TO FILE A MOTION TO CONTINUE THE SEPTEMBER 1 9019 MOTION, ETC. | 0.20 |
| 8/13/2026 | NDS | REVIEW EMAIL FROM T. MANG AT MARSHACK HAYS RE PENDING 9019 MOTIONS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE HIS CALL WITH T. MANG AT MARSHACK HAYS RE A. NGUYEN POSITION RE PENDING 9019 MOTIONS. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM J. SCHEER RE STATUS OF COMMUNICATIONS WITH E. HAYS/M. TANG RE A. NGUYEN REPRESENTATION AND POSITION RE PENDING 9019 MOTION. | 0.20 |
| | NDS | REVIEW MAIN CASE DOCKET FOR ANY OPPOSITION FILED BY A. NGUYEN TO 9019 MOTION IN EITHER FOOTHILL & TOWNE OR A. NGUYEN CASES, DOWNLOADING SUBSTITUTION OF ATTORNEY IN A. NGUYEN CASE. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/13/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAIL FROM T. MANG AT MARSHACK HAYS RE PENDING 9019 MOTIONS. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE STATUS OF COMMUNICATIONS WITH E. HAYS/M. TANG RE A. NGUYEN REPRESENTATION AND POSITION RE PENDING 9019 MOTIONS. | 0.30 |
| | NDS | DRAFT RESPONSIVE EMAIL TO T. MANG AT MARSHACK HAYS RE MY FOLLOW UP CALL WITH R. BEALL RE THEIR DISCUSSION, INFORMATION SHARED WITH R. BEALL RE A. NGUYEN POSITION RE PENDING 9019 MOTIONS, CONFIRMATION THAT NO OPPOSITION FILED IN FOOTHILL & TOWNE CASE AS OF 9 PM AUGUST 13. | 0.30 |
| 8/14/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE COMBINED A. NGUYEN RESPONSE TO RELATED MOTIONS TO COMPROMISE FILED BY CHAPTER 7 TRUSTEES IN FOOTHILL & TOWNE AND ASHLEY NGUYEN BANKRUPTCY CASES, REQUEST FOR CONTINUANCE, FILED BY ASHLEY NGUYEN. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE EMAIL FROM T. MANG RE HIS BELIEF THAT TRUSTEE CAN EASILY FILE A MOTION FOR INTERIM DISTRIBUTION EVEN WHEN SHE IS PROCEEDING WITH TFR, HIS POSITION RE PENDING 9019 MOTIONS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE A. NGUYEN COMBINED RESPONSE TO RELATED MOTIONS TO COMPROMISE FILED BY CHAPTER 7 TRUSTEES IN FOOTHILL & TOWNE AND ASHLEY NGUYEN BANKRUPTCY CASES, REQUEST FOR CONTINUANCE, FILED BY ASHLEY NGUYEN. | 0.20 |
| | NDS | REVIEW EMAIL FROM TRUSTEE RE HER WRITTEN COMMENTS TO A. NGUYEN COMBINED RESPONSE TO RELATED MOTIONS TO COMPROMISE FILED BY CHAPTER 7 TRUSTEES IN FOOTHILL & TOWNE AND ASHLEY NGUYEN BANKRUPTCY CASES, REQUEST FOR CONTINUANCE, FILED BY ASHLEY NGUYEN. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE A. NGUYEN COMBINED RESPONSE TO RELATED MOTIONS TO COMPROMISE FILED BY CHAPTER 7 TRUSTEES IN FOOTHILL & TOWNE AND ASHLEY NGUYEN BANKRUPTCY CASES, REQUEST FOR CONTINUANCE, FILED BY ASHLEY NGUYEN. | 0.40 |
| | NDS | REVIEW AND ANALYZE A NGUYEN COMBINED RESPONSE TO RELATED MOTIONS TO COMPROMISE FILED BY CHAPTER 7 TRUSTEES IN FOOTHILL & TOWNE AND ASHLEY NGUYEN BANKRUPTCY CASES, REQUEST FOR CONTINUANCE, FILED BY ASHLEY NGUYEN | 0.50 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM T. MANG RE HIS BELIEF THAT TRUSTEE CAN EASILY FILE A MOTION FOR INTERIM DISTRIBUTION EVEN WHEN SHE IS PROCEEDING WITH TFR, HIS POSITION RE PENDING 9019 MOTIONS. | 0.20 |
| 8/17/2026 | NDS | REVIEW MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 8/17/2026 | NDS | ADDITIONAL RESEARCH RE A. NGUYEN STANDING IN FOOTHILL & TOWNE CASE, AUTHORITIES CITED BY A NGUYEN IN HER COMBINED RESPONSE TO 9019 MOTION TO APPROVE MEDIATED SETTLEMENT WITH GREEN LOTUS. | 0.80 |
| | NDS | CONTINUE DRAFTING REPLY TO A. NGUYEN COMBINED RESPONSE TO 9019 MOTION TO APPROVE MEDIATED SETTLEMENT WITH GREEN LOTUS AND SUPPORTING DECLARATIONS. | 5.70 |
| 8/18/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE HER FINAL COMMENTS TO REPLY TO A. NGUYEN COMBINED RESPONSE TO PENDING 9019 MOTIONS RE SETTLEMENTS WITH GREEN LOTUS. | 0.30 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE A. NGUYEN TRUSTEE REPLY TO COMBINED RESPONSE TO PENDING 9019 MOTIONS RE SETTLEMENTS WITH GREEN LOTUS, A. NGUYEN FILING OF PROOF OF CLAIM IN FOOTHILL & TOWNE CASE ON BEHALF OF PENTA PACIFIC. | 0.20 |
| | NDS | REVIEW AND ANALYZE DRAFT REPLY OF A. NGUYEN TRUSTEE TO A. NGUYEN COMBINED RESPONSE TO PENDING 9019 MOTIONS RE SETTLEMENTS WITH GREEN LOTUS. | 0.30 |
| | NDS | REVISE IN FINAL REPLY TO A. NGUYEN COMBINED RESPONSE TO PENDING 9019 MOTIONS RE SETTLEMENTS WITH GREEN LOTUS PER COMMENTS OF TRUSTEE AND R. BEALL. | 0.50 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE DRAFT REPLY OF A. NGUYEN TRUSTEE TO A. NGUYEN COMBINED RESPONSE TO PENDING 9019 MOTIONS RE SETTLEMENTS WITH GREEN LOTUS. | 0.10 |
| 8/19/2026 | NDS | REVIEW A. NGUYEN NOTICE OF UNPUBLISHED AUTHORITIES RELATING TO COMBINED RESPONSE TO 9019 MOTIONS. | 0.10 |
| | NDS | REVIEW FILED REPLY OF A. NGUYEN CHAPTER 7 TRUSTEE TO COMBINED RESPONSE TO 9019 MOTIONS, AS WELL AS REFILED REPLY. | 0.20 |
| 8/20/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE UPDATE RE COMMUNICATIONS WITH COUNSEL FOR A. NGUYEN TRUSTEE, PREPARATION FOR 8/25 HEARINGS ON 9019 MOTIONS. | 0.20 |
| 8/21/2026 | NDS | DRAFT EMAIL TO R. BEALL RE COURT'S TENTATIVES RE FOOTHILL & TOWNE 9019 MOTION, ASHLEY ESTATE 9019 MOTION, AND ASHLEY MOTION TO DISMISS. | 0.10 |
| | NDS | DRAFT EMAIL TO J. SCHEER RE COURT'S TENTATIVES RE FOOTHILL & TOWNE 9019 MOTION, ASHLEY ESTATE 9019 MOTION, AND ASHLEY MOTION TO DISMISS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE COORDINATION OF CALL RE PREPARATION FOR AUGUST 25 HEARINGS ON 9019 MOTIONS. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/21/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE COURT'S TENTATIVES RE F&T 9019 MOTION, ASHLEY ESTATE 9019 MOTION, AND ASHLEY MOTION TO DISMISS. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER RE CLAIM WITHDRAWALS IN FOOTHILL & TOWNE CASE, PREPARATION FOR AUGUST 25 HEARINGS ON 9019 MOTIONS | 0.20 |
| | NDS | REVIEW COURT'S TENTATIVES RE FOOTHILL & TOWNE 9019 MOTION, ASHLEY ESTATE 9019 MOTION, AND ASHLEY MOTION TO DISMISS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE ANALYSIS OF A. NGUYEN STRATEGY IN CAUSING CREDITORS TO WITHDRAW CLAIMS IN FOOTHILL & TOWNE CASE, WATERFALL EFFECT OF SAME, ANTICIPATED ARGUMENT OF A. NGUYEN NEW COUNSEL IN HER CASE RE PENDING MOTION TO DISMISS AND 9019 MOTION. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE ANALYSIS OF A. NGUYEN STRATEGY IN CAUSING CREDITORS TO WITHDRAW CLAIMS IN F&T CASE, WATERFALL EFFECT OF SAME, ANTICIPATED ARGUMENT OF A. NGUYEN NEW COUNSEL IN BOTH FOOTHILL & TOWNE AND A. NGUYEN CASES RE PENDING MOTION TO DISMISS AND 9019 MOTIONS. | 0.40 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ANALYSIS OF A. NGUYEN STRATEGY IN CAUSING CREDITORS TO WITHDRAW CLAIMS IN FOOTHILL & TOWNE CASE, WATERFALL EFFECT OF SAME, ANTICIPATED ARGUMENT OF A. NGUYEN NEW COUNSEL IN BOTH FOOTHILL & TOWNE AND A. NGUYEN CASES RE PENDING MOTION TO DISMISS AND 9019 MOTIONS, PREPARATION OF UPDATED CASE ANALYSIS AND HYPOTHETICAL DISTRIBUTION SCHEDULE IN PREPARATION FOR 8/25 HEARINGS. | 0.70 |
| | NDS | PREPARE CASE TIMELINE RE A. NGUYEN 341(A) TESTIMONY RE UNSECURED CREDITORS, AMENDED SCHEDULES LISTING FAMILY/FRIENDS CREDITORS, TIMING OF THOSE SAME CREDITORS FILING PROOFS OF CLAIM AND THEN WITHDRAWING SUCH CLAIMS. | 1.20 |
| 8/24/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE PREPARATION FOR AUGUST 25 HEARINGS ON 9019 MOTIONS. | 0.20 |
| | NDS | REVIEW AND ANALYZE PROPOSED CASE DISTRIBUTION SCHEDULE PREPARED IN CONNECTION WITH PENDING 9019 MOTION RE GREEN LOTUS CLAIM/ADV AND FURTHER UPDATED CLAIMS ANALYSIS. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE PREPARATION FOR AUGUST 25 HEARINGS ON 9019 MOTIONS. | 0.50 |
| 8/25/2026 | NDS | REVIEW PROPOSED FORM OF ORDER RE A. NGUYEN TRUSTEE 9019 MOTION. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE FORM OF 9019 APPROVAL ORDERS. | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/25/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER RE RELEASE LANGUAGE ISSUES RE ORDER ON 9019 MOTION TO APPROVE SETTLEMENT OF GREEN LOTUS ADVERSARY CLAIM. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE SUMMARY/OUTCOME OF HEARINGS ON 9019 MOTION TO APPROVE SETTLEMENT OF GREEN LOTUS ADVERSARY CLAIM. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH BEALL RE FORM OF 9019 APPROVAL ORDERS. | 0.20 |
| | NDS | ANALYZE ISSUES RE FORM OF 9019 ORDER GIVEN COURT'S FINDINGS ON THE RECORD, RELEASE ISSUES, ETC. | 0.40 |
| | NDS | FINALIZE CASE SUMMARY NOTES AND HEARING OUTLINE RE 9019 MOTION TO APPROVE SETTLEMENT OF GREEN LOTUS ADV/CLAIM. | 0.60 |
| | NDS | ATTEND (VIA ZOOM) HEARING RE 9019 MOTION TO APPROVE SETTLEMENT OF GREEN LOTUS ADV/CLAIM, AND RELATED HEARINGS IN ASHLEY NGUYEN CASE. | 1.00 |
| 8/26/2026 | NDS | REVIEW EMAIL FROM R. BEALL RE T. MANG PROPOSED REDLINE REVISIONS TO NGUYEN 9019 ORDER. | 0.10 |
| | NDS | REVIEW EMAIL FROM T. MANG RE PROPOSED REDLINE REVISIONS TO F&T 9019 ORDER, FORWARDING SAME TO TRUSTEE FOR REVIEW/COMMENT. | 0.10 |
| | NDS | DRAFT EMAIL TO J. SCHEER AND T. MANG RE PROPOSED ORDER RE FOOTHILL & TOWNE 9019 MOTION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ORDER RE 9019 MOTION. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE PROPOSED ORDERS RE 9019 MOTIONS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF AUGUST 25 HEARINGS, FORM OF ORDER RE 9019 MOTION. | 0.30 |
| | NDS | DRAFT PROPOSED ORDER RE 9019 MOTION. | 0.50 |
| 8/27/2026 | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE FINAL REVISIONS TO PROPOSED FORM OF 9019 ORDER. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE FINAL REVISIONS TO PROPOSED FORM OF 9019 ORDER. | 0.10 |
| | NDS | REVIEW EMAIL FROM J. SCHEER APPROVING PROPOSED FORM OF 9019 ORDER. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE CONFIRMING CONSENT OF ALL PARTIES TO INCLUSION OF T. MANG'S PROPOSED REDLINE REVISIONS TO 9019 ORDERS. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/27/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAILS FROM J. SCHEER AND T. MANG RE COMMENTS TO PROPOSED FORM OF 9019 ORDER. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE ISSUES RE FINAL REVISIONS TO PROPOSED FORM OF 9019 ORDERS IN BOTH FOOTHILL & TOWNE AND A. NGUYEN CASES. | 0.20 |
| | NDS | FINALIZE 9019 ORDER PER COMMENTS OF J. SCHEER AND T. MANG. | 0.20 |
| 8/28/2026 | NDS | DRAFT EMAIL TO J. SCHEER RE FINAL VERSION OF 9019 ORDER TO BE LODGED. | 0.10 |
| | AM | PREPARE NOL RE MOTION APPROVE COMPROMISE WITH GREEN LOTUS GROUP. | 0.20 |
| 9/7/2026 | NDS | REVIEW ENTERED ORDERS IN FOOTHILL & TOWNE CASE AND A. NGUYEN CASE RE GREEN LOTUS SETTLEMENTS, CALENDARING APPEAL DEADLINES. | 0.10 |
| 9/11/2026 | NDS | REVIEW GREEN LOTUS SETTLEMENT AGREEMENT TO PROVIDE RESPONSE TO TRUSTEE'S INQUIRY RE TIMING OF DISMISSAL OF ADVERSARY AND LASC ACTION. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE APPEAL DEADLINE RE 9019 ORDER, DRAFT STIPULATION RE DISMISSAL OF ADVERSARY PROCEEDING FOR HER REVIEW, NEED FOR DISMISSAL OF LASC ACTION AND GREEN LOTUS ACTION AGAINST THE DEBTOR. | 0.20 |
| | NDS | DRAFT STIPULATION RE DISMISSAL OF ADVERSARY PROCEEDING, WITH PREJUDICE, PER TERMS OF COURT-APPROVED SETTLEMENT AGREEMENT. | 0.90 |
| 9/14/2026 | NDS | DRAFT EMAIL TO J. SCHEER RE DRAFT STIPULATION RE DISMISSAL OF ADVERSARY PROCEEDING. | 0.10 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE STATUS COURT ACTION DISMISSALS PER PENDING SETTLEMENT AGREEMENT. | 0.10 |
| 9/15/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE DISMISSAL OF LASC ACTION ONCE 9019 ORDER BECOMES FINAL. | 0.10 |
| 9/16/2026 | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER AND P. SIEVERS RE GREEN LOTUS APPROVAL OF ADVERSARY DISMISSAL STIPULATION, STEPS RE DISMISSAL OF DEBTOR'S LASC ACTION, NEED FOR DISMISSAL OF DEBTOR FROM GREEN LOTUS ORANGE COUNTY ACTION. | 0.20 |
| 9/19/2026 | NDS | REVIEW CASE DOCKET TO CONFIRM NO APPEAL OF 9019 ORDER TIMELY FILED. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE CONFIRMING NO APPEAL OF 9019 ORDER TIMELY FILED, NEXT STEPS RE FINAL ESTATE ADMINISTRATION. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/23/2026 | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER RE EXECUTION VERSION OF STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING, AND PROPOSED ORDER RE SAME. | 0.20 |
| 9/25/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE STATUS OF DISMISSAL OF LASC AND OCSC MATTERS BETWEEN THE DEBTOR AND GREEN LOTUS. | 0.10 |

SUBTOTAL: [ 102.30 73650.00]

Asset Analysis

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/2/2025 | NDS | REVIEW DOCUMENTS FORWARDED BY TRUSTEE RE CASE STATUS REVIEW. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ANALYSIS OF POTENTIAL RECOVERY CLAIM AGAINST VAL-CHRIS. | 0.60 |
| 7/3/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE INFORMATION GATHERED FROM ESCROW RE PENDING PROPERTY SALE, CONFIRMATION THAT TRANSACTION NOT CLOSED AND HISTORY OF LONG OPEN ESCROW, REQUEST FOR DOCUMENTS RELATING TO SAME. | 0.30 |
| 7/7/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE HER COMMUNICATIONS WITH COUNSEL FOR THE DEBTOR AND A. NGUYEN, COUNSEL FOR PROPOSED BUYER OF DEBTOR'S REAL PROPERTY, ETC. | 0.30 |
| | NDS | REVIEW SALE DOCUMENTS RE PENDING SALE OF DEBTOR'S REAL PROPERTY, PRE-PETITION MODIFIED SALE DOCUMENTS. | 0.40 |
| 7/8/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND S. WADE, DEBTOR'S COUNSEL, RE COORDINATION OF AFTERNOON CALL. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND S. WADE, DEBTOR'S COUNSEL, RE CASE ISSUES FOLLOWING CONVERSION (MR. WADE DID NOT SHOW AS SCHEDULED). | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HER JULY 7 CALL WITH J. BRESSI, COUNSEL FOR PROPOSED BUYER OF ESTATE'S PROPERTY. | 0.30 |
| | NDS | REVIEW CASE PLEADINGS AND DOCUMENTS FROM TRUSTEE RE PENDING ESCROW FOR SALE OF DEBTOR'S REAL PROPERTY, LIEN ISSUES RE VAL-CHRIS AND POTENTIAL RECOVERY ACTION. | 1.40 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND S. WADE, DEBTOR'S COUNSEL, RE CASE ISSUES FOLLOWING CONVERSION, POTENTIAL AVOIDANCE CLAIMS RE BOTH GREEN LOTUS AND VAL CHRIS DOTS ON ESTATE REAL PROPERTY, HISTORY OF LASC ACTION BETWEEN DEBTOR AND GREEN LOTUS, PROVISIONS OF SALE AGREEMENT RE PENDING SALE OF ESTATE REAL PROPERTY. | 1.50 |

| | | | Hours |
|---|---|---|---|
| 7/9/2025 | NDS | EMAIL CORRESPONDENCE WITH S. WADE, DEBTOR'S COUNSEL, RE REQUEST FOR CLARIFICATION RE INFORMATION PROVIDED RE GREEN LOTUS ISSUES. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE SUPPLEMENTAL INFORMATION PROVIDED BY S. WADE, DEBTOR'S COUNSEL, RE GREEN LOTUS ISSUES, NEED FOR OUTLINE OF NEXT STEPS AFTER HER REVIEW AND CONSIDERATION OF SAME. | 0.20 |
| | NDS | REVIEW ADDITIONAL DOCUMENTS PROVIDED BY TRUSTEE FOLLOWING JULY 8 CALL WITH DEBTOR'S COUNSEL. | 0.30 |
| | NDS | REVIEW AND ANALYZE COMPREHENSIVE EMAIL FROM S. WADE, DEBTOR'S COUNSEL, RE GREEN LOTUS ISSUES, FORWARDING SAME TO THE TRUSTEE FOR REVIEW. | 0.30 |
| 7/10/2025 | NDS | REVIEW AND ANALYZE EMAIL FROM S. WADE, DEBTOR'S COUNSEL, RE CLAIMS ISSUES FOR TRUSTEE'S ANALYSIS OF POTENTIAL RECOVERY CLAIMS, FORWARDING SAME TO TRUSTEE WITH COMMENTS. | 0.20 |
| 7/15/2025 | NDS | CALL AND SEND EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE ISSUES RE HIS CLIENT'S LIEN CLAIM AND PENDING ESCROW FOR SALE OF THE ESTATE'S REAL PROPERTY. | 0.10 |
| 7/17/2025 | NDS | REVIEW LIEN AND BUSINESS SEARCH RE DEBTOR FROM TRUSTEE. | 0.20 |
| 7/22/2025 | NDS | EMAIL CORRESPONDENCE WITH S. WADE, DEBTOR'S COUNSEL, RE STATUS OF DEBTOR'S FILING OF 1019 REPORT WHICH WAS DUE ON JULY 15, STATUS OF ESCROW CLOSING RE ESTATE'S REAL PROPERTY. | 0.30 |
| 7/25/2025 | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER, COUNSEL FOR GREEN LOTUS, RE TRUSTEE REQUEST FOR CLAIM INFORMATION TO ASSESS POTENTIAL 548 RECOVERY ACTION. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE REQUEST FOR CLAIM INFORMATION TO ASSESS POTENTIAL 548 RECOVERY ACTION. | 0.40 |
| 8/5/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF ESTABLISHMENT OF SEGREGATED BANK ACCOUNTS FOR GREEN LOTUS AND VAL-CHRIS, STATUS OF EFFORTS TO OBTAIN INFORMATION FROM EACH ESTABLISHING BENEFIT TO THE DEBTOR FROM FUNDS LOANED TO THE DEBTOR'S INDIVIDUAL PRINCIPAL. | 0.20 |
| 8/6/2025 | NDS | DRAFT THIRD FOLLOW UP EMAIL TO S. WADE, DEBTOR'S COUNSEL, RE OUTSTANDING 1019 REPORT. | 0.10 |
| | NDS | DRAFT EMAIL TO A. GRAFF RE EVIDENCE OF TRUSTEE ESTABLISHMENT OF SEGREGATED VAL-CHRIS SALE PROCEEDS ACCOUNT, FOLLOW UP REQUEST FOR INFORMATION FROM VAL-CHRIS TO SUBSTANTIATE ITS CLAIM AGAINST THE DEBTOR VERSUS THE DEBTOR'S PRINCIPAL. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 8/6/2025 | NDS | DRAFT EMAIL TO J. SCHEER RE EVIDENCE OF TRUSTEE ESTABLISHMENT OF SEGREGATED GREEN LOTUS CHRIS SALE PROCEEDS ACCOUNT, FOLLOW UP REQUEST FOR INFORMATION FROM GREEN LOTUS TO SUBSTANTIATE ITS CLAIM AGAINST THE DEBTOR VERSUS THE DEBTOR'S PRINCIPAL. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE PREPARATION FOR INITIAL 341(A) HEARING, HER SCHEDULE OF DOCUMENTS TO REQUEST FROM DEBTOR'S COUNSEL, REVIEWING CASE PLEADINGS AND SUPPLEMENTING SAME. | 0.60 |
| 8/11/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND ADMINISTRATOR RE PREPARATION FOR AUGUST 13 341(A) HEARING, DEBTOR'S FAILURE TO COMPLY WITH TRUSTEE'S INITIAL REQUEST FOR DOCUMENTS/INFORMATION. | 0.10 |
| | NDS | DRAFT EMAIL TO S. WADE, DEBTOR'S COUNSEL, RE DEBTOR'S FAILURE TO COMPLY WITH TRUSTEE'S INITIAL REQUEST FOR DOCUMENTS/INFORMATION IN PREPARATION FOR AUGUST 13 341(A) AND FURTHER EMAIL OF AUGUST 6 RE SAME, ADVISING THAT TRUSTEE WILL HAVE NO RECOURSE BUT TO FILE A MOTION TO COMPEL IF THE DEBTOR DOES NOT COMPLY WITH ITS OBLIGATIONS UNDER THE CODE. | 0.30 |
| 8/13/2025 | NDS | REVIEW NOTICE TO PAY COURT COSTS ISSUED TO S. WADE, DEBTOR'S COUNSEL, REVIEWING CASE DOCKET RE ANY PENDING ADVERSARY PROCEEDINGS. | 0.10 |
| | NDS | ATTEND (VIA ZOOM) INITIAL 341(A) HEARING - NO SHOW BY THE DEBTOR'S REPRESENTATIVE AND DEBTOR'S COUNSEL. | 1.80 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE NOTICE TO PAY COURT COSTS ISSUED TO S. WADE, DEBTOR'S COUNSEL, INQUIRY RE SAME. | 0.10 |
| 8/18/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM S. WADE, DEBTOR'S COUNSEL, RE INABILITY TO OPEN LINK TO DEBTOR'S PROPOSED 9019 REPORT. | 0.10 |
| | NDS | REVIEW DRAFT 9019 REPORT FROM S. WADE, DEBTOR'S COUNSEL, FORWARDING SAME TO THE TRUSTEE. | 0.10 |
| | NDS | REVIEW AND FORWARD TO S. WADE, DEBTOR'S COUNSEL, MORS FILED FOR JANUARY AND FEBRUARY 2025, CONFIRMING THAT THE DEBTOR HAS NOT FILED ANY SUBSEQUENT MORS. | 0.20 |
| | NDS | DRAFT EMAIL TO S. WADE, DEBTOR'S COUNSEL, RE STATUS OF 1019 REPORT, NEED FOR HIS FIRM TO FILE A FINAL FEE APPLICATION, FORWARDING SAME TO TRUSTEE FOR REVIEW/APPROVAL. | 0.20 |
| 8/20/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO S. WADE REQUESTING STATUS ON FILING OF 1019 REPORT. | 0.10 |
| 8/21/2025 | NDS | DRAFT FURTHER FOLLOW UP REQUEST TO S. WADE, DEBTOR'S COUNSEL, RE STATUS OF 1019 REPORT. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/29/2025 | NDS | DRAFT FURTHER FOLLOW UP TO S. WADE RE OUTSTANDING 1019 REPORT AND ACCOUNTING OF RETAINER FUNDS. | 0.10 |
| 9/2/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO S. WADE RE TRUSTEE'S REQUEST FOR RETAINER ACCOUNTING. | 0.10 |
| 9/5/2025 | NDS | DRAFT EMAIL TO S. WADE ADVISING THAT TRUSTEE IS GENERATING A NEW LINK FOR HIS USE IN UPLOADING 341(A) DOCUMENTS TO TRUSTEE DOCUMENT PORTAL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE S. WADE REPRESENTATION THAT 1019 REPORT HAS BEEN FILED, NEED FOR GENERATION OF TRUSTEE DOCUMENT PORTAL LINK FOR UPLOADING OF DOCUMENTS REQUESTED AT 341(A) HEARING. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAILS TO S. WADE RE NEED FOR IMMEDIATE FILING OF 1019 REPORT, PROVISION OF RETAINER ACCOUNTING, STATUS OF DEBTOR'S PROVISION OF DOCUMENTS REQUESTED BY TRUSTEE AT AUGUST 13 341(A) HEARING WHICH WERE TO BE PROVIDED BY AUGUST 27. | 0.30 |
| 9/8/2025 | NDS | REVIEW DEBTOR'S 1019 REPORT, INCLUDING NEWLY FILED MORS AND BANK STATEMENTS. | 0.30 |
| 9/9/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE DEBTOR'S CONTINUING FAILURE TO PROVIDE INFORMATION/DOCUMENTS REQUESTED AT INITIAL 341(A) MEETING, CONFIRMATION THAT DOCUMENT PORTAL LINK WAS GENERATED AND SENT TO DEBTOR'S COUNSEL. | 0.20 |
| 9/10/2025 | NDS | DRAFT FURTHER EMAIL TO S WADE, DEBTOR'S COUNSEL, RE HIS PROVISION OF RETAINER ACCOUNTING, STATUS OF UPLOADING DOCUMENTS REQUESTED AT AUGUST 13 341(A). | 0.20 |
| 9/12/2025 | NDS | DRAFT FOLLOW UP EMAIL TO S. WADE RE DEBTOR'S CONTINUING FAILURE TO PROVIDE DOCUMENTS REQUESTED AT AUGUST 341(A), REPEATED REQUESTS FOR COUNSEL'S RETAINER ACCOUNTING. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE DEBTOR'S CONTINUING FAILURE TO PROVIDE DOCUMENTS REQUESTED AT AUGUST 341(A), LACK OF RETAINER ACCOUNTING FROM DEBTOR'S COUNSEL, ISSUES RE PREPARATION FOR SEPTEMBER 17 CONTINUED 341(A). | 0.10 |
| 9/15/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO S, WADE RE STATUS OF DEBTOR'S PROVISION OF DOCUMENTS REQUESTED BY TRUSTEE AT AUGUST 341(A), STATUS OF HIS RETAINER ACCOUNTING. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE DEBTOR'S CONTINUING FAILURE TO PROVIDE DOCUMENTS/INFORMATION REQUESTED AT AUGUST 341(A). | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/16/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PREPARATION FOR 9/17 CONTINUED 341(A), ISSUES WITH ACCOUNTING OF DEBTOR'S COUNSEL'S PRE-PETITION RETAINER WHICH INCLUDES POST CONVERSION CHARGES, LIST OF DOCUMENTS/INFORMATION REQUESTED AT AUGUST INITIAL 341(A) HEARING THAT REMAIN OUTSTANDING. | 0.30 |
| | NDS | REVIEW AND ANALYZE EMAIL AND ATTACHMENTS FROM S. WADE, INCLUDING ACCOUNTING OF COUNSEL'S PRE-PETITION RETAINER, AND CLOSING STATEMENTS/DOCUMENTS RE HISTORICAL DOTS ON POMONA PROPERTY. | 0.30 |
| 9/17/2025 | NDS | REVIEW JULY 2024 SETTLEMENT STATEMENT FROM S. WADE RE NEST PINE PROPERTY REFINANCE WITH VAL-CHRIS LOAN PROCEEDS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE JULY 2024 SETTLEMENT STATEMENT FROM S. WADE RE NEST PINE PROPERTY REFINANCE WITH VAL-CHRIS LOAN PROCEEDS. | 0.10 |
| | NDS | ATTEND CONTINUED 341(A) HEARING. | 0.50 |
| 9/26/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE DOCUMENTS FROM THE DEBTOR PARTIALLY RESPONSIVE TO THE TRUSTEE'S REQUESTS FOR DOCUMENTS/INFORMATION. | 0.20 |
| | NDS | REVIEW EMAILS AND ATTACHMENTS FROM S. WADE RE DOCUMENTS FROM THE DEBTOR PARTIALLY RESPONSIVE TO THE TRUSTEE'S REQUESTS FOR DOCUMENTS/INFORMATION. | 0.30 |
| 9/29/2025 | NDS | REVIEW EMAIL AND ATTACHMENT FROM S. WADE RE ADDITIONAL DOCUMENT (NGUYEN DOT) OUTSTANDING PER TRUSTEE'S DOCUMENT/INFORMATION REQUEST. | 0.20 |
| | NDS | DRAFT FOLLOW UP EMAIL TO S. WADE CONFIRMING INFORMATION OUTSTANDING PER TRUSTEE'S REQUESTS AT SEPTEMBER 17 CONTINUED 341(A). | 0.20 |
| 10/3/2025 | NDS | REVIEW DEBTOR'S MARCH AND APRIL 2024 BANK STATEMENTS RE DISPOSITION OF DEPOSIT FUNDS FROM DISBURSED FROM ESCROW PRE-PETITION. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE RE TRUSTEE'S OUTSTANDING INFORMATION REQUESTS TO THE DEBTOR. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ADDITIONAL INFORMATION FROM S. WADE RE OUTSTANDING INFORMATION REQUESTS TO THE DEBTOR, PREPARATION FOR OCTOBER 8 CONTINUED 341(A). | 0.30 |
| 10/6/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE PREPARATION FOR OCTOBER 8 CONTINUED 341(A). | 0.10 |

| | | | Hours |
|---|---|---|---|
| 10/6/2025 | NDS | REVIEW AND SUPPLEMENT TRUSTEE'S EXAMINATION OUTLINE IN PREPARATION FOR OCTOBER 8 CONTINUED 341(A). | 0.30 |
| 10/7/2025 | NDS | REVIEW TRUSTEE'S UPDATED 341(A) EXAMINATION OUTLINE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL, COUNSEL FOR TRUSTEE IN ASHLEY NGUYEN CASE, RE INFORMATION RE PENTA PACIFIC AND ROBO TECHNOLOGIES LLC. | 0.20 |
| | NDS | DRAFT FOLLOW UP EMAIL TO S. WADE RE OUTSTANDING INFORMATION REQUESTED BY TRUSTEE AND NOT YET PROVIDED, ADDITIONAL QUESTIONS/ISSUES TO BE ADDRESSED AT OCTOBER 8 CONTINUED 341(A). | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE PREPARATION FOR OCTOBER 8 CONTINUED 341(A). | 0.30 |
| | NDS | REVIEW PLEADINGS IN A. NGUYEN BANKRUPTCY CASE, COMPARING SAME TO PLEADINGS SHE CAUSED TO BE FILED IN THE F&T CASE, PULL SOS INFO RE PENTA PACIFIC AND FOOTHILL AND TOWNE. | 0.40 |
| 10/8/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE AVAILABLE DATES FOR FURTHER CONTINUED 341(A) HEARING. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE HER FOLLOW UP DISCUSSION WITH D. FIFE RE DEBTOR'S 2023 AND 2024 TAX RETURNS, ACCOUNTANT INFORMATION, ETC. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE AND D. FIFE RE DEBTOR PROVIDING D FIFE ACCESS TO ITS QB DATA. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER RE PROVISION OF DOCUMENTS IN PREPARATION FOR CONTINUED 341(A) HEARING. | 0.30 |
| | NDS | ATTEND CONTINUED 341(A) HEARING. | 1.80 |
| 10/10/2025 | NDS | DRAFT FURTHER EMAIL TO S. WADE RE D. FIFE ACCESS TO DEBTOR'S ONLINE QUICKBOOKS DATA. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND D. FIFE RE ACCESS TO DEBTOR'S ONLINE QUICKBOOKS DATA. | 0.10 |
| 10/15/2025 | NDS | DRAFT EMAIL TO S. WADE, COUNSEL FOR DEBTOR, RE STATUS OF FILING AMENDED SCHEDULES THAT WERE DUE ON OCTOBER 10. | 0.10 |
| 10/20/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO S. WADE RE STATUS OF DEBTOR'S SUBMISSION OF AMENDED SCHEDULES TO LIST UNDISCLOSED CREDITORS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE PREPARATION FOR OCTOBER 21 CONTINUED 341(A) HEARING. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/20/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND D. FIFE RE DEBTOR'S FAILURE TO PROVIDE D. FIFE WITH QUICKBOOKS ACCESS AS AGREED AT OCTOBER 8 341(A) HEARING. | 0.20 |
| 10/21/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE IN PREPARATION FOR CONTINUED 341(A) HEARING. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE FOLLOWING CONTINUED 341(A) HEARING RE NEED FOR FOLLOW UP TO S WADE GIVEN HIS FAILURE TO APPEAR AT CONTINUED 341(A), OUTSTANDING DOCUMENTS/INFORMATION, STATUS OF EFFORTS TO RESOLVE GREEN LOTUS AND VAL-CHRIS CLAIMS. | 0.20 |
| | NDS | REVIEW AND ANALYZE GENERAL LEDGER REPORT AND BALANCE SHEET PREPARED BY D. FIFE FROM DEBTOR'S QUICKBOOKS DATA. | 0.30 |
| | NDS | DRAFT EMAIL TO S. WADE RE HIS FAILURE TO APPEAR AT CONTINUED 341(A) HEARING THIS MORNING, OUTSTANDING DOCUMENTS, NEED FOR THE FILING OF AMENDED SCHEDULES ASAP GIVEN CONTINUANCE OF 341(A) TO OCTOBER 24. | 0.40 |
| | NDS | PREPARE FOR AND ATTEND CONTINUED 341(A) HEARING. | 1.10 |
| 10/22/2025 | NDS | TELEPHONE CONFERENCE WITH S. WADE RE STATUS OF FILING OF AMENDED SCHEDULES, CONFIRMATION OF RECEIPT OF MY TWO PREVIOUS EMAILS RE CONTINUED 341(A). | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE RESULTS OF CALL WITH S. WADE RE STATUS OF AMENDED SCHEDULES. | 0.10 |
| 10/23/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HER DECISION TO FURTHER CONTINUE 341(A) HEARING GIVEN DEBTOR'S FAILURE TO PROVIDE AGREED UPON DOCUMENTS/INFORMATION, AVAILABLE CONTINUANCE DATES. | 0.10 |
| | NDS | REVIEW EMAIL FROM A. NGUYEN RE ACCOUNTING OF USE OF $199,000 ESCROW FUNDS RELEASED PRE-PETITION. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE DEBTOR'S CONTINUING FAILURE TO FILE AMENDED SCHEDULES AS AGREED AT OCTOBER 21 CONTINUED 341(A) HEARING, DOCUMENTS/INFORMATION STILL OUTSTANDING FROM DEBTOR, MERITS TO CONTINUING OCTOBER 23 CONTINUED 341(A) HEARING IN LIGHT OF SAME. | 0.30 |
| 10/24/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE CONTINUING EMAILS AND CALLS TO DEBTOR'S COUNSEL RE FILING OF AMENDED SCHEDULES AND PROVISION OF DOCUMENTS THAT HAVE BEEN OUTSTANDING FOR MONTHS. | 0.10 |
| 10/27/2025 | NDS | REVIEW DEBTOR'S AMENDED SCHEDULE E/F, VERIFICATION OF MASTER MAILING LIST, COURT CLERK'S DOCKET ENTRY RE REFILING OF SAME GIVEN THAT ALL ARE UNEXECUTED. | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/28/2025 | NDS | REVIEW EMAIL FROM A. NGUYEN RE HER REQUEST TO SUBMIT DOCUMENTS DIRECTLY TO ME RATHER THAN THROUGH COUNSEL. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE ACCOUNTING FOR $199,000 PRE-PETITION DEPOSIT FROM ESCROW REMITTED TO DEBTOR PRE-PETITION. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE EMAIL FROM A. NGUYEN RE HER REQUEST TO SUBMIT DOCUMENTS DIRECTLY TO ME RATHER THAN THROUGH COUNSEL, CONFIRMATION THAT I CANNOT RESPOND TO HER AND REQUEST THAT TRUSTEE DO SO, COPYING COUNSEL WITH SAME. | 0.20 |
| | NDS | PREPARE CASE ANALYSIS SUMMARY FOR TRUSTEE'S USE IN EVALUATING PROPOSED RESOLUTION OF CLAIMS. | 1.20 |
| 10/31/2025 | NDS | REVIEW EMAIL FROM A. NGUYEN RESPONDING TO TRUSTEE'S LATEST INQUIRIES RE AMENDED SCHEDULES (FILED BY NOT SIGNED AND REJECTED BY CLERK'S OFFICE, PRE-PETITION PAYMENTS AND BANK STATEMENTS. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE EMAIL FROM A. NGUYEN RESPONDING TO TRUSTEE'S LATEST INQUIRIES RE AMENDED SCHEDULES (FILED BY NOT SIGNED AND REJECTED BY CLERK'S OFFICE, PRE-PETITION PAYMENTS AND BANK STATEMENTS. | 0.10 |
| 11/4/2025 | NDS | REVIEW EMAILS FROM TRUSTEE RE FOLLOW UP RESPONSES FROM DEBTOR RE OUTSTANDING REQUESTS AT CONTINUED 341(A) HEARING. | 0.10 |
| 11/6/2025 | NDS | REVIEW EMAILS FROM TRUSTEE RE ADDITIONAL FOLLOW UP RESPONSES FROM DEBTOR RE OUTSTANDING REQUESTS AT CONTINUED 341(A) HEARING, A NGUYEN INQUIRY RE TIMING OF CASE CLOSURE. | 0.10 |
| 12/2/2025 | NDS | REVIEW VOICEMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE DECEMBER 3 CONTINUED 341(A), FORWARDING SAME TO TRUSTEE. | 0.10 |
| | NDS | DRAFT EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE FINAL DOCUMENTS PROVIDED BY DEBTOR AFTER OCTOBER 24 341(A), RESPONSE TO HIS INQUIRY RE STATUS OF TRUSTEE'S CONSIDERATION OF HIS CLIENT'S SETTLEMENT PROPOSAL. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ISSUES RE DECEMBER 3 CONTINUED 341(A), TRUSTEE INTENT TO CONCLUDE UNLESS J. SCHEER, COUNSEL FOR GREEN LOTUS, HAS ANY FURTHER QUESTIONS, CONFIRMATION OF FINAL DOCUMENTS PROVIDED BY DEBTOR AFTER OCTOBER 24 341(A) AND PROVISION OF SAME TO J. SCHEER. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF DEBTOR'S PROVISION OF OUTSTANDING INFORMATION REQUESTED AT LAST 341(A), PREPARATION FOR DECEMBER 3 341(A), STATUS OF COMMUNICATIONS WITH VAL-CHRIS AND GREEN LOTUS RE EFFORTS TO SETTLEMENT THEIR RESPECTIVE DISPUTED CLAIMS, STATUS OF COMMUNICATIONS WITH R. | 0.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | BEALL, COUNSEL FOR TRUSTEE IN ASHLEY NGUYEN CASE, RE CONTINUING SETTLEMENT EFFORTS RE VAL-CHRIS AND GREEN LOTUS DISPUTED CLAIMS. | |
| 12/3/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF DISCUSSIONS WITH J. SCHEER AS TO WHETHER DECEMBER CONTINUED 341(A) WILL PROCEED OR TRUSTEE WILL CONCLUDE WITHOUT THE NEED FOR APPEARANCES. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE, A. NGUYEN, AND S. WADE CONFIRMING THAT J. SCHEER HAS NO OBJECTION TO TRUSTEE CONCLUDING DECEMBER 3 CONTINUED 341(A) HEARING WITHOUT THE NEED FOR APPEARANCES, REQUESTING EMAIL CONFIRMATIONS OF RECEIPT THAT APPEARANCES NOT REQUIRED THIS AFTERNOON. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER RE DECEMBER 3 341(A), TRUSTEE INTENT TO CONCLUDE AND HER INQUIRY AS TO WHETHER HE HAS ANY FURTHER QUESTIONS FOR THE DEBTOR, STATUS OF TRUSTEE'S ACCESS TO DEBTOR'S CLOUD BASED QB DATA, ETC. | 0.30 |
| 1/7/2026 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL, COUNSEL FOR A. NGUYEN TRUSTEE, RE STATUS OF PREPARATION OF APPLICATION TO EMPLOY BROKER RE ESTATE RESIDENCE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HER DECISION TO PROCEED WITH ADVERSARY VERSUS GREEN LOTUS, STATUS OF DRAFT EMPLOYMENT APPLICATION RE SPECIAL LITIGATION COUNSEL, COMMUNICATIONS WITH A. NGUYEN COUNSEL RE ANTICIPATED TIMING OF MARKETING RESIDENCE IN THAT CASE SUBJECT TO VAL-CHRIS LIEN. | 0.30 |
| 3/11/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE UPDATED CASE/ASSET ANALYSIS FOLLOWING SETTLEMENT WITH VAL-CHRIS. | 0.20 |
| 3/31/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE UPDATED CLAIMS ANALYSIS FOR PURPOSES OF INSOLVENCY ANALYSIS. | 0.20 |

SUBTOTAL: [ 29.60 21460.00]

Asset Disposition

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/14/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAILS FROM J. BRESSI, COUNSEL FOR PROPOSED BUYER OF ESTATE'S REAL PROPERTY, RE JULY 20 IMPENDING CLOSE DEADLINE, PROPOSED TERMS. | 0.20 |
| 7/15/2025 | NDS | REVIEW EMAIL AND ATTACHMENTS FROM TRUSTEE RE ESCROW DOCUMENTS RELATING TO PENDING SALE OF ESTATE REAL PROPERTY, INABILITY TO CLOSE WITHOUT CONTRIBUTION OF FUNDS BY THE DEBTOR OR MODIFIED DEMAND FROM VAL-CHRIS. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE PENDING SALE/ESCROW ISSUES, FURTHER EMAIL SHE RECEIVED FROM BUYER'S COUNSEL RE JULY 20 CLOSE DEADLINE, HIS REFUSAL TO INDICATE WHETHER HIS CLIENT INTENDS | 0.60 |

| | | | Hours |
|---|---|---|---|
| | | TO EXERCISE ITS OPTION TO EXTEND THE SALE CLOSING DEADLINE, VAL CHRIS LIEN ISSUES, ETC. | |
| 7/15/2025 | NDS | REVIEW AND REVISE TRUSTEE'S PROPOSED EMAIL TO J. BRESSI, BUYER'S COUNSEL, RE PENDING CLOSING ISSUES, HER REQUEST FOR CONFIRMATION AS TO WHETHER BUYER INTENDS TO CLOSE BY JULY 21 OR EXERCISE ALLEGED EXTENSION RIGHT. | 0.30 |
| | NDS | SECOND TELEPHONE CONFERENCE WITH TRUSTEE FOLLOWING HER COMMUNICATIONS WITH DEBTOR'S BROKER RE COMMISSION ISSUES, CONTACT INFORMATION FOR HIS COUNSEL AND NEED FOR DISCUSSIONS WITH SAME RE STIPULATION TO AMEND SALE ORDER TO SPECIFICALLY PROVIDE FOR PAYMENT OF COMMISSIONS THROUGH ESCROW FOLLOWING HER FURTHER DISCUSSIONS WITH ESCROW. | 0.70 |
| | NDS | THIRD TELEPHONE CONFERENCE WITH TRUSTEE RE HER CALL WITH ESCROW RE PENDING SALE OF THE ESTATE'S REAL PROPERTY, PREPARATION FOR JULY 16 CALL WITH VAL CHRIS AND COUNSEL, ANALYSIS OF RECOVERY CLAIM AGAINST VAL CHRIS AND APPROACH TO OBTAINING AMENDED SALE ORDER IF VAL CHRIS WILL NOT STIPULATE, OUTLINE PROVISIONS NEEDED IN STIPULATION TO AMEND SALE ORDER RE BROKER COMMISSIONS, GREEN LOTUS SEGREGATED FUNDS TO GO TO TRUSTEE RATHER THAN DEBTOR'S COUNSEL, VAL CHRIS LIEN TO BE TREATED LIKE GREEN LOTUS, ETC. | 1.10 |
| 7/16/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM D. BARTSCH, COUNSEL FOR SELLER'S BROKER, RE EXHIBIT TO PROPOSED STIPULATION RE AMENDMENT OF SALE ORDER. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH DUANE BARTSCH, COUNSEL FOR LEGACY REAL ESTATE/GENE TSAIR, RE STATUS OF ESCROW CLOSING RE ESTATE'S REAL PROPERTY, TRUSTEE'S PROPOSED STIPULATION TO MODIFY SALE ORDER TO SPECIFICALLY PROVIDE FOR THE PAYMENT OF REAL ESTATE COMMISSIONS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH R. CASTANEDA, KEYSTONE PROPERTIES, BUYER'S BROKER, RE STATUS OF ESCROW CLOSING RE ESTATE'S REAL PROPERTY, TRUSTEE'S PROPOSED STIPULATION TO MODIFY SALE ORDER TO SPECIFICALLY PROVIDE FOR THE PAYMENT OF REAL ESTATE COMMISSIONS. | 0.20 |
| | NDS | REVISE STIPULATION TO AMEND SALE ORDER PER COMMENTS OF THE TRUSTEE. | 0.20 |
| | NDS | SECOND TELEPHONE CONFERENCE WITH L. FELLMAN AT ORANGE COAST ESCROW RE TITLE ISSUES. | 0.20 |
| | NDS | DRAFT EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE PROPOSED STIPULATION RE AMENDMENT OF SALE ORDER AND REDLINE PROPOSED AMENDED SALE ORDER. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 7/16/2025 | NDS | DRAFT EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE PROPOSED STIPULATION RE AMENDMENT OF SALE ORDER AND REDLINE PROPOSED AMENDED SALE ORDER. | 0.20 |
| | NDS | DRAFT EMAIL TO D. BARTSCH, COUNSEL FOR SELLER'S BROKER, RE PROPOSED STIPULATION RE AMENDMENT OF SALE ORDER AND REDLINE PROPOSED AMENDED SALE ORDER. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND ESCROW RE PREPARATION FOR JULY 21 CLOSE OF ESCROW RE SALE OF ESTATE'S REAL PROPERTY. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF COMMUNICATIONS WITH BUYER AND SELLER BROKER RE PENDING SALE TRANSACTION RE STIPULATION TO AMEND SALE ORDER TO SPECIFICALLY PROVIDE FOR PAYMENT OF BROKER COMMISSIONS, NEED FOR COMMUNICATIONS WITH J. BRESSI CONFIRMING TRUSTEE'S PREPARATION FOR JULY 21 CLOSE, NEED FOR CALL TO J. SCHEER, COUNSEL FOR GREEN LOTUS RE STIPULATION TO AMEND SALE ORDER RE SEGREGATION OF FUNDS RE HIS CLIENT'S LIEN. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH ORANGE COAST TITLE RE PROVISION OF CERTIFIED COPY OF SALE ORDER, REQUEST FOR PRO FORMA TITLE REPORT TO REFLECT REMOVAL OF EXCEPTIONS AT CLOSE OF ESCROW. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER, COUNSEL FOR GREEN LOTUS, RE STIPULATION TO AMEND SALE ORDER RE SEGREGATION OF FUNDS RE HIS CLIENT'S LIEN, STATUS OF ESCROW CLOSING, VAL-CHRIS LIEN ISSUES, ETC. | 0.40 |
| | NDS | REVIEW AND RESPOND TO VOLUMINOUS EMAILS FROM J. BRESSI TO ESCROW, J. BRESSI TO TRUSTEE, ESCROW TO J. BRESSI, ETC. | 0.50 |
| | NDS | ANALYZE ISSUES RE J. BRESSI EMAIL OF EVENING OF JULY 15 TO ESCROW RE ITS INTENT TO CLOSE ESCROW ON JULY 21, APPROACH TO VARIOUS PARTIES RE STIPULATION TO MODIFY SALE ORDER TO SPECIFICALLY PROVIDE FOR PAYMENT OF BROKER COMMISSIONS THROUGH ESCROW AND ADDRESS VAL CHRIS ISSUES. | 0.60 |
| | NDS | DRAFT REDLINE PROPOSED AMENDED SALE ORDER. | 1.20 |
| | NDS | REVIEW CASE PLEADINGS AND DOCUMENTS AND DRAFT STIPULATION TO AMEND SALE ORDER. | 2.70 |
| | NDS | TELEPHONE CONFERENCE WITH L. FELLMAN AT ORANGE COAST ESCROW RE IMPEDIMENTS TO CLOSING. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE APPROACH TO STIPULATION TO MODIFY SALE ORDER, GENERAL APPROACH RE EFFORTS TO TIMELY CLOSE ESCROW. | 0.60 |

| | | | Hours |
|---|---|---|---|
| 7/16/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE, A GRAFF, AND ERIC FEITSHANS OF VAL-CHRIS, RE STATUS OF ESCROW, TRUSTEE ISSUES RE EXISTING SALE ORDER AND PROPOSED PAYMENT TO VAL-CHRIS IN LIGHT OF SECTION 548 CONCERNS, PROPOSED RESOLUTION AND STIPULATION RE AMENDED SALE ORDER. | 0.90 |
| 7/17/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM D. BARTSCH, COUNSEL FOR LEGACY REAL ESTATE, RE HIS EXECUTION OF STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.10 |
| | NDS | REVIEW EMAIL FROM A. GRAFF RE FURTHER INFORMATION FROM VAL-CHRIS RE AGREEMENT TERMS. | 0.10 |
| | NDS | REVIEW EMAIL FROM S. WADE ADVISING THAT HE DOES NOT HAVE THE LISTING AGREEMENT FOR THE ESTATE'S REAL PROPERTY AS REQUESTED BY TRUSTEE. | 0.10 |
| | NDS | REVIEW EMAIL FROM S. WADE RE HIS COMMENTS TO BUYER'S ESCROW DEMAND. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE STATUS OF REVIEW OF STIPULATION REQUESTING AMENDED SALE ORDER. | 0.10 |
| | NDS | DRAFT EMAIL TO D. BARTSCH, COUNSEL FOR SELLER'S BROKER, RE REVISED STIPULATION AND PROPOSED AMENDED SALE ORDER FOLLOWING TRUSTEE AGREEMENT W VAL-CHRIS, REQUEST FOR AUTHORIZATION TO USE HIS EXISTING SIGNATURE FOR SAME. | 0.10 |
| | NDS | DRAFT EMAIL TO J. BRESSI ADVISING OF TRUSTEE AGREEMENT TO TERMS OF MODIFIED SALE ORDER WITH VAL-CHRIS, PROVISION OF STIPULATION RE SAME ON JULY 18. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH ORANGE COAST TITLE RE CERTIFIED COPY OF SALE ORDER. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ESCROW DOCUMENT ISSUES, AS IS WHERE IS LANGUAGE IN SALE MOTION BUT NOT SPECIFICALLY INCORPORATED INTO SALE ORDER. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH A. GRAFF RE REVISED PROPOSAL FROM VAL-CHRIS RE PAYMENT THROUGH ESCROW WITH TRUSTEE HOLDING BALANCE. | 0.20 |
| | NDS | TEXT COMMUNICATIONS WITH BUYER'S BROKER RE STATUS OF FINAL VERSION OF STIPULATION REQUESTING AMENDED SALE ORDER, SIGNATURES/FINAL APPROVALS OF ALL OTHER PARTIES. | 0.20 |
| | NDS | PREPARE FINAL VERSIONS OF PROPOSED STIPULATION AND RELATED PROPOSED AMENDED SALE ORDER. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 7/17/2025 | NDS | DRAFT EMAIL TO A. GRAFF RE FURTHER PROPOSED REVISIONS TO STIPULATION AND RELATED PROPOSED AMENDED SALE ORDER SPECIFICALLY RELATING TO VAL-CHRIS CLAIM. | 0.20 |
| | NDS | DRAFT EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE REVISED STIPULATION AND PROPOSED AMENDED SALE ORDER FOLLOWING TRUSTEE AGREEMENT WITH VAL-CHRIS, REQUEST FOR AUTHORIZATION TO USE HIS EXISTING SIGNATURE FOR SAME. | 0.20 |
| | NDS | EXCHANGE VOICEMAILS WITH L. FELLMAN AT ORANGE COAST ESCROW RE ESCROW INFORMATION, STATUS OF STIPULATION RESOLVING ESCROW ISSUES SO THAT SALE CAN TIMELY CLOSE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE, DEBTOR'S COUNSEL, RE COORDINATION OF MORNING CALL, REQUEST THAT HE FORWARD ALL OF THE EMAILS HE IS BEING COPIED ON BY BUYER'S COUNSEL, EMAILS RECEIVED TODAY. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE RE TRUSTEE'S REQUEST FOR CASE DOCUMENTS IN ORDER TO VERIFY INFORMATION IN BUYERS ESCROW PACKAGE. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH S. WADE, DEBTOR'S COUNSEL, RE BUYER'S POSITION RE JULY 21 CLOSING OF SALE TRANSACTION. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE MORNING COMMUNICATIONS WITH S. WADE AND L. FELLMAN AT ORANGE COAST ESCROW, EMAILS FROM J. BRESSI, STATUS OF PARTIES EXECUTION OF STIPULATION RE PROPOSED MODIFIED SALE ORDER. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE RESPONSE TO VAL-CHRIS' CLAIM OF CONSIDERATION TO THE DEBTOR IN EXCHANGE FOR LIEN, ITS REFUSAL TO AGREE TO MODIFIED DISTRIBUTION ABSENT PAYMENT. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE FOLLOWING CALL WITH A. GRAFF RE VAL-CHRIS CLAIM/PAYMENT ISSUES, FINAL REVISIONS NEEDED TO SELLER'S ESCROW PACKAGE. | 0.30 |
| | NDS | REVIEW EMAIL AND ATTACHMENT FROM BUYER'S COUNSEL, LAUREN MCKAY, RE BUYER'S CLOSING INSTRUCTIONS/DEMANDS. | 0.30 |
| | NDS | REVIEW AND ANALYZE EMAIL AND ATTACHMENTS FROM A. GRAFF, COUNSEL VAL-CHRIS, RE HIS CLIENT'S POSITION TO MODIFIED PAYMENT THROUGH ESCROW GIVEN TRUSTEE'S POSITION RE A SECTION 548 CLAIM/LACK OF CONSIDERATION TO THE DEBTOR FOR LOAN TO DEBTOR'S PRINCIPAL. | 0.30 |
| | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE STATUS OF REVIEW OF STIPULATION REQUESTING AMENDED SALE ORDER, CONFIRMATION OF SIGNATURES RECEIVED TO DATE, REPEATED DEMANDS OF BUYER'S COUNSEL FOR EXECUTED STIPULATION. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 7/17/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ISSUES RE VAL-CHRIS' CLAIM OF CONSIDERATION TO THE DEBTOR IN EXCHANGE FOR LIEN, EVALUATION OF ALLEGED SUPPORT, PREPARATION FOR CALL WITH A. GRAFF RE SAME. | 0.40 |
| | NDS | DRAFT FURTHER PROPOSED REVISIONS TO STIPULATION AND RELATED PROPOSED AMENDED SALE ORDER. | 0.40 |
| | NDS | SECOND TELEPHONE CONFERENCE WITH TRUSTEE FOLLOWING SECOND TELEPHONE CONFERENCE WITH A. GRAFF RE FORM OF AGREEMENT WITH VAL-CHRIS AND NEEDED REVISIONS TO PROPOSED STIPULATION AND ORDER, REVIEW OF ESCROW CLOSING PACKAGE AND REVISIONS NEEDED TO SAME. | 0.60 |
| | NDS | DRAFT SELLER'S COMMERCIAL OWNERS AFFIDAVIT CONSISTENT WITH CASE INFORMATION AND TERMS OF SALE ORDER. | 1.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE CONFIRMING HER AGREEMENT RE PROPOSED AMENDED SALE ORDER TERMS RE VAL-CHRIS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH ORANGE COAST ESCROW RE SELLER'S CLOSING DOCS, REVISED SELLER AFFIDAVIT, TRUSTEE EXECUTION OF GRANT DEED, STATUS OF TITLE REVIEW OF DOCUMENTS AND ISSUANCE OF PRO FORMA REPORT IN PREPARATION FOR JULY 21 CLOSE, ETC. | 0.30 |
| 7/18/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, CONFIRMING AUTHORIZATION TO USE HIS SIGNATURE ON FINAL VERSION OF STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM D. BARTSCH, COUNSEL FOR SELLER'S BROKER, CONFIRMING AUTHORIZATION TO USE HIS SIGNATURE ON FINAL VERSION OF STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.10 |
| | NDS | REVIEW EMAIL FROM J. BRESSI RE NEED FOR TUESDAY CLOSE AND REQUEST FOR TRUSTEE'S CONSENT TO SAME. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. CASTANEDA OF KEYSTONE PROPERTIES RE HIS SIGNATURE ON STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.10 |
| | NDS | REVIEW EMAIL FROM J. BRESSI TO ESCROW AND TITLE RE STATUS OF PRO FORMA TITLE POLICY, ANTICIPATED TUESDAY CLOSE, ETC. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ENTRY OF ORDER APPROVING STIPULATION RE AMENDMENT OF SALE ORDER AND AMENDED SALE ORDER, J. BRESSI EMAIL TO TITLE ASSERTING RULE 6004(H) IS APPLICABLE TO AMENDED SALE ORDER WHERE ONLY MODIFICATION IS TO DISTRIBUTIONS FROM ESCROW NOT SALE TERMS. | 0.20 |
| | NDS | TEXT COMMUNICATIONS WITH RALPH CASTANEDA OF KEYSTONE PROPERTIES RE STATUS OF STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/18/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE STATUS OF OBTAINING FINAL SIGNATURES ON STIPULATION RE PROPOSED AMENDED SALE ORDER. | 0.20 |
| | NDS | REVIEW IN FINAL CLEAN VERSION OF PROPOSED AMENDED SALE ORDER FOR SEPARATE UPLOADING. | 0.20 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM J. BRESSI ASSERTING THAT RULE 6004(H) IS APPLICABLE TO AMENDED SALE ORDER WHERE ONLY MODIFICATION IS TO DISTRIBUTIONS FROM ESCROW NOT SALE TERMS. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND L. FELLMAN AT ORANGE COAST ESCROW RE ESCROW CLOSING DOCUMENTATION ISSUES. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH R. CASTANEDA OF KEYSTONE PROPERTIES RE TERMS OF STIPULATION RE PROPOSED AMENDED SALE ORDER AND PROPOSED AMENDED SALE ORDER, CURRENT TIMING OF CLOSE GIVEN STATUS OF PRO FORMA TITLE REPORT, ETC. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE EMAIL FROM J. BRESSI RE REQUEST FOR CONSENT FOR TUESDAY, JULY 22 RECORDING/CLOSE GIVEN THAT LA COUNTY RECORDER WILL NOT ACCEPT SPECIAL RECORDINGS ON MONDAYS, CONFIRMATION THAT TRUSTEE'S EXECUTED CLOSING DOCUMENTS DELIVERED TO ESCROW THIS MORNING. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE AND LISA FELLMAN AT ORANGE COAST ESCROW RE CORRECTIONS TO ESTIMATED CLOSING STATEMENT, EXPLANATION OF MECHANICS OF STIPULATION RE AMENDMENT OF SALE ORDER IN LIEU OF PARTIES' ESCROW INSTRUCTIONS, ETC. | 0.30 |
| | NDS | TELEPHONE CONFERENCES WITH TRUSTEE RE FURTHER ERRORS IN ESTIMATED CLOSING STATEMENT. | 0.30 |
| | NDS | PREPARE CLEAN VERSIONS OF STIPULATION RE PROPOSED AMENDED SALE ORDER AND PROPOSED AMENDED SALE ORDER FOR FILING. | 0.30 |
| | NDS | DRAFT RESPONSIVE EMAIL TO J. BRESSI CONFIRMING TUESDAY CLOSE, CONFIRMING DELIVERY OF ORIGINAL EXECUTED/NOTARIZED TRANSFER DEED TO ESCROW, CONFIRMING STIPULATION RESOLVING TRUSTEE'S ISSUES REGARDING SALE ORDER EXECUTED BY ALL PARTIES AND IN THE PROCESS OF BEING FILED. | 0.30 |
| | NDS | DRAFT EMAIL TO TITLE RE WHY RULE 6004(H) IS NOT APPLICABLE TO SALE ORDER. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE AND LISA FELLMAN AT ORANGE COAST ESCROW RE STATUS OF BUYER'S WIRE OF CLOSING FUNDS, ITS FURTHER REQUESTS FOR PRO FORMA TITLE POLICY, REQUESTS FOR ADDITIONAL COVERAGE, STATUS OF TITLE REVIEW OF FILE, ETC. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 7/18/2025 | NDS | PREPARE PROPOSED CORRECTIONS TO ESTIMATED CLOSING STATEMENT, INCORPORATING PROVISIONS OF STIPULATION RE PROPOSED MODIFIED SALE ORDER. | 0.40 |
| | NDS | REVIEW ENTERED ORDER APPROVING STIPULATION RE AMENDMENT OF SALE ORDER AND AMENDED SALE ORDER. | 0.10 |
| | NDS | REVIEW IN FINAL PROPOSED ORDER APPROVING STIPULATION RE PROPOSED AMENDMENT OF SALE ORDER. | 0.10 |
| | AM | DRAFT ORDER APPROVING STIPULATION RE PROPOSED AMENDMENT OF SALE ORDER. | 0.20 |
| 7/20/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM E. FEITSCHANS OF VAL-CHRIS RE STATUS OF BUYER FUNDING OF ESCROW, PROVIDING ENTERED COPY OF AMENDED SALE ORDER. | 0.20 |
| 7/21/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM BROKER R. CASTANEDA RE COURT'S ENTRY OF AMENDED SALE ORDER, STATUS OF PRO FORMA TITLE AND ESTIMATED TIMING OF CLOSING. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH ESCROW AND TRUSTEE RE TITLE CLOSING ISSUES. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE TITLE ISSUES HOLDING UP ISSUANCE OF PRO FORMA POLICY, APPARENT RESOLUTION OF POLICY ISSUES, RECEIPT OF CLOSING FUNDS FROM BUYER. | 0.30 |
| | NDS | REVIEW AND MONITOR A MULTITUDE OF EMAILS AND ATTACHMENTS BETWEEN BUYER'S COUNSEL AND ESCROW/TITLE RE STATUS OF PRO FORMA POLICY, CONFIRMING THAT AMENDED SALE ORDER IS ACCEPTABLE TO TITLE AND WILL BE RECORDED AT CLOSE, DISTRIBUTING PRO FORMA POLICY DRAFTS AND ADDRESSING BUYER'S ISSUES RE SAME, CONFIRMING RECEIPT OF CLOSING FUNDS BY ESCROW, UNCERTAINTY RE JULY 22 RECORDING, ETC. | 1.30 |
| | NDS | DRAFT EMAIL TO TITLE AND ESCROW RE CERTIFIED COPY OF AMENDED SALE ORDER, CONFIRMING ONLY REVISIONS ARE TO DISTRIBUTIONS FROM ESCROW, NOT UNDERLYING SALE TERMS. | 0.20 |
| 7/22/2025 | NDS | VOICEMAIL AND EMAIL TO L. FELLMAN AT ORANGE COST ESCROW RE REQUEST FOR STATUS RE TITLE APPROVAL TO CLOSE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE STATUS OF TITLE AND ESCROW ISSUES RE PENDING SALE OF ESTATE'S REAL PROPERTY. | 0.20 |
| | NDS | DRAFT EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, WITH UPDATE RE ESCROW FUNDING AND LIKELY RECORDING ON JULY 23 FOLLOWING FINAL REVIEW/ACCEPTANCE OF REVISED PRO FORMA TITLE POLICY BY BUYER, ESCROW REQUEST FOR CONFIRMATION OF DISBURSEMENT INSTRUCTIONS | 0.20 |

| | | | Hours |
|---|---|---|---|
| | | TO VAL-CHRIS AND TO TRUSTEE ON BEHALF OF GREEN LOTUS AND VAL-CHRIS. | |
| 7/22/2025 | NDS | EMAIL CORRESPONDENCE WITH R. CASTANEDA, BUYER'S BROKER, RE ESCROW FUNDING AND SCHEDULED RECORDING IN THE MORNING, COPY OF ENTERED AMENDED SALE ORDER. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH D. BARTSCH, COUNSEL FOR SELLER'S BROKER, RE ESCROW FUNDING AND SCHEDULED RECORDING IN THE MORNING, COPY OF ENTERED AMENDED SALE ORDER. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH L. FELLMAN AT ORANGE COST ESCROW RE STATUS OF TITLE/BUYER DISCUSSIONS RE FINAL TITLE ENDORSEMENTS NEEDED TO AUTHORIZE RECORDING AND ESCROW CLOSE, CONFIRMATION OF PAYEE INFORMATION ON TRUSTEE, GREEN LOTUS, AND VAL-CHRIS DISTRIBUTIONS FROM ESCROW, ETC. | 0.30 |
| | NDS | MONITOR EMAIL EXCHANGES AND ATTACHMENTS BETWEEN ESCROW, TITLE, AND THE BUYER RE CONTINUING TITLE ISSUES IN ANTICIPATION OF RECORDING. | 0.70 |
| 7/23/2025 | NDS | MONITOR EMAILS BETWEEN ESCROW, TITLE, AND BUYER RE STATUS OF RECORDING AND ESCROW CLOSING. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE RE BUYER'S SETTLEMENT WITH THE CITY OF POMONA, CONTACT INFORMATION FOR CITY FOR ESCROW DISTRIBUTIONS, ETC. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH L. FELLMAN AT ORANGE COAST RE DISTRIBUTION INFORMATION PER CLOSING STATEMENT, UNAVAILABILITY OF SPECIAL RECORDING PROCESS IN LA COUNTY. | 0.30 |
| | NDS | EMAIL CORRESPONDENCE WITH L. FELLMAN AT ORANGE COAST AND TRUSTEE RE LA COUNTY RECORDER REJECTING GRANT DEED OVER FORM OF NOTARY AFFIDAVIT, COORDINATION OF REPLACEMENT, IMPACT ON TIMING OF CLOSE, ETC. | 0.30 |
| 7/24/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM L. FELLMAN AT ORANGE COAST TITLE RE STATUS OF EFFORTS TO OBTAIN DISTRIBUTION INSTRUCTIONS FOR THE CITY OF POMONA. | 0.20 |
| | NDS | REVIEW AND ANALYZE SECOND AMENDMENT TO PRE-PETITION PSA RE TERMS AND CONDITIONS RE CITY OF POMONA LIEN/RIGHT TO REPURCHASE, SELLER'S OBLIGATIONS RE SAME. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH S. WADE RE STATUS OF EFFORTS TO REACH COUNSEL FOR THE CITY OF POMONA RE ESCROW DISTRIBUTION, LIEN/CLAIM RELEASE IN EXCHANGE FOR PAYMENT, STATUS OF HIS CALLS RE SAME. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/24/2025 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH S. WADE, DEBTOR'S COUNSEL, RE CONTACT INFORMATION FOR CITY OF POMONA FOR PURPOSES OF ESCROW DISTRIBUTIONS, ISSUES RE BUYER'S ASSERTION THAT SELLER IS OBLIGATED TO CAUSE THE CITY TO RECORD. | 0.20 |
| | NDS | REVIEW AND ANALYZE MULTIPLE EMAILS BETWEEN ESCROW, BUYER'S COUNSEL RE ISSUES RE CITY OF POMONA LIEN RELEASE PER SECOND AMENDMENT TO PRE-PETITION PSA, SELLER'S OBLIGATION TO CAUSE CITY TO RELEASE LIEN/RIGHT TO REPURCHASE PROPERTY, RECORDATION OF SALE ORDER EFFECTUATING SALE FREE AND CLEAR OF ANY LIEN/CLAIM OF THE CITY, ETC. | 0.40 |
| | NDS | MONITOR EMAIL COMMUNICATIONS WITH ESCROW, TITLE, AND BUYERS COUNSEL RE RECORDATION AND DISTRIBUTION OF ESCROW FUNDS, BUYER ISSUES RE RECORDING OF RELEASE RE CITY CLAIM/RIGHT TO REPURCHASE. | 0.50 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE EMAILS FROM ESCROW AND BUYER RE RELEASE DOCUMENT PURPORTEDLY REQUIRED RE CITY OF POMONA SETTLEMENT NOTWITHSTANDING FREE AND CLEAR LANGUAGE OF SALE ORDER, TRUSTEE'S REVIEW/APPROVAL OF FINAL CLOSING STATEMENT, ISSUES RE CITY OF POMONA ESCROW PAYMENT, COMMUNICATIONS WITH S. WADE RE SAME. | 0.60 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE REVIEW OF SECOND AMENDMENT TO PRE-PETITION PSA, APPARENT RESOLUTION OF CITY OF POMONA RELEASE ISSUES FOLLOW PROVISION OF RECORDED SALE ORDER TO BUYER'S COUNSEL, ISSUES TO BE ADDRESSED WITH COUNSEL FOR VAL-CHRIS AND GREEN LOTUS NOW THAT TRUSTEE IS IN RECEIPT OF FUNDS TO BE SEGREGATED PER SALE ORDER. | 0.30 |
| 7/25/2025 | NDS | CALLS TO POMONA CITY MANAGER AND OTHER DEPARTMENTS IN AN EFFORT TO OBTAIN INSTRUCTIONS RE DISTRIBUTIONS THROUGH ESCROW PER DEBTOR/BUYER/CITY SETTLEMENT RE LIEN/RIGHT TO REPURCHASE. | 0.30 |
| | NDS | REVIEW, REVISE AND APPROVE ESCROW'S CORRESPONDENCE TO THE CITY OF POMONA RE ESCROW DISTRIBUTION PER CITY MANAGER'S MARCH 26 CORRESPONDENCE, AND RETURN TO L. FELLMAN AT ORANGE COAST ESCROW. | 0.30 |
| | NDS | TELEPHONE CONFERENCE WITH L. FELLMAN AT ORANGE COAST ESCROW RE ISSUES WITH CITY OF POMONA ESCROW DISTRIBUTION, FORWARDING CITY'S MARCH 26 LETTER IN SUPPORT OF SALE MOTION FOR CONTACT INFORMATION. | 0.20 |
| 7/31/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM S. WADE RE HIS COMMUNICATIONS WITH THE CITY ATTORNEY FOR POMONA RE RELEASE OF PURCHASE AGREEMENT PER TERMS OF DEBTOR/CITY SETTLEMENT AGREEMENT, TRUSTEE'S THIRD REQUEST FOR STATUS OF 1019 REPORT THAT IS NOW SERIOUSLY DELINQUENT. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 7/31/2025 | NDS | DRAFT EMAIL TO R. CASTILLO, OUTSIDE COUNSEL FOR THE CITY OF POMONA, RE PROPERTY SALE, PAYMENT TO CITY FROM ESCROW CONSISTENT WITH SETTLEMENT AGREEMENT BETWEEN THE CITY AND THE DEBTOR, BUYER INITIAL REQUEST FOR RECORDED RELEASE PER SETTLEMENT AGREEMENT NOTWITHSTANDING FREE AND CLEAR PROVISIONS OF SALE ORDER, ETC. | 0.40 |
| 8/6/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE REPORT OF SALE FOLLOWING CLOSING OF SALE OF DEBTOR'S REAL PROPERTY ASSET. | 0.10 |
| 8/8/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM POMONA CITY ATTORNEY CONFIRMING CITY'S RECEIPT OF SETTLEMENT FUNDS THROUGH ESCROW FOR SALE OF ESTATE'S REAL PROPERTY. | 0.10 |
| | NDS | DRAFT REPORT OF SALE RE POMONA PROPERTY. | 1.20 |
| 8/11/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE FINAL REVISIONS/APPROVAL OF REPORT OF SALE RE ESTATE'S REAL PROPERTY FOR FILING. | 0.10 |
| 9/10/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE COSTAR GROUP RESEARCH TEAM INQUIRY RE POMONA PROPERTY SALE. | 0.10 |

SUBTOTAL: [ 36.20 26130.00]

Claims

| | | | |
|---|---|---|---|
| 7/22/2025 | NDS | BEGIN DRAFTING MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE. | 0.70 |
| 8/6/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE INABILITY TO SET ADMINISTRATIVE CLAIM BAR DATE GIVEN THAT THE DEBTOR REMAINS DELINQUENT IN SUBMITTING 1019 REPORT, FAILURE OF DEBTOR'S COUNSEL TO OBTAIN EMPLOYMENT ORDER, ETC. | 0.20 |
| 8/15/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S REQUEST FOR INFORMATION IN SUPPORT OF VAL-CHRIS' CLAIM AGAINST THE DEBTOR. | 0.10 |
| | NDS | REVIEW AND RESPOND TO RESPONSIVE EMAIL FROM A. GRAFF, COUNSEL FOR VAL-CHRIS, RE STATUS OF VAL-CHRIS PROVISION OF CLAIM INFORMATION, STATUS OF DEBTOR FILING 1019 REPORT WHICH IS NEEDED FOR FINAL CLAIMS BAR DATES AND GENERAL CASE ANALYSIS. | 0.20 |
| | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE TRUSTEE'S REQUEST FOR INFORMATION IN SUPPORT OF GREEN LOTUS' CLAIM AGAINST THE DEBTOR. | 0.10 |
| 8/18/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE MOTION FOR ADMINISTRATIVE CLAIM BAR DATE AND HER COMMENTS/ADDITIONS TO SAME. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 8/18/2025 | NDS | DRAFT PROPOSED NOTICE OF ADMINISTRATIVE CLAIM BAR DATE. | 0.40 |
| | NDS | UPDATE MOTION FOR ADMINISTRATIVE CLAIM BAR DATE AND SUPPORTING DECLARATION OF TRUSTEE. | 0.60 |
| 8/19/2025 | NDS | REVIEW AND REVISE NOTICE OF MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE. | 0.10 |
| | AM | DRAFT NOTICE OF MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE. | 0.40 |
| 8/25/2025 | NDS | DRAFT EMAIL TO TRUSTEE WITH UPDATE RE ESTATE'S CLAIMS RE GREEN LOTUS DISPUTED SECURED CLAIM AGAINST POMONA PROPERTY SALE PROCEEDS FOLLOWING TELEPHONE CONFERENCE WITH P. SIEVERS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE ESTATE'S CLAIMS RE GREEN LOTUS DISPUTED SECURED CLAIM AGAINST POMONA PROPERTY SALE PROCEEDS. | 0.30 |
| 8/29/2025 | NDS | DRAFT FOLLOW UP EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE STATUS OF PROVISION OF HIS CLIENT'S CLAIM SUPPORT DOCUMENTATION. | 0.10 |
| 9/5/2025 | NDS | DRAFT FOLLOW UP EMAIL TO J. SCHEER RE STATUS OF PROVISION OF INFORMATION REGARDING GREEN LOTUS DISPUTED CLAIM. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO A. GRAFF RE STATUS OF PROVISION OF INFORMATION REGARDING VAL-CHRIS DISPUTED CLAIM. | 0.10 |
| 9/8/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE FINAL VERSION OF MOTION FOR ADMINISTRATIVE CLAIM BAR DATE AND RELATED NOTICE FOLLOWING DEBTOR'S FILING OF 1019 REPORT. | 0.10 |
| | NDS | REVISE IN FINAL MOTION FOR ADMINISTRATIVE CLAIM BAR DATE AND RELATED EXHIBIT 1 - NOTICE OF ADMINISTRATIVE CLAIM BAR DATE - FOLLOWING DEBTOR'S FILING OF 1019 REPORT. | 0.30 |
| | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS, FITZGERALD, KREDITOR, RE TRUSTEE'S OUTSTANDING REQUEST FOR PRE AND POST-PETITION ATTORNEYS' FEES AND COSTS RELATING TO GREEN LOTUS STATE COURT LITIGATION, ANTICIPATED TIMING OF ESTABLISHMENT OF ADMIN CLAIMS BAR DATE, ETC. | 0.30 |
| 9/15/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A, GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S OUTSTANDING REQUEST FOR DOCUMENTS SUPPORTING HIS CLIENT'S DISPUTED SECURED CLAIM. | 0.10 |
| 9/17/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE CONTINUING ISSUES WITH VAL-CHRIS AND GREEN LOTUS CLAIMS. | 0.10 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM S. WADE, DEBTOR'S COUNSEL, RE GREEN LOTUS AND VAL-CHRIS CLAIM ISSUES. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 9/17/2025 | NDS | TELEPHONE CONFERENCE WITH J. SCHEER, COUNSEL FOR GREEN LOTUS, RE TRUSTEE'S REQUEST FOR SUPPORT DOCUMENTS RE HIS CLIENT'S CLAIM OF BENEFIT TO THE ESTATE FROM ITS PURPORTED LOANS TO A THIRD PARTY, INFORMATION RE UNDERLYING RELATIONSHIPS BETWEEN PARTIES. | 0.30 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE MINIMAL DOCUMENTS PRODUCED BY DEBTOR PER TRUSTEE'S REQUESTS AT AUGUST 341(A) HEARING. | 0.20 |
| 9/19/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE CONTINUING FAILURE OF VAL-CHRIS AND GREEN LOTUS TO PROVIDE SUPPORT DOCUMENTATION REGARDING THEIR RESPECTIVE DISPUTED SECURED CLAIMS, STATUS OF EFFORTS TO OBTAIN PRE-PETITION CLAIM INFORMATION FROM DEBTOR'S STATE COURT LITIGATION COUNSEL. | 0.30 |
| 9/22/2025 | NDS | DRAFT FURTHER FOLLOW UP TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S REPEATED REQUEST FOR CLAIM INFORMATION TO EVIDENCE FUNDS/BENEFIT TO THE DEBTOR FROM VAL-CHRIS' LOAN TO DEBTOR'S PRINCIPAL. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS, FITZGERALD, KREDITOR, IN RESPONSE TO TRUSTEE'S REQUEST FOR PRE- AND POST-PETITION CLAIM INFORMATION. | 0.10 |
| 9/23/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE UPDATE RE STATUS OF DEBTOR'S STATE COURT COUNSEL PROVISION OF CLAIM SUPPORT INFORMATION. | 0.10 |
| 9/25/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE INABILITY TO CONSENSUALLY GATHER CLAIM INFORMATION FOR VAL-CHRIS DISPUTED SECURED CLAIM, REQUEST FOR INSTRUCTIONS. | 0.20 |
| | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS, DEBTOR'S STATE COURT COUNSEL, RE STATUS OF GATHERING ATTORNEY FEE CLAIM INFORMATION AND DOCUMENTS NEEDED BY TRUSTEE TO EVALUATE DISPUTED GREEN LOTUS SECURED CLAIM. | 0.20 |
| 9/26/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S OUTSTANDING REQUEST FOR DOCUMENTS/INFORMATION. | 0.20 |
| 9/29/2025 | NDS | REVISE IN FINAL DECLARATION RE NON-OPPOSITION AND PROPOSED ORDER RE TRUSTEE'S MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE, SELECTING PROPOSED BAR DATE. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE DISPUTED VAL-CHRIS CLAIM. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE STATUS OF PROVISION OF INFORMATION IN SUPPORT OF CLAIM THAT VAL-CHRIS' LOAN TO A. NGUYEN BENEFITED THE F&T ESTATE, COORDINATION OF CALL TO DISCUSS POTENTIAL RESOLUTION. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/29/2025 | AM | PREPARE DECLARATION OF NON-OPPOSITION AND DRAFT PROPOSED ORDER RE TRUSTEE'S MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE. | 0.50 |
| 10/1/2025 | NDS | REVIEW ENTERED ORDER RE ADMINISTRATIVE CLAIM BAR DATE, CALENDARING SAME. | 0.10 |
| 10/3/2025 | NDS | DRAFT FOLLOW UP EMAIL TO J. SCHEER, COUNSEL FOR GREEN LOTUS, RE DISPUTED SECURED CLAIM ISSUES. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE TELEPHONE CONFERENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE DISPUTED CLAIM ISSUES. | 0.10 |
| | NDS | REVIEW AND APPROVE ASSEMBLED SERVICE INFORMATION FOR NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL, COUNSEL FOR WENETA KOSMALA IN ASHLEY NGUYEN PERSONAL CHAPTER 7, RE VAL-CHRIS CLAIM AND GREEN LOTUS ISSUES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE CONFIRMATION OF ADDITIONAL POTENTIAL CREDITORS TO BE SERVED WITH ADMINISTRATIVE CLAIMS BAR DATE, RESULTS OF CALL WITH A GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S EFFORTS TO RESOLVE ITS DISPUTED SECURED CLAIM. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S OUTSTANDING INFORMATION REQUEST RE VAL-CHRIS CLAIM, PARAMETERS OF POTENTIAL RESOLUTION OF DISPUTED SECURED CLAIM. . | 0.30 |
| | AM | PREPARE /FINALIZE NOTICE ADMINISTRATIVE CLAIMS BAR DATE WITH ENTERED ORDER AND PREPARE PROOF OF SERVICE AND SERVICE LIST. | 0.50 |
| | NDS | DRAFT EMAIL TO TRUSTEE CONFIRMING PARTIES TO INCLUDE AS POTENTIAL CREDITORS BASED UPON HER INVESTIGATION TO DATE FOR SERVICE OF NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE. | 0.10 |
| 10/6/2025 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ADDITIONAL PARTIES TO INCLUDE ON PROOF OF SERVICE RE ADMINISTRATIVE CLAIMS BAR DATE NOTICE IN AN ABUNDANCE OF CAUTION. | 0.20 |
| 10/8/2025 | NDS | REVIEW EMAIL FROM J. SCHEER RE STATUS OF GREEN LOTUS CLAIM DOCUMENTATION. | 0.10 |
| 10/9/2025 | NDS | DRAFT FOLLOW UP EMAIL TO A. GRAFF, COUNSEL FOR VAL-CHRIS, RE STATUS OF A PROPOSAL FROM VAL-CHRIS RE RESOLUTION OF ITS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS OF FITZGERALD KREDITOR RE COORDINATION OF 10/10 CALL RE FIRM'S POST-PETITION CLAIM WHERE THE DEBTOR DID NOT FILE EMPLOYMENT APPLICATION FOR FIRM. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/10/2025 | NDS | EMAIL CORRESPONDENCE P. SIEVERS IN PREPARATION FOR MORNING CALL RE FITZGERALD KREDITOR CLAIMS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE FITZGERALD KREDITOR POST-PETITION ATTORNEY FEE CLAIM, DEBTOR'S FAILURE TO ENGAGE AS SPECIAL LITIGATION COUNSEL, ISSUES RE GREEN LOTUS CLAIM, ETC. | 0.90 |
| 10/13/2025 | NDS | EMAIL CORRESPONDENCE FROM TRUSTEE RE SETTLEMENT PROPOSAL RE DISPUTED SECURED CLAIM OF GREEN LOTUS. | 0.10 |
| | NDS | REVIEW COURT PLEADINGS IN CHAPTER 11 PROCEEDING RE REPRESENTATIONS MADE BY THE DEBTOR RE GREEN LOTUS AND VAL-CHRIS CLAIMS. | 0.40 |
| | NDS | REVIEW AND ANALYZE EMAIL AND ATTACHMENTS FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE GREEN LOTUS VERSION OF EVENTS AND SETTLEMENT PROPOSAL RE DISPUTED SECURED CLAIM. | 0.50 |
| | NDS | REVIEW AND ANALYZE S. WADE ACCOUNTING OF PRE-PETITION RETAINER/POST-PETITION SERVICES, REVIEW HIS EMPLOYMENT APPLICATION AND ENGAGEMENT LETTER NOTING DISCREPANCIES IN DATES. | 0.50 |
| 10/14/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A. GRAFF RE VAL CHRIS CLAIM INFORMATION AND/OR SETTLEMENT PROPOSAL RE DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE GREEN LOTUS SETTLEMENT OFFER RE ITS DISPUTED SECURED CLAIM, INFORMATION AVAILABLE RE LASC ACTION INITIATED BY THE DEBTOR PRE-PETITION AND SCOPE OF DEBTOR'S COMPLAINT AGAINST GREEN LOTUS - QUIET TITLE, DEC RELIEF, SLANDER OF TITLE, A. NGUYEN TESTIMONY AT OCTOBER 8 341(A). | 0.50 |
| 10/15/2025 | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER, COUNSEL FOR GREEN LOTUS, RE TRUSTEE'S REVIEW OF SETTLEMENT PROPOSAL, COORDINATION OF CALL TO DISCUSS TRUSTEE'S COUNTER PROPOSAL. | 0.20 |
| 10/16/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A. GRAFF RE STATUS OF VAL-CHRIS SETTLEMENT PROPOSAL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH J. SCHEER RE OCTOBER 17 CALL RE FURTHER SETTLEMENT DISCUSSIONS. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE HIS FIRM'S CLAIM TO BE FILED, SUBMISSION OF INVOICES TO TRUSTEE RATHER THAN FILING AS A PUBLIC RECORD GIVEN PRIVILEGE CONCERNS, ETC. | 0.20 |
| 10/17/2025 | NDS | DRAFT EMAIL TO TRUSTEE RE RESULTS OF SETTLEMENT CALL WITH J. SCHEER RE GREEN LOTUS CLAIM AND TRUSTEE'S COUNTER SETTLEMENT PROPOSAL. | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/17/2025 | NDS | REVIEW AND RESPOND TO EMAILS FROM A. GRAFF RE STATUS OF VAL-CHRIS SETTLEMENT PROPOSAL RE DISPUTED SECURED LIEN, STATUS OF TRUSTEE'S SETTLEMENT EFFORTS WITH GREEN LOTUS. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH J. SCHEER RE GREEN LOTUS DISPUTED SECURED CLAIM, TRUSTEE REJECTION OF INITIAL SETTLEMENT PROPOSAL, COUNTER PROPOSAL. | 0.50 |
| 10/21/2025 | NDS | REVIEW UPDATED SPREADSHEET OF GUC LOAN CLAIMS PROVIDED BY A. NGUYEN. | 0.10 |
| | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO A. GRAFF RE STATUS OF VAL-CHRIS SUBMISSION OF SETTLEMENT PROPOSAL TO TRUSTEE RE ITS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE EMAIL AND ATTACHMENTS FROM FITZGERALD KREDITOR RE PRIVILEGED BILLING STATEMENTS IN SUPPORT OF FILED PRE-PETITION CLAIM. | 0.10 |
| | NDS | REVIEW EMAIL AND ATTACHMENTS FROM FITZGERALD KREDITOR RE PRIVILEGED BILLING STATEMENTS IN SUPPORT OF FILED PRE-PETITION CLAIM. | 0.30 |
| 10/22/2025 | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE PROOFS OF CLAIM FILED BY W. KOSMALA AS TRUSTEE OF A. NGUYEN BK ESTATE, COORDINATION OF CALL RE SAME. | 0.10 |
| | NDS | REVIEW PROOFS OF CLAIM FILED BY IRENE KIANG, W. KOSMALA AS TRUSTEE OF A. NGUYEN BK ESTATE, AND PHUC LU HUYNH. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE NEWLY FILED PROOFS OF CLAIM, ISSUES CREATED BY "UNKNOWN" AMOUNT CLAIMS ASSERTED BY ASHLEY NGUYEN ESTATE. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE ISSUES W. FITZGERALD KREDITOR PROOF OF CLAIM BASED UPON INFORMATION IN DEBTOR'S QB DATA. | 0.20 |
| | NDS | REVIEW FITZGERALD KREDITOR PROOF OF CLAIM AND INVOICE SUMMARY, COMPARING SAME WITH G/L INFORMATION GATHERED BY D. FIFE FROM DEBTOR'S QB DATA AND BANK STATEMENTS PROVIDED TO DATE, NOTING MULTIPLE PAYMENTS REFLECTED IN G/L THAT ARE NOT REFLECTED IN PROOF OF CLAIM. | 0.60 |
| 10/23/2025 | NDS | DRAFT FURTHER FOLLOW UP TO A. GRAFF RE STATUS OF VAL-CHRIS SETTLEMENT PROPOSAL TO TRUSTEE RE DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF CALL WITH R. BEALL RE CLAIMS FILED BY A. NGUYEN BK ESTATE, NEXT STEPS RE EFFORTS TO RESOLVE DISPUTES RE GREEN LOTUS AND VAL-CHRIS DISPUTED SECURED CLAIMS. | 0.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/23/2025 | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE CLAIMS FILED BY A. NGUYEN BK ESTATE, STATUS OF EFFORTS TO RESOLVE GREEN LOTUS AND VAL-CHRIS DISPUTED SECURED CLAIMS. | 0.50 |
| 10/24/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM A. GRAFF RE STATUS OF PROVISION OF SETTLEMENT PROPOSAL FROM DISPUTED SECURED CREDITOR, VAL-CHRIS. | 0.10 |
| | NDS | REVIEW VOICEMAIL FROM J. SCHEER, COUNSEL FOR GREEN LOTUS, RE STATUS OF CONSIDERATION OF TRUSTEE'S COUNTER SETTLEMENT PROPOSAL, FORWARDING SAME TO TRUSTEE WITH COMMENTS. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE EMAIL FROM A. GRAFF RE STATUS OF PROVISION OF SETTLEMENT PROPOSAL FROM DISPUTED SECURED CREDITOR, VAL-CHRIS. | 0.10 |
| 10/27/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE ANALYSIS OF VAL CHRIS PROPOSAL RE RESOLUTION OF ITS DISPUTED SECURED CLAIM. | 0.40 |
| 10/28/2025 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO J. SCHEER RE STATUS OF GREEN LOTUS' CONSIDERATION OF TRUSTEE'S COUNTER SETTLEMENT PROPOSAL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH D. FIFE RE TRUSTEE'S REQUEST FOR ESTIMATE OF FEES INCURRED TO DATE IN CASE IN CONNECTION WITH EFFORTS TO RESOLVE VAL-CHRIS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | REVIEW AND ANALYZE EMAIL FROM J. SCHEER WITH GREEN LOTUS FURTHER COUNTER SETTLEMENT PROPOSAL, FORWARDING SAME TO TRUSTEE. | 0.30 |
| 11/3/2025 | NDS | PREPARE NOTES FOR NOON CALL WITH R. BEALL RE VAL-CHRIS AND GREEN LOTUS DISPUTED CLAIMS IN F&T AND A. NGUYEN CASES. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF RE FURTHER SETTLEMENT EFFORTS BETWEEN F&T AND A. NGUYEN ESTATES RE DISPUTED VAL-CHRIS SECURED CLAIM. | 0.20 |
| | NDS | CALL WITH R. BEALL, COUNSEL FOR TRUSTEE IN ASHLEY NGUYEN CASE, RE VAL-CHRIS AND GREEN LOTUS DISPUTED CLAIMS IN F&T AND A. NGUYEN CASES, POTENTIAL RESOLUTIONS OF EACH. | 0.50 |
| 11/4/2025 | NDS | REVIEW PROOFS OF CLAIMS FILED BY TRANG NGUYEN AND SILVERADO. | 0.10 |
| | NDS | DRAFT EMAIL TO TRANG NGUYEN REQUESTING SUPPORT DOCUMENT FOR PROOF CLAIM FILED IN THE AMOUNT OF $90,000. | 0.20 |
| 11/6/2025 | NDS | REVIEW EMAIL FROM S. WADE RE REQUEST FOR STATUS RE TRUSTEE'S EFFORTS TO RESOLVE DISPUTED GREEN LOTUS CLAIM, FORWARDING SAME TO THE TRUSTEE. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/13/2025 | NDS | REVIEW EMAILS FROM TRUSTEE RE COMMUNICATIONS WITH A NGUYEN RE CREDITORS FILING PROOFS OF CLAIM IN THEIR NAMES PERSONALLY RATHER THAN IN THE NAME OF THE COMPANY THAT ACTUALLY LOANED FUNDS TO THE DEBTOR. | 0.10 |
| 11/25/2025 | NDS | DRAFT FOLLOW UP EMAIL TO R. BEALL RE STATUS OF HIS DISCUSSIONS WITH A. GRAFF RE EFFORTS TO RESOLVE VAL-CHRIS DISPUTED SECURED CLAIM. | 0.10 |
| 11/26/2025 | NDS | REVIEW FACE PAGE PROOFS OF CLAIM FILED BY CRISTINE DANG AND ANTHONY ALTIERI. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE FACE PAGE PROOFS OF CLAIM FILED BY CRISTINE DANG AND ANTHONY ALTIERI WHICH ARE NOT ON CREDITOR SCHEDULE PROVIDED BY A NGUYEN. | 0.10 |
| | NDS | DRAFT EMAIL TO C. DANG REQUESTING SUPPORT DOCUMENTATION RE PROOF OF CLAIM #13. | 0.20 |
| | NDS | DRAFT EMAIL TO M. ALTIERI REQUESTING SUPPORT DOCUMENTATION RE PROOF OF CLAIM NO. 14. | 0.20 |
| 12/1/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE STATUS OF HIS DISCUSSIONS WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE POTENTIAL TRI-PARTY CLAIM RESOLUTION. | 0.10 |
| 12/3/2025 | NDS | REVIEW AND RESPOND TO EMAIL FROM W. WADE RE REQUEST FOR UPDATE RE TRUSTEE'S EFFORTS TO RESOLVE GREEN LOTUS DISPUTED CLAIM. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE ADDITIONAL G/L INFORMATION RE TRANG NGUYEN LOAN FUNDS. | 0.10 |
| | NDS | REVIEW SUPPORT DOCUMENTATION FROM CREDITOR TRANG NGUYEN RE EVIDENCE OF LOAN OF FUNDS TO THE DEBTOR, COMPARING SAME WITH GENERAL LEDGER INFORMATION RE INTEREST AND OTHER PAYMENTS TO CREDITOR. | 0.20 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE SUPPORT DOCUMENTATION FROM CREDITOR TRANG NGUYEN RE EVIDENCE OF LOAN OF FUNDS TO THE DEBTOR. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE COORDINATION OF DECEMBER 4 CALL RE POTENTIAL TRI-PARTY RESOLUTION OF VAL-CHRIS AND GREEN LOTUS CLAIMS. | 0.10 |
| 12/4/2025 | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE COORDINATION OF DECEMBER 5 CALL. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE FOLLOWING CALL WITH R. BEALL RE POTENTIAL RESOLUTION SCENARIOS RE DISPUTED VAL-CHRIS AND GREEN LOTUS CLAIMS, NEXT STEPS. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 12/4/2025 | NDS | TELEPHONE CONFERENCE WITH R. BEALL, COUNSEL FOR TRUSTEE IN A. NGUYEN CASE, REGARDING POTENTIAL RESOLUTION SCENARIOS RE DISPUTED VAL-CHRIS AND GREEN LOTUS CLAIMS. | 0.40 |
| 12/5/2025 | NDS | TELEPHONE CONFERENCE WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S FURTHER SETTLEMENT PROPOSAL RE VAL-CHRIS DISPUTED SECURED CLAIM. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE RESULTS OF CALL WITH A. GRAFF, COUNSEL FOR VAL-CHRIS, RE TRUSTEE'S FURTHER SETTLEMENT PROPOSAL RE VAL-CHRIS DISPUTED SECURED CLAIM, NEXT STEPS IN LIGHT OF SAME. | 0.20 |
| | NDS | PREPARE NOTES FOR AFTERNOON CALL WITH A. GRAFF RE FURTHER EFFORTS TO RESOLVE VAL-CHRIS DISPUTED SECURED CLAIM. | 0.20 |
| 12/8/2025 | NDS | DRAFT FOLLOW UP EMAIL TO CREDITOR A. ALTIERI RE TRUSTEE'S REQUEST FOR DOCUMENTATION IN SUPPORT OF $150,000 LOAN CLAIM. | 0.10 |
| | NDS | DRAFT FOLLOW UP EMAIL TO CREDITOR C. DANG RE TRUSTEE'S REQUEST FOR DOCUMENTATION IN SUPPORT OF $105,000 LOAN CLAIM. | 0.10 |
| 12/10/2025 | NDS | DRAFT EMAIL TO R. BEALL, COUNSEL FOR TRUSTEE IN A. NGUYEN RELATED CASE, RE STATUS OF HIS COMMUNICATIONS WITH VAL-CHRIS AND GREEN LOTUS RE DISPUTED CLAIMS SETTLEMENT DISCUSSIONS. | 0.20 |
| 12/19/2025 | NDS | REVIEW A. NGUYEN CASE DOCKET AND CLAIMS REGISTER RE CLAIMS OF VAL-CHRIS AND GREEN LOTUS, NOTING NEITHER HAS FILED A PROOF OF CLAIM. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE ON-GOING EFFORTS OF BOTH TRUSTEES TO ADDRESS VAL-CHRIS AND GREEN LOTUS DISPUTED SECURED CLAIMS. | 0.40 |
| 1/5/2026 | NDS | DRAFT SECOND FOLLOW UP EMAIL TO C. DANG REQUESTING DOCUMENTATION IN SUPPORT OF PROOF OF CLAIM FILED IN THE AMOUNT OF $105,000. | 0.10 |
| | NDS | DRAFT SECOND FOLLOW UP EMAIL TO A. ALTIERI REQUESTING DOCUMENTATION IN SUPPORT OF PROOF OF CLAIM FILED IN THE AMOUNT OF $150,000. | 0.10 |
| 1/12/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE REVISED SETTLEMENT PROPOSAL FROM VAL-CHRIS RE ITS CLAIM AGAINST ESTATE'S SEGREGATED FUNDS, ISSUES RE SAME INCLUDING ANALYSIS OF SETTLEMENT ON REMAINING ESTATE ASSETS, ETC. | 0.40 |
| | NDS | REVIEW AND ANALYZE/DRAFT INITIAL RESPONSE EMAIL FROM A. GRAFF, COUNSEL FOR VAL-CHRIS, RE COUNTER SETTLEMENT PROPOSAL RE RESOLUTION OF VAL-CHRIS CLAIM AGAINST ESTATE'S SEGREGATED FUNDS. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/13/2026 | NDS | DRAFT EMAIL TO A. GRAFF RE COORDINATION OF CALL TO REVIEW TRUSTEE'S RESPONSE TO VAL-CHRIS REVISED SETTLEMENT PROPOSAL. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HER ANALYSIS OF VAL-CHRIS REVISED SETTLEMENT PROPOSAL, POTENTIAL IMPACT OF SAME ON OTHER ANTICIPATED RECOVERY ACTIONS. | 0.30 |
| | NDS | REVIEW A. NGUYEN CHAPTER 7 DOCKET AND CLAIMS REGISTER, PREPARING EMAIL TO TRUSTEE RE GENERAL CLAIMS ANALYSIS, ESTIMATED SALES PROCEEDS RE NEST PINE, LIMITED GUC'S, ADDRESSING IMPACT OF PROPOSED VAL-CHRIS SETTLEMENT PROPOSAL ON SAME. | 0.40 |
| 1/14/2026 | NDS | DRAFT FOLLOW UP EMAIL TO A. GRAFF RE COORDINATION OF CALL RE TRUSTEE'S RESPONSE TO VAL-CHRIS COUNTER SETTLEMENT PROPOSAL. | 0.10 |
| | NDS | DRAFT UPDATE EMAIL TO TRUSTEE FOLLOWING CALL WITH A. GRAFF RE CONTINUING EFFORTS TO RESOLVE VAL-CHRIS DISPUTED SECURED CLAIM. | 0.10 |
| 1/15/2026 | NDS | REVIEW EMAIL FROM A. GRAFF CONFIRMING VAL-CHRIS' ACCEPTANCE OF TRUSTEE'S SETTLEMENT PROPOSAL. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EMAIL FROM A. GRAFF CONFIRMING VAL-CHRIS' ACCEPTANCE OF TRUSTEE'S SETTLEMENT PROPOSAL, ISSUES TO BE ADDRESSED RE SAME. | 0.10 |
| | NDS | DRAFT EMAIL TO A. GRAFF CONFIRMING SETTLEMENT TERMS, SUBJECT TO DOCUMENTATION, PREPARATION OF SETTLEMENT AGREEMENT, ETC. | 0.20 |
| | NDS | BEGIN DRAFTING SETTLEMENT AGREEMENT REGARDING SETTLEMENT OF VAL-CHRIS DISPUTED SECURED CLAIM. | 1.30 |
| 1/16/2026 | NDS | DRAFT EMAIL TO A. GRAFF RE DRAFT SETTLEMENT AGREEMENT RE RESOLUTION OF VAL-CHRIS DISPUTED SECURED CLAIM. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE DRAFT SETTLEMENT AGREEMENT RE RESOLUTION OF VAL-CHRIS DISPUTED SECURED CLAIM. | 0.20 |
| | NDS | REVISE SETTLEMENT AGREEMENT RE RESOLUTION OF VAL-CHRIS DISPUTED SECURED CLAIM PER COMMENTS OF TRUSTEE. | 0.30 |
| | NDS | CONTINUE DRAFTING SETTLEMENT AGREEMENT RE RESOLUTION OF VAL-CHRIS DISPUTED SECURED CLAIM. | 1.40 |
| 1/19/2026 | NDS | BEGIN DRAFTING 9019 MOTION RE SETTLEMENT OF VAL-CHRIS DISPUTED SECURED CLAIM AND SUPPORTING DECLARATION OF TRUSTEE. | 2.60 |
| 1/20/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH A. GRAFF RE STATUS OF HIS REVIEW/REVISIONS OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM, ADVICE THAT 9019 MOTION HAS BEEN DRAFTED, TIMING OF FILING OF SAME. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/21/2026 | NDS | DRAFT FOLLOW UP EMAIL TO A. GRAFF RE STATUS OF HIS REVIEW OF DRAFT SETTLEMENT AGREEMENT RE RESOLUTION OF VAL-CHRIS CLAIM. | 0.10 |
| | NDS | REVISE PROPOSED 9019 MOTION RE VAL-CHRIS CLAIM RESOLUTION PER COMMENTS OF TRUSTEE. | 0.30 |
| 1/23/2026 | NDS | FOLLOW UP EMAIL CORRESPONDENCE WITH A. GRAFF RE STATUS OF HIS PROVISION OF COMMENTS REVISIONS TO PROPOSED SETTLEMENT AGREEMENT. | 0.10 |
| 1/25/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM A. GRAFF RE STATUS OF HIS REVIEW/COMMENTS RE DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM, CONFIRMING THAT 9019 MOTION IS PREPARED AND APPROVED BY TRUSTEE. | 0.10 |
| 1/26/2026 | NDS | DRAFT EMAIL TO A. GRAFF RE TRUSTEE COMMENTS/REVISIONS RE HIS MARK UP OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM, EXPLAINING BASIS FOR PRIMARY REVISIONS. | 0.30 |
| | NDS | PREPARE FURTHER REDLINE MARK UP OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM PER COMMENTS OF TRUSTEE AND TO COMPORT WITH LANGUAGE IN MODIFIED SALE ORDER RE POMONA PROPERTY. | 0.40 |
| | NDS | REVIEW EMAIL FROM TRUSTEE RE HER ISSUES/CONCERNS RE A.GRAFF MARK UP OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM. | 0.10 |
| | NDS | DRAFT EMAIL TO TRUSTEE RE A. GRAFF MARK UP OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM, RELEASE ISSUES. | 0.10 |
| | NDS | REVIEW AND ANALYZE EMAIL AND ATTACHMENT FROM A. GRAFF RE HIS MARK UP OF DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM. | 0.20 |
| 1/28/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH A. GRAFF RE STATUS OF HIS REVIEW OF FURTHER REVISED SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIMS. | 0.10 |
| 1/29/2026 | NDS | DRAFT EMAIL TO A. GRAFF RE TRUSTEE'S FINAL REVISIONS TO DRAFT SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM, PROVIDING FURTHER REDLINE AND CLEAN VERSIONS OF SAME FOR REVIEW. | 0.10 |
| | NDS | DRAFT EMAIL TO A. GRAFF WITH FURTHER REVISIONS TO DRAFT SETTLEMENT AGREEMENT FROM TRUSTEE GIVEN RECITAL K ADDITIONS REQUESTED BY VAL-CHRIS. | 0.10 |
| | NDS | REVIEW AND RESPOND TO SECOND EMAIL FROM A. GRAFF RE VAL-CHRIS FURTHER REDLINE REVISIONS OF VAL-CHRIS TO DRAFT SETTLEMENT AGREEMENT REGARDING VAL-CHRIS' ALLEGED DEFENSES TO THE ESTATE'S CLAIMS. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/29/2026 | NDS | REVIEW AND RESPOND TO THIRD EMAIL AND FURTHER REVISED SETTLEMENT AGREEMENT FROM A. GRAFF, CONFIRMING THAT PROPOSED FINAL VERSION REQUIRES VAL-CHRIS REVIEW/APPROVAL. | 0.20 |
| | NDS | DRAFT TRUSTEE'S PROPOSED ADDITIONAL REVISIONS TO DRAFT SETTLEMENT AGREEMENT . | 0.30 |
| | NDS | REVIEW AND ANALYZE EMAIL AND ATTACHMENTS FROM A. GRAFF RE FURTHER PROPOSED REVISIONS TO SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM. | 0.30 |
| | NDS | CONFORM 9019 MOTION AND TRUSTEE'S SUPPORTING DECLARATION TO MODIFIED TERMS IN SETTLEMENT AGREEMENT. | 0.40 |
| | NDS | FINALIZE REDLINE REVISIONS TO PROPOSED SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM PER TRUSTEE'S COMMENTS. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH THE TRUSTEE RE PROPOSED FURTHER REDLINE REVISIONS TO PROPOSED SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE FURTHER REDLINE REVISIONS OF VAL-CHRIS TO DRAFT SETTLEMENT AGREEMENT, HER ISSUES RE SAME. | 0.30 |
| 1/30/2026 | NDS | REVISE IN FINAL NOTICE OF 9019 MOTION REGARDING PROPOSED RESOLUTION OF VAL-CHRIS CLAIM. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM A. GRAFF REQUESTING TRUSTEE'S SIGNATURE ON FINAL VERSION OF SETTLEMENT AGREEMENT FOR PROVISION TO VAL-CHRIS FOR EXECUTION. | 0.10 |
| | NDS | REVISE IN FINAL AND CREATE WORD AND PDF VERSIONS OF SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM FOR EXECUTION. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE FURTHER REVISED SETTLEMENT AGREEMENT RE VAL-CHRIS CLAIM AND EMAIL FROM A. GRAFF RE STATUS OF HIS CLIENT'S REVIEW/APPROVAL. | 0.20 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM A. GRAFF CONFIRMING VAL-CHRIS' APPROVAL OF FINAL FORM OF SETTLEMENT AGREEMENT RE ITS CLAIM, PROVIDING FINAL EXECUTION VERSION OF SAME. | 0.20 |
| | NDS | REVISE IN FINAL 9019 MOTION AND SUPPORTING DECLARATION OF TRUSTEE REGARDING PROPOSED RESOLUTION OF VAL-CHRIS CLAIM. | 0.30 |
| | AM | DRAFT NOTICE OF 9019 MOTION REGARDING PROPOSED RESOLUTION OF VAL-CHRIS CLAIM. | 0.30 |
| 2/2/2026 | NDS | DRAFT EMAIL TO R. BEALL, COUNSEL FOR ASHLEY NGUYEN CHAPTER 7 TRUSTEE, RE RESOLUTION OF VAL-CHRIS DISPUTED SECURED CLAIM. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/2/2026 | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF RE VAL-CHRIS EXECUTION OF SETTLEMENT AGREEMENT RE DISPUTED SECURED CLAIM. | 0.10 |
| 2/3/2026 | NDS | REVIEW EMAIL FROM S. WADE RE TRUSTEE'S PROPOSED SETTLEMENT OF VAL-CHRIS CLAIM, GREEN LOTUS ISSUES, ETC., FORWARDING SAME TO TRUSTEE WITH REQUEST FOR INSTRUCTIONS. | 0.10 |
| 2/11/2026 | NDS | DRAFT EMAIL TO R. BEALL, COUNSEL FOR A. NGUYEN CHAPTER 7 TRUSTEE, RE ISSUES RE CLAIMS 7 AND 8 FILED BY NGUYEN TRUSTEE IN FOOTHILL & TOWNE CASE. | 0.20 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE A. NGUYEN ESTATE AND TRUSTEE CLAIM ISSUES (CLAIMS 7 AND 8), NEED FOR TO CORRESPONDENCE TO R. BEALL RE SAME. | 0.20 |
| 2/13/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE INFORMATION FROM R. BEALL ADVISING THAT A. NGUYEN TRUSTEE INTENDS TO WITHDRAW ADMIN CLAIM FILED BY THAT ESTATE. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE A. NGUYEN ESTATE CLAIMS ASSERTED AGAINST FOOTHILL & TOWNE, TRUSTEE REQUEST FOR SUPPORT DOCUMENTATION/LEGAL BASIS RE SAME. | 0.20 |
| 2/19/2026 | AM | PREPARE DECLARATION RE NON OPPOSITION AND DRAFT PROPOSED ORDER RE MOTION TO ALLOW VAL CHRIS SECURED CLAIM IN REDUCED AMOUNT. | 0.50 |
| 2/20/2026 | NDS | REVIEW AND REVISE DECLARATION RE NON OPPOSITION AND PROPOSED ORDER RE MOTION TO ALLOW VAL CHRIS SECURED CLAIM IN REDUCED AMOUNT. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE FINAL VERSION OF PROPOSED ORDER RE MOTION TO ALLOW VAL CHRIS SECURED CLAIM IN REDUCED AMOUNT. | 0.10 |
| 2/24/2026 | NDS | REVIEW ENTERED ORDER RE VAL-CHRIS SECURED CLAIM SETTLEMENT. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM A. GRAFF RE VAL-CHRIS REQUEST FOR INFORMATION TO COORDINATE FED EX INFORMATION FOR SETTLEMENT CHECK. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF 9019 ORDER RE VAL-CHRIS CLAIM, NEED FOR INSTRUCTIONS FROM VAL-CHRIS RE MAILING OF SETTLEMENT AMOUNT. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE INSTRUCTIONS FROM VAL-CHRIS RE PAYMENT OF SETTLEMENT AMOUNT. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH A. GRAFF RE TRUSTEE REQUEST FOR INSTRUCTIONS FROM VAL-CHRIS RE MAILING OF SETTLEMENT AMOUNT, ENTERED 9019 ORDER, CONFIRMATION OF PAYEE/MAILING INSTRUCTIONS. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 2/25/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE AND E. FEITSHANS RE VAL-CHRIS CLAIM SETTLEMENT PAYMENT. | 0.20 |
| 3/10/2026 | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE HER ANALYSIS OF KREDITOR FIRM PROOF OF CLAIM AS COMPARED TO GENERAL LEDGER INFORMATION FROM DEBTOR'S QUICK BOOKS DATA. | 0.20 |
| 3/11/2026 | NDS | DRAFT FOLLOW UP EMAIL TO R. BEALL RE STATUS OF ASHLEY NGUYEN TRUSTEE WITHDRAWAL/CONSIDERATION OF WITHDRAWAL OF TWO CLAIMS FILED. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HER UPDATED CLAIM ANALYSIS, SPECIFIC CLAIMS FOR WHICH FORMAL OBJECTIONS ARE NEEDED. | 0.30 |
| | NDS | DRAFT OBJECTION TO CLAIM NO. 14 OF A. ALTIERI AND SUPPORTING DECLARATIONS. | 0.50 |
| | NDS | DRAFT OBJECTION TO CLAIM NO. 13 OF C. DANG AND SUPPORTING DECLARATIONS. | 1.20 |
| 3/12/2026 | NDS | REVISE IN FINAL NOTICES RE OBJECTIONS TO CLAIMS OF C. DANG AND A. ALTIERI AND APPROVAL FINAL EXHIBITS RE EACH OBJECTION. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE ASHLEY NGUYEN ESTATE TRUSTEE POSITION RE TWO CLAIMS ASSERTED BY THAT ESTATE AGAINST THE FOOTHILL AND TOWNE ESTATE. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE EXECUTION COPIES OF OBJECTIONS TO CLAIMS OF C. DANG AND A. ALTIERI. | 0.10 |
| | NDS | REVISE IN FINAL OBJECTION TO CLAIM OF C. DANG AND SUPPORTING DECLARATION OF TRUSTEE PER TRUSTEE'S COMMENTS. | 0.20 |
| | NDS | REVISE IN FINAL OBJECTION TO CLAIM OF A. ALTIERI AND SUPPORTING DECLARATION OF TRUSTEE PER TRUSTEE'S COMMENTS. | 0.20 |
| | NDS | REVIEW EMAILS FROM TRUSTEE RE HER COMMENTS/REVISIONS TO OBJECTIONS TO CLAIMS OF C. DANG AND A. ALTIERI. | 0.20 |
| | AM | PREPARE NOTICE OF OBJECTION TO CLAIM NO. 13 OF CHRISTINE DANG. | 0.20 |
| | AM | PREPARE NOTICE OF OBJECTION TO CLAIM NO. 14 OF ANTHONY ALTIERI. | 0.20 |
| 3/17/2026 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO R. BEALL RE STATUS OF A NGUYEN CH 7 TRUSTEE WITHDRAWAL OF HER CLAIMS FILED AGAINST THE ESTATE. | 0.10 |
| 3/18/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE STATUS OF COMMUNICATIONS WITH COUNSEL FOR A. NGUYEN TRUSTEE RE WITHDRAWAL OF CLAIMS FILED BY THAT ESTATE. | 0.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/23/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE STATUS OF A. NGUYEN TRUSTEE DECISION RE HER TWO PENDING CLAIMS ASSERTED AGAINST THE F&T ESTATE, GREEN LOTUS MOTION TO LATE FILE CLAIM. | 0.10 |
| | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE STATUS OF A. NGUYEN TRUSTEE DECISION RE HER TWO PENDING CLAIMS ASSERTED AGAINST THE F&T ESTATE, TRUSTEE POSITION RE FILING FORMAL OBJECTIONS TO CLAIMS IF THEY ARE NOT WITHDRAWN TIMELY. | 0.10 |
| 3/25/2026 | NDS | FOLLOW UP EMAIL CORRESPONDENCE WITH R. BEALL RE STATUS OF A. NGUYEN TRUSTEE DECISION RE WITHDRAWAL OF TWO CLAIMS ASSERTED AGAINST THE F&T ESTATE. | 0.10 |
| 3/26/2026 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE SCHEDULING OF AND PREPARATION FOR AFTERNOON CALL WITH R. BEALL RE A NGUYEN ESTATE CLAIMS FILED AGAINST FOOTHILL AND TOWNE. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH R. BEALL RE A. NGUYEN TRUSTEE INTENT TO WITHDRAW TWO CLAIMS FILED AGAINST THE FOOTHILL AND TOWNE ESTATE, POTENTIAL SCENARIOS FOR ADDRESSING GREEN LOTUS CLAIM ASSERTED AGAINST FOOTHILL AND TOWNE ESTATE AND TO BE ASSERTED AGAINST A. NGUYEN ESTATE INCLUDING TRI-PARTY MEDIATION. | 0.20 |
| | NDS | EMAIL CORRESPONDENCE WITH R. BEALL RE COORDINATION OF AFTERNOON CALL RE A. NGUYEN ESTATE CLAIMS FILED AGAINST FOOTHILL AND TOWNE. | 0.10 |
| 3/27/2026 | NDS | REVIEW EMAIL FROM R. BEALL ADVISING THAT A. NGUYEN ESTATE CLAIM WITHDRAWALS WILL BE FILED ON MONDAY, MARCH 30. | 0.10 |
| 3/31/2026 | NDS | REVIEW NOTICE OF WITHDRAWAL OF CLAIMS 7 AND 8 BY A. NGUYEN CHAPTER 7 ESTATE. | 0.10 |
| 4/27/2026 | NDS | REVIEW CASE DOCKET TO CONFIRM NO OPPOSITIONS FILED BY A. ALTIERI OR C. DANG IN RESPONSE TO TRUSTEE'S OBJECTIONS TO CLAIMS 13 AND 14. | 0.10 |
| 4/30/2026 | NDS | REVIEW COURT'S TENTATIVES RE OBJECTIONS TO CLAIMS OF C. DANG AND A. ALTIERI, FORWARDING SAME TO TRUSTEE. | 0.10 |
| 5/1/2026 | NDS | DRAFT PROPOSED ORDER DISALLOWING CLAIM NO. 13 OF C. DANG. | 0.20 |
| | NDS | DRAFT PROPOSED ORDER DISALLOWING CLAIM NO. 14 OF A. ALTIERI. | 0.20 |
| 5/5/2026 | NDS | DRAFT EMAIL TO TRUSTEE RE PROPOSED ORDERS RE OBJECTIONS TO CLAIMS 13 AND 14. | 0.10 |
| 8/20/2026 | NDS | REVIEW NOTICE OF WITHDRAWAL OF CLAIM NO 4 BY D. NGUYEN. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAILS FROM TRUSTEE RE CLAIM WITHDRAWALS BEING FILED BY A. NGUYEN FRIENDS AND FAMILY. | 0.20 |

| | | | Hours |
|---|---|---|---|
| 8/21/2026 | NDS | REVIEW I. KIANG NOTICE OF WITHDRAWAL OF CLAIM, FORWARDING SAME TRUSTEE WITH UPDATED CLAIMS ANALYSIS ISSUES. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM TRUSTEE RE UPDATED CLAIMS ANALYSIS. | 0.10 |
| | NDS | REVIEW NOTICES OF WITHDRAWAL OF CLAIMS OF PENTA PACIFIC, ACE SILVERADO, AND TRANG NGUYEN, NOTING SAME ON UPDATED CLAIMS ANALYSIS. | 0.20 |
| 8/24/2026 | NDS | DRAFT EMAIL TO G. WARRINGTON AT FRANZEL, COUNSEL FOR RJS FINANCIAL/PACIFIC LOANWORKS FORWARDING TRUSTEE'S EMAIL TO PACIFIC LOANWORKS REQUESTING THAT CLAIM BE AMENDED/WITHDRAWN GIVEN ITS PAYMENT IN FULL, AND REQUESTING HIS ASSISTANCE IN AMENDING/WITHDRAWING FULLY PAID CLAIM. | 0.20 |
| | NDS | PULL RJS FINANCIAL/PACIFIC LOANWORKS POC, ASSERTING A SECURED CLAIM AGAINST POMONA PROPERTY AND TRUSTEE'S EMAIL TO PACIFIC LOANWORKS REQUESTING THAT CLAIM BE AMENDED/WITHDRAWN GIVEN ITS PAYMENT IN FULL. | 0.10 |
| 8/25/2026 | NDS | REVIEW NOTICE OF WITHDRAWAL OF CLAIM OF PHUC HAI HUYNH, DRAFTING EMAIL TO TRUSTEE RE SAME. | 0.10 |
| 9/2/2026 | NDS | DRAFT FOLLOW UP EMAIL TO R. BEALL RE STATUS OF A. NGUYEN TRUSTEE DECISION RE AN EQUITY INTEREST HOLDER CLAIM AGAINST THE FOOTHILL & TOWNE ESTATE. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM R. BEALL RE A. NGUYEN TRUSTEE DECISION RE AN EQUITY INTEREST HOLDER CLAIM AGAINST THE FOOTHILL & TOWNE ESTATE, FORWARDING SAME TO TRUSTEE. | 0.10 |
| 9/4/2026 | NDS | REVIEW EQUITY INTEREST/SURPLUS PROOF OF CLAIM FILED BY TRUSTEE FOR A. NGUYEN CASE. | 0.10 |

SUBTOTAL: [ 46.80 32435.00]

Fee/Employment

| | | | |
|---|---|---|---|
| 7/16/2025 | BJM | (NO CHARGE) REVIEW PLEADINGS AND DRAFT APPLICATION TO EMPLOY RINGSTAD & SANDERS. | 0.50 |
| 7/17/2025 | NDS | (NO CHARGE) FINALIZE APPLICATION TO EMPLOY R&S AS COUNSEL TO TRUSTEE AND SUPPORTING DECLARATIONS. | 0.50 |
| 7/18/2025 | AM | (NO CHARGE) DRAFT NOTICE OF APPLICATION TO EMPLOY R&S. | 0.30 |
| 8/11/2025 | NDS | (NO CHARGE) REVIEW AND REVISE IN FINAL DECLARATION RE NON-OPPOSITION AND PROPOSED ORDER RE EMPLOYMENT OF R&S | 0.20 |

| | | | Hours |
|---|---|---|---|
| 8/11/2025 | AM | (NO CHARGE) PREPARE DECLARATION RE NON-OPPOSITION AND PROPOSED ORDER RE EMPLOYMENT OF R&S | 0.40 |
| 8/25/2025 | NDS | DRAFT FOLLOW UP EMAIL TO S. WADE RE TRUSTEE'S REQUEST FOR RETAINER ACCOUNTING, FILING OF FINAL FEE APPLICATION BY THE END OF THE MONTH, AND STATUS OF FILING OF 1019 REPORT; RETURN CALL AND LEAVE VOICEMAIL. | 0.20 |
| 8/26/2025 | NDS | DRAFT EMAIL TO TRUSTEE WITH STATUS FOLLOWING CALL WITH S. WADE. | 0.10 |
| | NDS | TELEPHONE CALLS (2) TO S. WADE RE TRUSTEE'S REQUEST FOR RETAINER ACCOUNTING, FILING OF FINAL FEE APPLICATION BY THE END OF THE MONTH, AND STATUS OF FILING OF 1019 REPORT. | 0.20 |
| 12/22/2025 | NDS | TELEPHONE CONFERENCE WITH TRUSTEE RE HYBRID FEE/CONTINGENCY PROPOSAL FROM PROPOSED SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY. | 0.30 |
| | NDS | DRAFT EMAIL TO P. SIEVERS WITH REQUESTS FOR CLARIFICATION OF HYBRID FEE/CONTINGENCY PROPOSAL AND ADDITIONAL INFORMATION NEEDED TO PREPARE EMPLOYMENT APPLICATION FOR HIS FIRM/FITZGERALD KREDITOR AS SPECIAL LITIGATION COUNSEL IN GREEN LOTUS ADVERSARY. | 0.30 |
| 1/5/2026 | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE INFORMATION NEEDED FOR EMPLOYMENT APPLICATION FOR SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY PROCEEDING. | 0.10 |
| 1/7/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE ADDITIONAL INFORMATION NEEDED FOR APPLICATION TO EMPLOY P. SIEVERS/FITZGERALD KREDITOR AS SPECIAL LITIGATION COUNSEL FOR TRUSTEE IN GREEN LOTUS ADVERSARY. | 0.20 |
| | NDS | DRAFT APPLICATION TO EMPLOY P. SIEVERS/FITZGERALD KREDITOR AS SPECIAL LITIGATION COUNSEL FOR TRUSTEE IN GREEN LOTUS ADVERSARY AND SUPPORTING DECLARATIONS OF TRUSTEE AND P. SIEVERS. | 2.80 |
| 1/8/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE INFORMATION NEEDED FOR HIS EMPLOYMENT APPLICATION AS SPECIAL LITIGATION COUNSEL RE GREEN LOTUS MATTER. | 0.20 |
| 1/12/2026 | NDS | FURTHER FOLLOW UP EMAIL COMMUNICATION WITH P. SIEVERS RE STATUS OF HIS PROVISION OF FINAL INFORMATION FOR EMPLOYMENT APPLICATION AS SPECIAL LITIGATION COUNSEL, DRAFT APPLICATION FOR HIS REVIEW/REVISION AND PROVISION OF OUTSTANDING INFORMATION. | 0.20 |
| | NDS | REVISE DRAFT APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY PER COMMENTS OF TRUSTEE. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 1/13/2026 | NDS | EMAIL CORRESPONDENCE WITH P. SIEVERS RE HIS REVISIONS TO DRAFT EMPLOYMENT AGREEMENT, NEED FOR HIM TO REFORMAT AND RETURN DOCUMENT SO IT CAN BE OPENED, CONFORMED DISMISSAL RE NGUYEN V. NGUYEN OCSC MATTER. | 0.20 |
| 1/14/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE FINAL VERSION OF APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL FOR EXECUTION. | 0.10 |
| | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE ADDITIONAL INFORMATION FOR EMPLOYMENT APPLICATION FOR SPECIAL LITIGATION COUNSEL. | 0.20 |
| | NDS | DRAFT EMAIL TO P. SIEVERS RE FINAL VERSION OF APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL AND HIS DECLARATION FOR EXECUTION, CONFIRMATION OF EXHIBITS, NEED FOR UPDATED RESUME RE PARALEGAL, TIMING OF FILING, ETC. | 0.20 |
| | NDS | REVISE APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL AND SUPPORTING DECLARATIONS WITH ADDITIONAL INFORMATION PROVIDED BY P. SIEVERS. | 0.40 |
| 1/15/2026 | NDS | REVISE IN FINAL NOTICE RE APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL, AND CONFIRM SERVICE INSTRUCTIONS. | 0.10 |
| | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS WITH HIS SIGNATURE IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL, STATUS OF OUTSTANDING RESUME - EXHIBIT 3. | 0.10 |
| | AM | DRAFT NOTICE RE APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL. | 0.40 |
| 1/19/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM P. SIEVERS RE FINAL RESUME REQUIRED FOR APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY. | 0.10 |
| 2/9/2026 | NDS | REVIEW AND REVISE IN FINAL DECLARATION RE NON-OPPOSITION AND PROPOSED ORDER RE TRUSTEE'S APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY PROCEEDING. | 0.10 |
| | AM | PREPARE DECLARATION RE NON-OPPOSITION AND DRAFT PROPOSED ORDER RE TRUSTEE'S APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL. | 0.50 |
| 2/20/2026 | NDS | REVIEW ENTERED ORDER RE FITZGERALD KREDITOR EMPLOYMENT WITH CHANGES BY THE COURT, FORWARDING SAME TO P. SIEVERS AT FITZGERALD KREDITOR. | 0.10 |
| 3/12/2026 | NDS | REVIEW AND RESPOND TO EMAIL FROM FITZGERALD KREDITOR RE ACCOUNTING/FEE APPLICATION PROCESS FOR FEES INCURRED IN REPRESENTING TRUSTEE IN ADVERSARY V GREEN LOTUS. | 0.10 |
| 4/14/2026 | NDS | REVIEW MARCH INVOICE OF SPECIAL LITIGATION COUNSEL RE GREEN LOTUS ADVERSARY, FORWARDING SAME TO THE TRUSTEE WITH COMMENTS. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 4/15/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE HIS MARCH INVOICE FOR SERVICES AS SPECIAL LITIGATION COUNSEL IN GREEN LOTUS ADVERSARY. | 0.10 |
| 6/12/2026 | NDS | REVIEW P. SIEVERS MAY INVOICE, FORWARDING SAME TO TRUSTEE. | 0.10 |
| 8/10/2026 | NDS | REVIEW AND RESPOND TO EMAIL AND ATTACHMENTS FROM TRUSTEE RE UPDATED CASES RE TRUSTEE COMPENSATION IN CASES WHERE FUNDS ARE DISTRIBUTED TO A DEBTOR ENTITY MEMBER RATHER THAN THE DEBTOR. | 0.20 |
| | NDS | RESEARCH RE TBH19, LLC AND HENDERSON CASES RE TRUSTEE COMPENSATION. | 0.50 |
| 8/18/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE STATUS OF HIS PREPARATION OF HIS FINAL FEE APPLICATION, TRUSTEE REQUEST FOR EXPEDITED FILING OF SAME FOLLOWING APPROVAL OF SETTLEMENT WITH GREEN LOTUS. | 0.10 |
| 8/20/2026 | NDS | RESEARCH RE TRUSTEE CAP CALCULATION IN CASES WHERE DISTRIBUTIONS MADE NOT TO DEBTOR BUT TO EQUITY. | 2.30 |
| 8/25/2026 | NDS | DRAFT FOLLOW UP EMAIL TO P. SIEVERS RE STATUS OF HIS FINAL FEE APPLICATION. | 0.10 |
| 8/26/2026 | NDS | CONTINUE RESEARCH RE SECTION 326(A) RELATING TO TRUSTEE'S CAP FOR DISTRIBUTIONS TO EQUITY INTEREST HOLDERS VERSUS THE DEBTOR AND DRAFTING CASE SUMMARIES RE SAME. | 2.60 |
| | BJM | REVIEW TIME RECORDS AND DRAFT DECLARATION OF N. SANDERS FOR FINAL FEE APPLICATION. | 1.20 |
| 8/27/2026 | NDS | EMAIL CORRESPONDENCE WITH TRUSTEE RE TRUSTEE CAP ANALYSIS RESEARCH, NEED FOR COMMUNICATIONS WITH UST RE SAME. | 0.20 |
| | NDS | BEGIN DRAFTING DECLARATION OF N. SANDERS IN SUPPORT OF R&S FIRST AND FINAL FEE APPLICATION WITH CASE NARRATIVE AND BILLING ANALYSIS. | 4.30 |
| 8/31/2026 | BJM | UPDATE TIME RECORD CATEGORIES AND REVISE FEE APPLICATION DECLARATION. | 1.00 |
| 9/1/2026 | NDS | FOLLOW UP EMAIL COMMUNICATIONS WITH P. SIEVERS RE FINAL FEE APPLICATION. | 0.10 |
| 9/3/2026 | NDS | TELEPHONE CONFERENCE WITH P. SIEVERS RE CASE/ADVERSARY GREEN LOTUS NARRATIVE INFORMATION FOR HIS FIRST AND FINAL FEE APPLICATION. | 0.20 |
| 9/9/2026 | NDS | DRAFT FURTHER FOLLOW UP EMAIL TO P. SIEVERS RE STATUS OF HIS FINAL FEE APPLICATION FOR THE TRUSTEE'S REVIEW. | 0.10 |

| | | | | Hours |
|---|---|---|---|---|
| 9/16/2026 | BJM | REVISE FEE APPLICATION AND DECLARATION OF N. SANDERS. | | 0.40 |
| 9/21/2026 | NDS | DRAFT EMAIL TO P. SIEVERS RE PASSING OF APPEAL PERIOD AND 9019 ORDER NOW FINAL, NEED FOR HIS FINAL FEE APPLICATION FOR TRUSTEE'S REVIEW. | | 0.10 |
| 9/29/2026 | BJM | UPDATE FEE APPLICATION NUMBERS AND FINALIZE APPLICATION FOR RINGSTAD & SANDERS. | | 0.80 |
| 9/30/2026 | NDS | FINALIZE DECLARATION AND FINAL FEE APPLICATION FOR RINGSTAD & SANDERS. | | 0.50 |
| | | SUBTOTAL: | [ 24.40 | 13993.00] |

| | | | Amount |
|---|---|---|---|
| | For professional services rendered | 242.50 | $169,988.00 |
| | Additional Charges : | | |
| 7/2/2025 | PACER/ONLINE COURT DOCKET SERVICE | | 3.50 |
| 7/8/2025 | PACER/ONLINE COURT DOCKET SERVICE | | 2.20 |
| 7/17/2025 | NOTARY-GRANT DEED, ETC. | | 30.00 |
| 7/18/2025 | FILING FEE(CERTIFIED COPY OF STIPULATION) | | 12.00 |
| | POSTAGE(STIPULATION) | | 3.00 |
| | POSTAGE(STIPULATION) | | 2.06 |
| | PHOTOCOPIES(STIPULATION) | | 14.20 |
| 7/21/2025 | FILING FEE(CERTIFIED COPY OF AMENDED SALE ORDER) | | 12.00 |
| | POSTAGE(APPLICATION EMPLOY R&S) | | 3.00 |
| | POSTAGE(APPLICATION EMPLOY R&S) | | 5.18 |
| | PHOTOCOPIES(APPLICATION EMPLOY R&S) | | 13.00 |
| 8/11/2025 | POSTAGE(DECLARATION OF NON OPPOSITION RE APPLICATION TO EMPLOY R&S AND PROPOSED ORDER) | | 3.28 |
| | PHOTOCOPIES(DECLARATION OF NON OPPOSITION RE APPLICATION TO EMPLOY R&S AND PROPOSED ORDER) | | 7.60 |
| 9/8/2025 | POSTAGE(MOTION ADMIN BAR DATE) | | 2.44 |

| | | Amount |
|---|---|---|
| 9/8/2025 | POSTAGE(MOTION ADMIN BAR DATE) | 1.90 |
| | POSTAGE(MOTION ADMIN BAR DATE) | 4.44 |
| | PHOTOCOPIES(MOTION ADMIN BAR DATE) | 12.00 |
| 9/29/2025 | POSTAGE(DEC NON-OPP AND PROPOSED ORDER RE MOTION ADMIN BAR DATE) | 2.72 |
| | PACER/ONLINE COURT DOCKET SERVICE | 3.20 |
| | PHOTOCOPIES(DEC NON-OPP AND PROPOSED ORDER RE MOTION ADMIN BAR DATE) | 5.20 |
| 10/6/2025 | POSTAGE(NOTICE OF ADMIN BAR DATE) | 13.32 |
| | PHOTOCOPIES(NOTICE OF ADMIN BAR DATE) | 14.40 |
| | PACER/ONLINE COURT DOCKET SERVICE | 9.50 |
| 10/7/2025 | PACER/ONLINE COURT DOCKET SERVICE | 4.70 |
| 10/13/2025 | PACER/ONLINE COURT DOCKET SERVICE | 9.20 |
| 10/23/2025 | PACER/ONLINE COURT DOCKET SERVICE | 0.20 |
| 10/28/2025 | PACER/ONLINE COURT DOCKET SERVICE | 0.10 |
| 12/19/2025 | PACER/ONLINE COURT DOCKET SERVICE | 0.20 |
| 1/13/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.20 |
| 1/16/2026 | PACER/ONLINE COURT DOCKET SERVICE | 4.50 |
| 1/20/2026 | POSTAGE(APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL] | 3.28 |
| | POSTAGE(APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL] | 2.17 |
| | POSTAGE(APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL] | 12.58 |
| | PHOTOCOPIES(APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL] | 30.00 |
| 2/2/2026 | POSTAGE(9019 MOTION WITH VAL-CHRIS) | 3.56 |
| | PHOTOCOPIES(9019 MOTION WITH VAL-CHRIS) | 26.60 |
| | POSTAGE(9019 MOTION WITH VAL-CHRIS) | 13.32 |
| 2/10/2026 | POSTAGE(DECLARATION NON-OPP RE APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL) | 3.28 |

| | | Amount |
|---|---|---|
| 2/10/2026 | PHOTOCOPIES(DECLARATION NON-OPP RE APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL) | 8.20 |
| 2/11/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.30 |
| 2/20/2026 | POSTAGE(DECLARATION NON-OPP RE 9019 MOTION VAL-CHRIS) | 3.84 |
| | PHOTOCOPIES(DECLARATION NON-OPP RE 9019 MOTION VAL-CHRIS) | 10.00 |
| 2/25/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.70 |
| 3/2/2026 | PACER/ONLINE COURT DOCKET SERVICE | 10.10 |
| 3/12/2026 | PACER/ONLINE COURT DOCKET SERVICE | 1.70 |
| 3/13/2026 | POSTAGE(CLAIM OBJECTION - CLAIM NO. 13 CHRISTINE DANG) | 1.90 |
| | POSTAGE(CLAIM OBJECTION - CLAIM NO. 14 ANTHONY ALTIERI) | 1.90 |
| | PHOTOCOPIES(CLAIM OBJECTION - CLAIM NO. 13 CHRISTINE DANG) | 8.00 |
| | PHOTOCOPIES(CLAIM OBJECTION - CLAIM NO. 14 ANTHONY ALTIERI) | 8.00 |
| | POSTAGE(CLAIM OBJECTIONS - CLAIM 13 CHRISTINE DANG AND CLAIM 14 ANTHONY ALTIERI) | 3.84 |
| 3/17/2026 | PACER/ONLINE COURT DOCKET SERVICE | 1.50 |
| 4/27/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.40 |
| 5/12/2026 | POSTAGE(ENTERED ORDER RE OBJECTION TO CLAIM NO. 13 OF C. DANG) | 0.74 |
| | POSTAGE(ENTERED ORDER RE OBJECTION TO CLAIM NO. 14 OF A. ALTIERI) | 0.74 |
| | PHOTOCOPIES(ENTERED ORDER RE OBJECTION TO CLAIM NO. 13 OF C. DANG) | 0.40 |
| | PHOTOCOPIES(ENTERED ORDER RE OBJECTION TO CLAIM NO. 14 OF A. ALTIERI) | 0.40 |
| 7/6/2026 | POSTAGE(ORDER RE MEDIATION) | 1.48 |
| | PHOTOCOPIES(ORDER RE MEDIATION) | 2.00 |
| 7/10/2026 | PACER/ONLINE COURT DOCKET SERVICE | 5.80 |
| 8/4/2026 | POSTAGE(9019 MOTION WITH GREEN LOTUS) | 4.02 |
| | POSTAGE(9019 MOTION WITH GREEN LOTUS) | 12.48 |
| | PACER/ONLINE COURT DOCKET SERVICE | 3.50 |

| | | Amount |
|---|---|---|
| 8/4/2026 | PHOTOCOPIES(9019 MOTION WITH GREEN LOTUS) | 22.20 |
| 8/6/2026 | PACER/ONLINE COURT DOCKET SERVICE | 2.90 |
| 8/12/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.50 |
| 8/13/2026 | PACER/ONLINE COURT DOCKET SERVICE | 1.30 |
| 8/17/2026 | PACER/ONLINE COURT DOCKET SERVICE | 2.10 |
| 8/18/2026 | FEDERAL EXPRESS-USBC SANTA ANA | 43.43 |
| | PACER/ONLINE COURT DOCKET SERVICE | 2.10 |
| | PHOTOCOPIES(REPLY TO ASHLEY RESPONSE TO MOTION APPROVE COMPROMISE WITH GREEN LOTUS ADVERSARY) | 9.00 |
| 8/21/2026 | PACER/ONLINE COURT DOCKET SERVICE | 0.50 |
| 8/24/2026 | PACER/ONLINE COURT DOCKET SERVICE | 3.20 |
| 8/28/2026 | PHOTOCOPIES(NOTICE OF LODGMENT RE MOTION APPROVE COMPROMISE WITH GREEN LOTUS) | 1.80 |
| | POSTAGE(NOTICE OF LODGMENT RE MOTION APPROVE COMPROMISE WITH GREEN LOTUS) | 1.98 |
| 9/30/2026 | POSTAGE/FINAL FEE APPLICATION TO JUDGE | 5.00 |
| | PHOTOCOPIES/FINAL FEE APPLICATION | 30.00 |
| | Total additional charges | $511.98 |
| | Total amount of this bill | $170,499.98 |
| | Accounts receivable transactions | |
| 10/1/2026 | Green Lotus Adversary Reduction | ($5,000.00) |
| | Total payments and adjustments | ($5,000.00) |
| | Balance due | $165,499.98 |

2026 BILLING RATES:

TODD C. RINGSTAD - $725.00
NANETTE D. SANDERS - $725.00

KAREN SUE NAYLOR - $625.00
BECKY METZNER - $195.00
ARLENE MARTIN - $150.00

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| ARLENE MARTIN | 4.60 | 150.00 | $690.00 |
| ARLENE MARTIN | 0.70 | 0.00 | $0.00 |
| BECKY J. METZNER | 3.40 | 195.00 | $663.00 |
| BECKY J. METZNER | 0.50 | 0.00 | $0.00 |
| NANETTE D. SANDERS | 232.60 | 725.00 | $168,635.00 |
| NANETTE D. SANDERS | 0.70 | 0.00 | $0.00 |

RINGSTAD LLP
& SANDERS
ATTORNEYS AT LAW

## Firm Profile – Ringstad & Sanders LLP

In October 2005, two seasoned bankruptcy practitioners – Todd C. Ringstad and Nanette D. Sanders - combined their respective practices, so as to continue effectively providing the highest quality legal services to their clients. These clients include debtors, creditors, trustees and other parties involved in all types of bankruptcy proceedings and related litigation, whether before the Bankruptcy Court, Federal or State courts. The Firm has been selected by *U.S. News & World Report* as one of Southern California's Best Law Firms in the field of bankruptcy.

As set forth in the attached resumes, between the two, Mr. Ringstad and Ms. Sanders bring more than six decades of bankruptcy and litigation related experience to the Firm. Given this extensive experience, the Firm is well qualified to represent, by way of example, the interests of Chapter 11 debtors, secured and unsecured creditors in both Chapter 11 and 7 proceedings, creditors' committees, Chapter 11 and 7 trustees, including examiners and other court-appointed professionals, landlords, reclamation claimants and other creditors.

In April 2018, two well respected members of the bankruptcy bar joined the Firm – Karen Sue Naylor and William M. Burd (of counsel). With the addition of these two practitioners, the Firm added depth and experience to its Chapter 7 trustee, Chapter 11 and Chapter 7 practices. Mr. Burd has since retired.

The Firm's recent significant engagements include:

- Representation of Karen Sue Naylor, Chapter 7 Trustee in *In re Anna's Linens, Inc.* (Chapter 7 liquidation)
- Representation of Official Committee of Unsecured Creditors in *In re Crystal Cathedral Ministries* (confirmed chapter 11 plan by Official Committee)
- Counsel for debtor in possession in *In re Dynamic Builders, Inc.* (confirmed chapter 11 plan)
- Represented County of San Bernardino in *In re Molycorp, Inc.* (Bankruptcy Court, Delaware)
- Represented venture capital group with large claim in *In re Traffic Control & Safety Corp.* (Bankruptcy Court, Delaware)
- Counsel for debtor in possession in *In re Arcadia Restaurant Ventures LLC* (confirmed chapter 11 plan)

- Represented secured creditor in *In re The Olympic on Grand LLC* (confirmed chapter 11 plan for client secured creditor)
- Represented trade creditor with largest unsecured claim and chair of Official Committee of Unsecured Creditors in *In re Flying J, Inc.* (Bankruptcy Court, Delaware)
- Counsel for debtor in possession in *In re Cole Equipment, Inc*. (confirmed chapter 11 plan)
- Represented unsecured creditor with large claim in *In re SemCrude, L.P.* (Bankruptcy Court, Delaware)
- Counsel for debtor in possession in *In re EM Thomas Management, Inc*. (confirmed chapter 11 plan)
- Represented American Airlines in *In re Diversity MSP, Inc.*
- Represented landlord in *In re Orchard Supply Hardware* (Bankruptcy Court, Delaware)
- Counsel for debtor in possession in *In re Cyber Pro Systems Inc*. (confirmed chapter 11 plan)
- Represented landlord in *In re Tri-Valley Corporation* (Bankruptcy Court, Delaware)
- Counsel for debtor in possession in *In re Desert Restaurant Ventures LLC* (confirmed chapter 11 plan)
- Counsel for debtor in possession in *In re Mace Group, Inc*. (confirmed chapter 11 plan)
- Counsel for debtor in possession in *In re Rancho Las Flores* (obtained $10,000,000 settlement payment to debtor in possession from lender and case dismissed)
- Counsel for debtor in possession in *In re Jade Bay Mobile Lodge Inc*. (confirmed chapter 11 plan)
- Counsel for debtor in possession in *In re MRF Carbon Canyon L.P*. (confirmed chapter 11 plan)

## Todd C. Ringstad

Todd C. Ringstad was born in San Bernardino, California in 1954. He received his undergraduate degree from the University of California at Riverside in 1976. In 1980, he received his Juris Doctor from the UCLA School of Law, where he was awarded the Order of the Coif, an honor which is bestowed upon the top 10% of the graduating class. Upon graduation from law school, Mr. Ringstad served for one year as law clerk to the Honorable Mack Easley, Chief Justice of the New Mexico Supreme Court.

Throughout his career, Mr. Ringstad has specialized in the representation of debtors, creditors, trustees and creditor committees in bankruptcy cases, and has established a reputation as one of Southern California's leading bankruptcy practitioners. Because of his considerable trial experience, he is often called upon to lecture on bankruptcy trial procedure and tactics. He has appeared in Bankruptcy Courts throughout California and in Delaware, New York, Texas and Nevada, and before the Bankruptcy Appellate Panel, the United States District Court and the Ninth Circuit Court of Appeals.

Mr. Ringstad has been selected as a *SuperLawyer*, representing the top 5% of practicing attorneys in Southern California based on peer recognition and professional achievement. Mr. Ringstad holds an "AV" Preeminent Peer Rating, Martindale-Hubbell's highest peer recognition for legal ability and ethical standards. He is the 2017 recipient of the Honorable Peter M. Elliott Memorial Award for outstanding scholarship, ethics, and service to the Orange County bankruptcy community, awarded jointly by the Orange County Bankruptcy Forum and the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

Mr. Ringstad served as Chairperson of the Commercial Law and Bankruptcy Section of the Orange County Bar Association in 1986; and as Program Chair of the Commercial Law and Bankruptcy Section in 1985. He served as a member of the Special Projects Committee for the Orange County Bankruptcy Forum from 1988 through 1993. He is a Master in the Peter M. Elliott Inn of Court.

Mr. Ringstad has taught and lectured extensively on bankruptcy law, trial tactics and legal ethics. The seminars in which he has participated as a lecturer or instructor include:

"Recent Developments in Chapter 11," OCBA Commercial Law & Bankruptcy Section, 2014

"Objection Your Honor – A Workshop on Evidentiary Issues in Bankruptcy Cases," Orange County Bankruptcy Forum, 2013

"Representing Non-Profits in Bankruptcy Proceedings & Lessons from the Crystal Cathedral Case," OCBA Commercial Law & Bankruptcy Section, 2013

"It's All In the Numbers – A Seminar Regarding Major Financial Issues in Chapter 11 Cases," Orange County Bankruptcy Forum, 2012

"CCIM Real Estate Bankruptcy Seminar," CCIM Institute, 2009

"Bankruptcy Basics for Business Litigators," OCBA Business Litigation Section, 2009

Guest Lecturer, "Litigation Strategies and Tactics in Bankruptcy Cases," Chapman University School of Law "Advanced Bankruptcy class," 2002

"Bridging the Gap: Orientation to Federal Practice," Federal Bar Association, 2000-2004

"Bankruptcy Litigation: A Workshop in Trial Strategy and Technique," Orange County Bankruptcy Forum, 1995

"Handling a Chapter 11 Reorganization the Right Way, Adopting the Expert's System," CEB 1994

"Bankruptcy Reorganizations (Chapter 11): Effective Strategies for Pacesetting Attorneys Representing Debtors and Creditors," CEB 1993

"Chapter 11 Plan Confirmation Hearing-Mock Trial," California Bankruptcy Forum Annual Conference, 1991

"A Bankruptcy Trial Workshop," Orange County Bankruptcy Forum, 1989

"Pre-Trial Preparation in Bankruptcy Adversary Proceedings," Orange County Bankruptcy Forum, 1988

"Creditor's Remedies and Debtor's Rights," California Continuing Education of the Bar (CEB), 1986, 1988

"Bankruptcy Practice for Paralegals," University of California, Riverside Extension. 1986

Articles and publications include:

"Bankruptcy 101: The Basics for Non-Bankruptcy Practitioners", *Orange County Lawyer,* Jan. 2010.

## Nanette D. Sanders

Nanette D. Sanders received a bachelor of science in Accounting from California State Polytechnic University in 1981. She received her Juris Doctor degree from Loyola Law School in 1985.

Throughout her career she has specialized in commercial bankruptcy, representing debtors, secured and unsecured creditors, trustees and creditors' committees, debtors in pre-bankruptcy workout negotiations, chapter 11 reorganizations, chapter 7 liquidations and related litigation. She has been recognized by *SuperLawyers* and *Best Lawyers in America* as one of the leading practitioners of commercial bankruptcy law in Southern California.

Ms. Sanders is a member of the American Bankruptcy Institute, Orange County Bar Association, Commercial Law and Bankruptcy Section, and the Orange County Bankruptcy Forum, where she served as a Member Board of Directors (1990-1993) and member of the Projects Committee (1988-1994). Ms. Sanders served as an Attorney Representative for the Ninth Circuit Judicial Conference from 2000-2002, and as an *ex officio* member in 2003. She served as a Member of the Board of Directors of the Association of Business Trial Lawyers, Orange County Chapter (2001-2005,) and as a Member of the Standing Committee on Discipline, Central District of California (2005-2012). She served as a Member of the Editorial Board for the California Bankruptcy Journal from 1988-1991. Ms. Sanders has also served as an Instructor of the University of California Extension Continuing Education for Legal Assistants Program (CELA).

Ms. Sanders' recent significant engagements include:

Lead counsel for the Chapter 7 Trustee in *In re Anna's Linens, Inc.*
Lead counsel for Official Committee of Unsecured Creditors in *In re Crystal Cathedral Ministries* (confirmed chapter 11 plan by Official Committee).
Lead counsel for debtor in possession in *In re Dynamic Builders, Inc.* (confirmed chapter 11 plan).
Lead counsel for debtor in possession in *In re Jade Bay Mobile Lodge, Inc.*
Lead counsel for Official Committee of Unsecured Creditors in *In re Engine Electronics, Inc.*
Lead counsel for Official Committee of Unsecured Creditors in *In re Intellisec, Inc.*
Lead counsel for take out lender in *In re Pacific Islandia* (Sheraton Anaheim Hotel).
Representation of Assignee for the benefit of Creditors in *In re Verteq, Inc.*
Trial counsel for Los Angeles and Orange County chapter 7 trustees in successfully objecting to discharge and pursuing breach of fiduciary claims against debtors and principals of debtors.
Lead counsel for the Official Committee of Unsecured Creditors in *In re Thermatrix, Inc.* (five jointly administered Chapter 11 debtors).
Lead counsel for twelve landlords in the Econo Lube 'N Tune Chapter 11 proceeding.

Lead counsel for six municipal agencies in the County of Orange Chapter 9 bankruptcy proceeding.
Lead counsel, Official Committee of Unsecured Creditors in *In re Lansdale & Carr* (4-Day Tire Stores).
Lead counsel, Official committee of Unsecured Creditors in successful $70 million Chapter 11 case involving multiple resort and golf course properties in Southern California, *In re Regency Properties L.P. and Golf Ventures*, obtained 100% distribution to trade debt.
Lead counsel, Official committee of Unsecured Creditors in $50 million Chapter 11 case involving a luxury hotel in southern California, *In re Westwood Marquis Hotel* resulting in 100% distribution to trade debt.

COURT ADMISSIONS

Supreme Court of California
United States District Courts, Central, Northern and Southern Districts of California
United States Court of Appeals (Ninth Circuit)

## Karen Sue Naylor

Karen Sue Naylor was admitted to the California bar, U. S. District Court, Central and Eastern Districts of California and U. S. Court of Appeals, Ninth Circuit, in 1989. She attended the University of Southern California (B.S., Cum Laude, 1986) and Loyola Law School, Los Angeles, (J.D. 1989), where she authored *Equal Time Equals Unequal Treatment to Newscaster Candidates*, 9 Loy. L.A. L.J. 283: (1989), and received the American Jurisprudence Award - Federal Taxation I. Ms. Naylor clerked for the Honorable William P. Gray, U.S. District Court, Central District of California, and is AV Rated in *Martindale- Hubbell*.

Ms. Naylor was appointed to the Trustee Panel in 1998 for the United States Bankruptcy Court, Central District of California, where she has been appointed Chapter 11 Trustee, Chapter 7 Trustee, Chapter 11 Examiner and Chapter 11 Plan Agent in a multitude of cases. Representative appointments include Chapter 11 and Chapter 7 Trustee for Manzella Properties, owner of TAPS- Brea, Chapter 7 Trustee for Anna's Linens, Inc., Chapter 11 Plan Agent for Crystal Cathedral Ministries, Inc. and Chapter 11 Trustee of operating case of El Toro Materials, Inc., which operated successfully for seven years until all issues were resolved and case was dismissed.

Throughout her career she has specialized in bankruptcy. In addition to being a Panel Trustee, she has represented debtors, secured and unsecured creditors, trustees and creditors' committees, and debtors in chapter 11 reorganizations, chapter 7 liquidations and related litigation.

An active panelist and speaker, Ms. Naylor has presented before the Central District Judge's Conference (2007); the National United States Trustee Conference and Region 16 Trustee Conference on numerous occasions; the Association of Bankruptcy Judicial Assistants (ABJA) Annual Conference (2024); the Orange County Bankruptcy Forum and Orange County Bar Association, Commercial Law and Bankruptcy Section, on several occasions; and participated as a Guest Lecturer before Bankruptcy Class at Chapman Law School and several Bankruptcy Paralegal Classes.

COURT ADMISSIONS

Supreme Court of California
United States District Courts, Central, Northern and Southern Districts of California

PROFESSIONAL MEMBERSHIPS

State Bar of California
American Bankruptcy Institute
National Association of Bankruptcy Trustees
Orange County Bar Association (Commercial Law & Bankruptcy Section - Member of Board of Directors, 1995-1997, Section President/Chairperson, 1995, Program Chairperson, 1994)
Orange County Bankruptcy Forum (Special Projects Committee, 1993-1995).

## PARALEGALS/LEGAL SECRETARIES

---

**BECKY METZNER –** Education: Saddleback College, Mission Viejo, California (AA Decree); courses through UC Irvine Paralegal Program. Work Experience: McKittrick, Jackson, DeMarco & Peckenpaugh - 1980-1987; Lobel, Winthrop & Broker – 1987–1995; Law Offices of Todd C. Ringstad – 1995 – 2005; Ringstad & Sanders LLP – 2005 to present. Member: National Notary Association. Ms. Metzner currently performs paralegal, legal secretarial and billing services for Ringstad & Sanders.

**ALANE C. CANZONE –** Education: Vanguard University, Costa Mesa, California (B.A., Magna Cum Laude, in Business Organizational Management); Coastline Community College, Costa Mesa, California (Paralegal Certificate in ABA approved program); South Coast College of Court Reporting, Anaheim, California (court reporting courses); Cypress College, Cypress, California (A.A. Degree and GED Certificate). Work Experience: Mercury Savings & Loan - 1986-1988; Union Safe Deposit Bank - 1988-1991; Prime Products - 1991-2002; Burd & Naylor - 2002 to 2018; Ringstad & Sanders LLP – 2018 to present. Member: Orange County Paralegal Association; National Association of Bankruptcy Trustees; National Notary Association. Ms. Canzone is the Trustee Administrator and paralegal for the Trustee department.

**ARLENE MARTIN –** Education: Skyline College, San Bruno, California (A.A. Degree); Litigation and Legal Secretary Course, Orange County Chapter, Association of Legal Administrators, Irvine, California; Work Experience: Cooley Godward LLP – 2001 to 2004; Buchalter Nemer 2004 to 2006; Ringstad & Sanders LLP – 2006 to present.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES FOR RINGSTAD & SANDERS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 1, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jess R Bressi Jess.Bressi@gmail.com, kimberly.sigismondo@dentons.com**
- **Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com**
- **Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net**
- **Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com**
- **Kenneth Misken Kenneth.M.Misken@usdoj.gov**
- **Karen S Naylor (TR) alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com**
- **Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com**
- **Paul J. Sievers psievers@psieversapc.com, psievers@fkbrlegal.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
- **Stephen R Wade srw@srwadelaw.com, reception@srwadelaw.com**
- **Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 1, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2026 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.